UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Case No. 18-cv-00361 (JBW) ) |
| v. | ) ECF CASE ) |
| PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS, | ) MOTION TO ADMIT COUNSEL ) *PRO HAC VICE* ) ) ) |
| Defendants. | ) ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and upon the annexed Affidavit in support of this motion and the Certificate of Good Standing annexed thereto, I, Kenneth Brent Tomer, hereby move this Court for an Order allowing my admission *pro hac vice* in this matter as counsel for Plaintiff Commodity Futures Trading Commission.  As established in my annexed Declaration, I am attorney with the Plaintiff's Division of Enforcement, a member in good standing of the Bar of the State of New York, and there are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully Submitted,

Dated:  January 19, 2018

_____
K. Brent Tomer
Chief Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
Phone: (646) 746-9700