UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS, <br><br> Defendants. | Case No. 18-cv-00361(JBW) <br><br> ECF CASE <br><br> DECLARATION OF KENNETH BRENT TOMER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

I, K. Brent Tomer, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, the following:

1. I am a Chief Trial Attorney with the Commodity Futures Trading Commission.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commodity Futures Trading Commission.

Dated: January 19, 2018

                                             _____
                                             K. Brent Tomer
                                             Chief Trial Attorney
                                             Commodity Futures Trading Commission
                                             Division of Enforcement
                                             140 Broadway, 19th Floor
                                             New York, NY 10005
                                             Phone: (646) 746-9700
                                             ktomer@cftc.gov