# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 18-CV-0361

Date Filed: _____

Plaintiff:
**COMMODITY FUTURES TRADING COMMISSION**

vs.

Defendant:
**PATRICK K. MCDONNELL AND CABBAGETECH, CORP. D/B/A COIN DROP MARKETS,**

For:
GATES S. HURAND, ESQ.
U.S. COMMODITY FUTURES TRADING COMMISSION
140 BROADWAY 19TH FLOOR
NEW YORK, NY 10005

Received by Direct Process Server LLC on the **22nd day of January, 2018** at 9:59 am to be served on **PATRICK K. MCDONNELL, 20 RAWSON PLACE SUITE B, STATEN ISLAND, NY 10314**.

I, Leslie Nielsen, being duly sworn, depose and say that on the **22nd day of January, 2018** at **8:54 pm, I:**

**Served PATRICK K. MCDONNELL INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JACK B. WEINSTEIN AND COPY OF COVER LETTER DATED JANUARY 19, 2018** at the date and hour of service endorsed above thereon by me, to: **PATRICK K. MCDONNELL** at the address of: **20 RAWSON PLACE SUITE B, STATEN ISLAND, NY 10314**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 44, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 165, Hair: Light Brown, Glasses: N



## AFFIDAVIT OF SERVICE For 18-CV-0361

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Leslie Nielsen

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2018000195

Subscribed and Sworn to before me on the 23 day of _____, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

MICHAEL J KUHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KU6221489
Qualified in Suffolk County
My Commission Expires May 03, 2018

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i