# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Easterv District of New York

Index Number: 18-CV-0361

Date Filed: _____

Plaintiff:
**COMMODITY FUTURES TRADING COMMISSION**

vs.

Defendant:
**PATRICK K. MCDONNELL AND CABBAGETECH, CORP. D/B/A COIN DROP MARKETS,**

For:
GATES S. HURAND, ESQ.
U.S. COMMODITY FUTURES TRADING COMMISSION
140 BROADWAY 19TH FLOOR
NEW YORK, NY 10005

Received by Direct Process Server LLC on the 22nd day of January, 2018 at 9:59 am to be served on **CABBAGETECH, CORP., 20 RAWSON PLACE SUITE B, C/O PATRICK K. MCDONNELL, STATEN ISLAND, NY 10314**.

I, Leslie Nielsen, being duly sworn, depose and say that on the **22nd day of January, 2018** at **8:56 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JACK B. WEINSTEIN AND COPY OF COVER LETTER DATED JANUARY 19, 2018**, to: **PATRICK K. MCDONNELL** as CEO for **CABBAGETECH, CORP.**, at the address of: **20 RAWSON PLACE SUITE B, STATEN ISLAND, NY 10314**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 44, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 165, Hair: Light Brown, Glasses: N



## AFFIDAVIT OF SERVICE For 18-CV-0361

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Subscribed and Sworn to before me on the 23 day of Jan, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

MICHAEL J KUHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KU6221489
Qualified in Suffolk County
My Commission Expires May 03, 2018

Leslie Nielsen

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2018000194

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i