United States District Court
Eastern District of New York

Commodity Futures Trading Commission,

                         Plaintiff,

-against-

Patrick K. McDonnell and CabbageTech, Corp. d/b/a
Coin Drop Markets,

                         Defendants.

AFFIDAVIT OF SERVICE

Civil Action No. 18-CV-0361

State of New York )
                 ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 22, 2018 at approximately 1:30 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action, Complaint for Injunctive Relief and Other Equitable Relief and for Civil Monetary Penalties under the Commodity Exchange Act and Commission Regulations with Jury Demand, Individual Motion Practices of Judge Jack B. Weinstein, and Letter dated January 19, 2018, that the party served was CabbageTech, Corp., a domestic business corporation sued herein as CabbageTech, Corp. d/b/a Coin Drop Markets, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Amy Lesch, a white female with reddish blonde hair, being approximately 38 years of age; height of 5'7", weight of 150 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                               Mary M. Bonville

Sworn to before me this 22nd day of January, 2018

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018