UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 30 2018 ★
BROOKLYN OFFICE

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendant.

ORDER

18-CV-361

**JACK B. WEINSTEIN**, Senior United States District Judge:

A complaint by plaintiff seeks extensive relief against defendants in connection with alleged fraud involving bitcoin and other virtual currencies. ECF No. 1, Jan. 18, 2018.

In view of the serious nature of the case and its implications for the defendants and others, the court will not consider relief until 21 days after service of the complaint. *See* Fed. R. Civ. P. 12(A)(i) ("A defendant must serve an answer within 21 days . . ."); ECF No. 7, Jan. 24, 2018 ("Patrick K. McDonnell [was] served on 1/22/18, answer due 2/12/18."); ECF No. 8, Jan. 24, 2018 ("CabbageTech, Corp. [was] served on 1/22/18, answer due 2/12/18.").

The parties shall appear on February 12, 2018 at 11:00 A.M. in court room 10B south for an evidentiary hearing. The court will consider temporary relief and the further administration of the litigation. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing . . .").

Preliminary briefs shall be filed by February 9, 2018. Responses shall be filed by February 12, 2018 at 8 A.M.

SO ORDERED.

*Jack B. Weinstein*
Jack B. Weinstein
Senior United States District Judge

Dated: January 30, 2018
      Brooklyn, New York