UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2018 ★
BROOKLYN OFFICE

---

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

    – against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

                          Defendant.

ORDER

18-CV-361

---

**JACK B. WEINSTEIN, Senior United States District Judge:**

The parties in their briefs shall address the jurisdictional question: the authority of the plaintiff to bring this action. *See* ECF No. 9, Jan. 30, 2018 ("Preliminary briefs shall be filed by February 9, 2018. Responses shall be filed by February 12, 2018 at 8 A.M.").

                                                        SO ORDERED.

                                                        Jack B. Weinstein
                                                        Senior United States District Judge

Dated: January 31, 2018
        Brooklyn, New York

