UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>Defendants. | Case No. 18-CV-361 (JBW)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 31st day of January, 2018, I caused to be served by UPS Overnight Delivery the Order entered January 30, 2018 (Docket No. 9) and the Order entered January 31, 2018 (Docket No. 10) on the following Defendants:

| Patrick K. McDonnell | Cabbagetech, Corp.<br>c/o Patrick K. McDonnell |
|---|---|

The package was addressed to the same address used for service of the summons and complaint. The Court Order was also served by email to coindropmarkets@gmail.com.

Dated: January 31, 2018

**COMMODITY FUTURES TRADING COMMISSION**

By: /s/ David W. Oakland
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
Phone: (646) 746-9769
Fax: (646) 746-9940
doakland@cftc.gov

AN ATTORNEY FOR PLAINTIFF
COMMODITY FUTURES TRADING COMMISSION