UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>      v.<br><br>PATRICK K. MCDONNELL,<br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>               Defendants. | Case No. 18-CV-361 (JBW)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 7th day of February, 2018, I caused to be served by UPS Overnight Delivery the Docket Notice entered by the clerk on February 6, 2018 regarding the change of time for the hearing ordered for February 12, 2018, on the following Defendants:

| Patrick K. McDonnell | Cabbagetech, Corp.<br>c/o Patrick K. McDonnell |
|---|---|

The package was addressed to the same address used for service of the summons and complaint. The Court Order was also served by email to coindropmarkets@gmail.com; cdmmerchants@gmx.com; and cdm@gmx.us.

Dated: February 7, 2018

                                        **COMMODITY FUTURES TRADING**
                                            **COMMISSION**

                                        By: /s/ David W. Oakland
                                        Commodity Futures Trading Commission
                                        Division of Enforcement
                                        140 Broadway, 19th Floor
                                        New York, NY 10005
                                        Phone: (646) 746-9769
                                        Fax: (646) 746-9940
                                        doakland@cftc.gov

                                        AN ATTORNEY FOR PLAINTIFF
                                        COMMODITY FUTURES TRADING
                                        COMMISSION