**COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of
Enforcement

February 8, 2018

<u>Via ECF</u>

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

   Re: *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

Dear Judge Weinstein:

  I am a Chief Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the above-captioned matter. The Plaintiff has conferred with Defendant Patrick K. McDonnell and the parties are exploring complete resolution. The parties jointly request an adjournment of the hearing scheduled for this Monday, February 12, 2018, at 2:15 p.m. and the accompanying briefing schedule. *See* ECF No. 9, 10, 12. The parties will update the court as to status by March 6, 2018. The parties further request an extension of Mr. McDonnell's obligation to answer from February 12, 2018, until March 6, 2018.

              Respectfully submitted,

              K. Brent Tomer

cc: Patrick K. McDonnell (via email)
   CabbageTech, Corp. (via email)