UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 09 2018 ★
BROOKLYN OFFICE

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendant.

SCHEDULING ORDER

18-CV-361

**JACK B. WEINSTEIN**, Senior United States District Judge:

The court has the Commodity Futures Trading Commission's letter dated February 8, 2018. ECF No. 13. The parties jointly request an adjournment of the hearing and related deadlines.

The hearing is adjourned to March 6, 2018 at 10:30 A.M in courtroom 10B South. The defendants' obligation to answer the complaint is extended to this date.

The parties shall arrange a briefing schedule to address the jurisdictional question. *See* ECF No. 10, Jan. 31, 2018. Any disputes related to the briefing schedule are respectfully referred to the magistrate judge.

Defendant shall promptly have an attorney file a notice of appearance.



SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: February 8, 2018
       Brooklyn, New York