

Patrick K. McDonnell
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Defendant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2018 ★
BROOKLYN OFFICE

F&D &
place
on ecf.
So ordered
J Weinstein
2/14/18

February 12, 2018

The Honorable Jack B. Weinstein
United States District Court
Eastern District Of New York
225 Cadman Plaza East
East Brooklyn, New York 11201

Re: ***Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets***, No. 18-CV-00361 (JBW) (RLM)

## NOTICE OF APPEARANCE

Dear Judge Weinstein:

I am a defendant in the above-referenced matter and will be representing myself "Pro Se". This communication is to serve as my notice of appearance with the court. Plaintiff and defendant exploration of complete resolution has "ceased". Defendant believes plaintiff entered into resolution negotiation with ill intent. Defendant believes plaintiff employed a blitzkrieg type fishing inquiry vs exploring complete resolution remedies. Plaintiff continues to spin a trumped-up tale motivated by CFTC chairman political grandstanding. Defendant has clearly proven to Plaintiff 'no infractions of law' as accused. Defendant requests the court schedule calendar dates for jurisdiction briefing and trial to proceed with hearings in cause of justice. All court documentation can be mailed to the address above or emailed: cdm@gmx.us

Respectfully Submitted,

*[signature]*

Patrick K. McDonnell

Cc: Court Clerk
    David William Oakland
    Gates Salyers Hurand
    Kenneth Brent Tomer
    Manal M. Sultan