UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2018 ★
BROOKLYN OFFICE

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

Defendant.

SCHEDULING ORDER

18-CV-361

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant Patrick K. McDonnell by letter dated February 12, 2018, characterized by him as a "notice of appearance," has notified the court that he will be representing himself.

He denies any infraction of law and "requests the court schedule calendar dates for jurisdiction briefing and trial to proceed with hearings in cause of justice."

The court will hear the parties on jurisdictional, standing and other issues on March 6, 2018 at 10:30 A.M. in court room 10B South. *See* ECF No. 14, Feb. 9, 2018. All briefs are due February 26, 2018.

The court notes that any corporate defendant must appear by counsel.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated:  February 14, 2018
        Brooklyn, New York

