UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

       v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a/ COIN
DROP MARKETS,

                Defendants.

_____

**NOTICE OF MOTION**

Case No. 18-CV-00361 (JBW) (RLM)

PLEASE TAKE NOTICE that Defendant Patrick K. McDonnell requests that the Court move to dismiss Plaintiff Complaint with prejudice for reason(s) stated below. Basis for Defendant Motion are set forth in the accompanying Memorandum.

**Lack of subject-matter jurisdiction (pursuant to Rule 12 (b)(1), Fed. R. Civ. P.)** and/or **Failure to state a claim upon relief can be granted (pursuant to Rule 12 (b)(6), Fed. R. Civ. P.)**

In support of this motion, I submit the following documents

☑ defendant declaration
☑ memorandum of law

February 14, 2018

                              _____
                                  Defendant Pro Se

                                 Patrick K. McDonnell
                                 20 Rawson Place Staten Island, NY 10314
                                 Telephone: (718) 524-6312  Email: cdm@gmx.us