UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

V.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a/ COIN
DROP MARKETS,

        Defendants.

**DECLARATION IN SUPPORT
OF MOTION TO DISMISS**

Case No. 18-CV-00361 (JBW) (RLM)

---

## DECLARATION

In opposition to Plaintiff Complaint Defendant moves the Court dismiss with prejudice citing:
**Subject-matter jurisdiction (pursuant Rule 12 (b)(1), Fed. R. Civ. P.)** and/or **Failure to state claim upon relief can be granted (pursuant Rule 12 (b)(6), Fed. R. Civ. P.)**.

I, Patrick K. McDonnell, declare under penalty of perjury that the following facts and statements are true and correct:

Plaintiff has filed a trumped-up Complaint for political agenda via incorrect venue violating Defendant legal rights. Plaintiff is overreaching agency subject-matter jurisdiction (pursuant Rule 12 (b)(1), Fed. R. Civ. P.). Furthermore, Plaintiff Complaint bears no monetary claim again violating Defendant rights (pursuant Rule 12 (b)(6), Fed. R. Civ. P.). Defendant is seeking that the Court move to dismiss Plaintiff Complaint with prejudice in the name of divine justice. Plaintiff stated in exploratory resolution negotiation period, "The judge should take an interest in this case because of recent cryptocurrency headlines". Defendant is opposite in beliefs knowing the Court will base this decision on legal merits not media.

February 14, 2018

                                              _Patrick K. McDonnell_
                                              Defendant Pro Se

Patrick K. McDonnell
20 Rawson Place Staten Island, NY 10314
Telephone: (718) 524-6312  Email: cdm@gmx.us