UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————— X

COMMODITY FUTURES TRADING COMMISSION,

               Plaintiff,

   -against-

PATRICK K. MCDONNELL and CABBAGETECH,
CORP. d/b/a COIN DROP MARKETS,

               Defendant.
——————————————————— X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 15 2018 ★

BROOKLYN OFFICE

Affirmation of Service

__18__ CV __00361__ ( JBW )

I, __PATRICK K. MCDONNELL__, declare under penalty of perjury that I have

served a copy of the attached __NOTICE OF MOTION TO DISMISS WITH SUPPORTING DOCUMENTS__

upon __COMMODITY FUTURES TRADING COMMISSION__

whose address is: __140 BROADWAY, 19TH FLOOR NEW YORK, NEW YORK 10005__

Dated: __2/14/18__
      STATEN ISLAN, New York

_[signature]_
Signature

20 RAWSON PLACE
Address

STATEN ISLAND, NEW YORK 10314
City, State, Zip Code