PRESS FIRMLY TO SEAL                    PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
STATEN ISLAND, NY 10314
FEB 14, 18
AMOUNT
**$24.70**
R2305M148245-16

# PRIORITY
## ★ MAIL ★
## EXPRESS™
**OUR FASTEST SERVICE IN THE U.S.**



WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



P13F July 2013  OD: 12.5 x 9.5


PS10001000006

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 718 ) 524-6312
Patrick K. McDonnell "Pro Se"
Case No. 18-cv-00361 (JBW)(RLM)
20 Rawson Place
Staten Island, NY 10314

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
United States District Court
Eastern District of New York
Attn: Court Clerk
225 Cadman Plaza East
ZIP+4® (U.S. ADDRESSES ONLY)  E. Brooklyn, NY
11201

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
10314 | 02/15/18 | $24.70
Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
02/14/18 | ☐ 10:30 AM ☐ 3:00 PM ☒ NOON | $ | $
Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee
1:09 ☐ AM ☒ PM | $ | $ | $
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees
$ | $ | 
Weight  lbs. 2.60 | ☒ Flat Rate | Acceptance Employee Initials LD | $24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
  | ☐ AM ☐ PM | 
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
  | ☐ AM ☐ PM | 

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **1-ORIGIN POST OFFICE COPY**

EC 853368275 US

 1007
 11201

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

+ Money Back Guarantee for U.S. destinations only.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

  
UNITED STATES POSTAL SERVICE®