UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendant.

---

**SCHEDULING ORDER**

18-CV-361



**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has the individual defendant's "motion to dismiss for lack of subject matter jurisdiction." ECF No. 18, Feb. 15, 2018.

This motion will be heard at the hearing previously scheduled for March 6, 2018 at 10:30 A.M. in court room 10B South. *See* ECF No. 17, Feb. 14, 2018.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: February 21, 2018
       Brooklyn, New York

