AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br>*Plaintiff*<br>v.<br>PATRICK K. MCDONNELL, and CABBAGETECH, C<br>*Defendant* | Case No. 18-cv-0361 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date:  02/26/2018

s/ Alejandra de Urioste
*Attorney's signature*

Alejandra de Urioste
*Printed name and bar number*

Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
*Address*

ADEURIOSTE@CFTC.GOV
*E-mail address*

(646) 746-9881
*Telephone number*

(646) 746-9940
*FAX number*