UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK K. MCDONNELL,<br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>Defendants. | Case No. 18-CV-361 (JBW)<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 26th day of February, 2018, I caused to be served by FedEx Overnight Delivery the following documents:

1. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction and/or Failure to State a Claim Upon Which Relief Can Be Granted (Docket #20)
2. Compendium of Unpublished Cases and Other Authorities Cited in Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Pursuant to Local Rule 7.2
3. Brief of Commodity Futures Trading Commission in Support of Preliminary Injunction and Other Relief (Docket #21)
4. Proposed Order of Preliminary Injunction and Other Relief (Docket #21-1)
5. Declaration of Christopher Giglio and Exhibits Thereto (Docket #21-2)
6. Compendium of Unpublished Cases and Other Authorities Cited in Brief of Commodity Futures Trading Commission in Support of Preliminary Injunction and Other Relief Pursuant to Local Rule 7.2
7. Appearance of Counsel Alejandra de Urioste (Docket #22)
8. Notice of Evidence of Prior Criminal Conviction Pursuant to Fed. R. Evid. 609

on the following Defendants:

| Patrick K. McDonnell | Cabbagetech, Corp.<br>c/o Patrick K. McDonnell |
|---|---|

The packages were addressed to the same address used for service of the summons and complaint.

Dated: February 27, 2018

                                            **COMMODITY FUTURES TRADING COMMISSION**

                                            By: /s/ Alejandra de Urioste
                                            Commodity Futures Trading Commission
                                            Division of Enforcement
                                            140 Broadway, 19th Floor
                                            New York, NY 10005
                                            Phone: (646) 746-9881
                                            Fax: (646) 746-9940
                                            adeurioste@cftc.gov

                                            AN ATTORNEY FOR PLAINTIFF
                                            COMMODITY FUTURES TRADING
                                            COMMISSION