IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMMODITY FUTURES TRADING          :
COMMISSION,
                                   :
                Plaintiff,             Civil Action No. 18-cv-00361-
                                   :   JBW-RLM
         -against-
                                   :   **NOTICE OF MOTION**
PATRICK K. MCDONNELL, and              **TO ADMIT COUNSEL**
CABBAGETECH, CORP. d/b/a COIN DROP  :  **PRO HAC VICE**
MARKETS,                               **JONATHAN L. MARCUS**
                                   :
                Defendants.
                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:     Plaintiff's Counsel and Defendants

David William Oakland                Alejandra de Urioste
Commodity Futures Trading Commission Commodity Futures Trading Commission
140 Broadway, 19th Floor             Division Of Enforcement
New York, NY 10005                   140 Broadway, 19th Floor
646-746-9769                         New York, NY 10005
Fax: 646-746-9940                    646-746-9700
Email: doakland@cftc.gov             Fax: 646-746-9938
LEAD ATTORNEY                        Email: adeurioste@cftc.gov
ATTORNEY TO BE NOTICED               ATTORNEY TO BE NOTICED

Kenneth B. Tomer                     Gates Salyers Hurand
Commodity Futures Trading Commission Commodity Futures Trading Commission
140 Broadway                         140 Broadway, 19th Floor
19th Floor                           Ny, NY 10005
New York, NY 10005                   646-746-9700
646-746-9700                         Fax: 646-746-3903
Fax: 646-746-9940                    Email: ghurand@cftc.gov
Email: ktomer@cftc.gov               ATTORNEY TO BE NOTICED
PRO HAC VICE
ATTORNEY TO BE NOTICED

Patrick K. McDonnell
20 Rawson Place
Staten Island, NY 10314
(718) 524-6312
PRO SE

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificates of Good Standing annexed thereto, I, Jonathan L. Marcus, will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an Order allowing my admission as attorney *pro*

*hac vice* to appear as counsel for *amicus curiae* Chicago Mercantile Exchange Inc. in the above-

captioned action.  I am of counsel with the firm of Skadden, Arps, Slate, Meagher & Flom LLP

and a member in good standing of the Bars of the State of Maryland and the District of

Columbia.  There are no pending disciplinary proceedings against me in any State or Federal

court.


Dated: March 5, 2018

Respectfully submitted,

/s/ *Jonathan L. Marcus*
Jonathan L. Marcus
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7596
Jonathan.Marcus@skadden.com

*Counsel for Amicus Curiae*
*Chicago Mercantile Exchange Inc.*

2