UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMMODITY FUTURES TRADING          :
COMMISSION,
                                   :

            Plaintiff,             :     Civil Action No. 18-cv-00361-
                                         JBW-RLM
            -against-             :
                                         **AFFIDAVIT OF**
                                   :     **JONATHAN L. MARCUS**
PATRICK K. MCDONNELL, and                **IN SUPPORT OF MOTION**
CABBAGETECH, CORP. d/b/a COIN DROP  :     **TO ADMIT COUNSEL**
MARKETS,                                 ***PRO HAC VICE***
                                   :
            Defendants.
                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


Jonathan L. Marcus, being duly sworn, hereby deposes and says as follows:

1.  I am of counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the State of Maryland and the District of Columbia.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  I have not been convicted of a felony.

6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate for *amicus curiae* Chicago Mercantile Exchange Inc. *pro hac vice*, in the above-captioned matter.

Dated:  March 5, 2018

Jonathan L. Marcus
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7596
Jonathan.Marcus@skadden.com

*Attorney for Chicago Mercantile Exchange Inc.*

NOTARIZED

Subscribed and sworn to before me this ____5th____ day of _March_____, 2018.

Notary Public

PATRICIA A. NEIL
Notary Public of District of Columbia
My Commission Expires September 30, 2018

My Commission expires _____



2