## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on March 5, 2018, I caused a true copy of the

- *Notice of Motion to Admit Counsel Pro Hac Vice Jonathan L. Marcus* and
- *Affidavit of Jonathan L. Marcus in Support of Motion to Admit Counsel Pro Hac Vice*

to be served upon the following party in the manner indicated:

By First Class Mail

Patrick K. McDonnell
20 Rawson Place
Staten Island, NY 10314


Dated: Washington, DC
       March 5, 2018

                                                /s/Jonthan L. Marcus
                                                Jonathan L. Marcus