UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMMODITY FUTURES TRADING
COMMISSION,

                   Plaintiff,

                -against-

PATRICK K. MCDONNELL, and
CABBAGETECH, CORP. d/b/a COIN DROP
MARKETS,

                  Defendants.

:
:
:
:
:
:
:
:

Civil Action No. 18-cv-00361-JBW-RLM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## Chicago Mercantile Exchange Inc.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, *amicus curiae*

Chicago Mercantile Exchange Inc. ("CME") states, by and through its undersigned counsel, as

follows:

CME is a wholly-owned subsidiary of CME Group Inc. CME Group Inc. is a

publicly held corporation that has no parent corporation, and no publicly held corporation owns

10% or more of its stock.

Dated: March 5, 2018

/s/ Jonathan L. Marcus
Jonathan L. Marcus
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7596
Jonathan.Marcus@skadden.com

*Counsel for Amicus Curiae*
*Chicago Mercantile Exchange Inc.*
*Motion for Admission Pro Hac Vice Pending*