IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
COMMODITY FUTURES TRADING COMMISSION,

              Plaintiff,

            -against-

PATRICK K. MCDONNELL, and
CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 18-cv-00361-JBW-RLM

**DECLARATION OF JONATHAN L. MARCUS IN SUPPORT OF MOTION FOR LEAVE TO FILE LETTER AS *AMICUS CURIAE***

I, Jonathan L. Marcus, hereby declare:

    I am a member in good standing of the Bars of the State of Maryland and the District of Columbia and a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the *amicus* Chicago Mercantile Exchange Inc. I submit this declaration in support of the motion for leave to file a letter as *amicus curiae*. Attached hereto is a true and correct copy of the proposed letter of *amicus curiae*.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2018.

/s/ Jonathan L. Marcus
Jonathan L. Marcus
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7596
jonathan.marcus@skadden.com

*Counsel for Amicus Curiae Chicago Mercantile Exchange Inc.*
*Motion for Admission Pro Hac Vice Pending*
