## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court,

hereby certifies under penalty of perjury, that on March 5, 2018, I caused a true copy of the

- *Letter Motion to File a Letter as Amicus Curiae; and*

- *Declaration of Jonathan L. Marcus in Support of Motion for Leave to File*

  *Letter as Amicus Curiae with attached Proposed Letter.*

 to be served upon the following party in the manner indicated:


By First Class Mail

Patrick K. McDonnell
20 Rawson Place
Staten Island, NY 10314



Dated:  Washington, DC
          March 5, 2018


                                                    /s/Jonathan L. Marcus
                                                   Jonathan L. Marcus