IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
COMMODITY FUTURES TRADING COMMISSION,

             Plaintiff,

-against-

PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 18-cv-00361-JBW-RLM

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court *pro hac vice*, and I appear in this case as counsel for *amicus curiae* Chicago Mercantile Exchange Inc.

Dated: March 6, 2018

                                                /s/ *Jonathan L. Marcus*
                                                Jonathan L. Marcus
                                                Skadden, Arps, Slate, Meagher & Flom LLP
                                                1440 New York Avenue, N.W.
                                                Washington, D.C. 20005
                                                (202) 371-7596
                                                Jonathan.Marcus@skadden.com

                                                *Counsel for Amicus Curiae*
                                                *Chicago Mercantile Exchange Inc.*