ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE  

DATE: March 6, 2018  
START: 12:40 pm  
END: 1:05 pm  

DOCKET NO: 18 CV 361  
CASE: CFTC v. McDonnell  

☐ INITIAL CONFERENCE  
☒ DISCOVERY CONFERENCE  
☐ SETTLEMENT CONFERENCE  
☐ MOTION HEARING  

☐ OTHER/ORDER TO SHOW CAUSE  
☐ FINAL/PRETRIAL CONFERENCE  
☐ TELEPHONE CONFERENCE  
☐ INFANT COMPROMISE HEARING  

| PLAINTIFF | ATTORNEY |
|---|---|
| CFTC | K. Brent Tomer, Gates Hurand, David Oakland, Alejandra de Urioste, Manal Sultan |

| DEFENDANT | ATTORNEY |
|---|---|
| Patrick McDonnell | Patrick McDonnell (pro se) |

☐ _____ DISCOVERY TO BE COMPLETED BY _____  
☐ NEXT (Settlement) CONFERENCE SCHEDULED FOR April 17, 2018 at 10 AM  
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____  

RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court overrules defendant McDonnell's objections to the CFTC's description of the books and records to be produced in 10 days in accordance with Judge Weinstein's earlier ruling from the bench. These documents will be produced promptly pursuant to a confidentiality stipulation to be drafted by the CFTC, served on pro se defendant, and filed with the Court. The Court adopts, with modifications, the discovery schedule proposed by the CFTC, which will draft, serve and file a proposed order consistent with the Court's rulings.

Pro se defendant is encouraged to register to receive ECF notifications and to seek to retain counsel.

The parties agree to electronic service.