

**COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of
Enforcement

March 6, 2018

**BY ECF**

The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

    Re:   *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

Dear Chief Magistrate Judge Mann:

    I am a Chief Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the captioned matter. Pursuant to this Court's Order dated March 6, 2018 (Dkt. No. 30), the Commission submits the attached proposed scheduling order governing discovery in connection with the scheduled June 5, 2018, hearing before the Honorable Jack B. Weinstein.

                                                                      Respectfully submitted,

                                                                      K. Brent Tomer

cc:     Patrick K. McDonnell (by email)
        CabbageTech, Corp. (by email c/o Defendant McDonnell)

Encl.