UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br>          Plaintiff, <br><br>     v. <br><br> PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS, <br><br>          Defendants. | Case No. 18-CV-0361 (JBW) (RLM) <br><br> ECF Case |

## [PROPOSED] SCHEDULING ORDER

     This Scheduling Order shall govern the parties respective obligations with respect to hearing scheduled for June 5, 2018 (the "June 5, 2018 Hearing") before the Honorable Jack B. Weinstein:

     **1.**     By no later than **Friday, March 16, 2018**, Defendant Patrick K. McDonnell shall produce to Plaintiff the following:

     **A.**  From the period of January 1, 2017 to the present, all virtual currency account records for those accounts in the name(s) or under the control of Defendant McDonnell or Defendant CabbageTech, Corp. d/b/a Coin Drop Markets ("CDM"), including but not limited to user name(s), deposits and withdrawals, trading activity, and fees;

     **B.**  From the period of January 1, 2017 to the present, the locations and addresses of all virtual currency wallets, hosted by a third-party or otherwise, in the name(s) or under the control of Defendants McDonnell or CDM;

     **C.**  From the period of January 1, 2017 to the present, all United States and foreign bank account records in the name(s) or under the control of Defendants McDonnell or CDM;

     **D.**  From the period of January 1, 2017 to the present, all PayPal records relating to Defendants McDonnell or CDM; and

    **E.**  From the period of January 1, 2017 to the present, all business records concerning customers of Defendants McDonnell or CDM, including but not limited to customer names, deposit and withdrawal history, and communications with customers.

    **2.**    Plaintiff shall serve initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P., by no later than **Friday, March 16, 2018.**

    **3.**    Defendant McDonnell shall file and serve his answer by **Friday, March 16, 2018.**

    **4.**    Defendant McDonnell shall serve initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P., by no later than **Friday, March 23, 2018,** by which time Plaintiff shall serve any initial amendments to its initial disclosures.

    **5.**    All fact discovery for the purposes of the June 5, 2018 hearing shall be completed by no later than **Friday, May 18, 2018**. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Courts for the Southern and Eastern District of New York.

    **6.**    The parties shall identify all exhibits to be offered as evidence and any witnesses they intend to call at the June 5, 2018 Hearing by no later than **Tuesday, May 22, 2018**.

    **7.**    The parties shall appear for a settlement conference before Chief Magistrate Judge Roanne L. Mann on **Tuesday, April 17, 2018**, at 10:00 am in Courtroom 13D.

    This ORDER may not be modified or the dates herein extended, except by further Order of this Court.

_____
            Roanne L. Mann
            Chief Magistrate Judge

Dated: March__, 2018
      Brooklyn, New York