UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendants.

---

**SCHEDULING ORDER**

18-CV-361



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 0 8 2018 ★

BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court, in a separate order dated March 6, 2018, issued a preliminary injunction in favor of the Commodity Futures Trading Commission ("CFTC"). Defendants shall turn over all documents to the CFTC, as required by the injunction, within 10 days.

On June 5, 2018, at 10:30 A.M. in court room 10B South, the court will hold an evidentiary hearing and consider an application by the plaintiff to consolidate the preliminary injunction into a final injunction.

The CFTC shall proceed, pursuant to the Federal Rules of Evidence, with sworn witnesses who shall be present or provided through depositions or video testimony. Ten days before the hearing, CFTC shall supply the defendant with a list of witnesses, and the expected substance of their testimony, and exhibits properly authenticated. Defendants shall reciprocate on the same terms.

The magistrate judge is respectfully requested to expedite discovery, and settlement if possible.  Any disputes before the hearings are respectfully referred to the magistrate judge for decision.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated:  March 6, 2018
          Brooklyn, New York