

**COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile:  (646) 746-9940

David W. Oakland
doakland@cftc.gov
(646) 746-9769

Division of
Enforcement

March 16, 2018

**BY ECF**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

   Re: *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, **No. 18-CV-00361 (JBW)(RLM)**

Dear Chief Magistrate Judge Mann:

  I am a Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the captioned matter. Pursuant to this Court's Order dated March 6, 2018 (Dkt. No. 30), Plaintiff prepared a confidentiality stipulation that Defendant agreed to this past Wednesday. (See Ex. 1.)

  Earlier today, the Court entered an electronic protective order. In light of the stipulation of the parties, we respectfully move the court for entry of the attached protective order (see Ex. 2) governing confidentiality of materials produced in discovery in lieu of the electronic order. Once we receive the signed version from Defendant, the Commission will submit a fully executed stipulation for the Court.

       Respectfully submitted,

       /s/ David W. Oakland
       David W. Oakland

cc: Patrick K. McDonnell (by email)