| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Thursday, March 15, 2018 9:34 AM |
| **To:** | Hurand, Gates |
| **Subject:** | Re: CFTC v. McDonnell - proposed protective order |

Hi Gates,

I mailed that out (proposed protective order - signed) to you last night dropped in box missed daily pick-up so should be there by tomorrow. I'm working on other today got to figure out how to use the upload site, etc. you sent previously. I will email you once I get all info. etc. ready to upload for your review.

Thanks,

Patrick McDonnell

**Sent:** Friday, March 09, 2018 at 3:27 PM
**From:** "Hurand, Gates" <GHurand@CFTC.gov>
**To:** "cdm@gmx.us" <cdm@gmx.us>
**Cc:** "Tomer, K. Brent" <KTomer@CFTC.gov>, "Oakland, David W." <doakland@cftc.gov>, "de Urioste, Alejandra" <ADeUrioste@CFTC.gov>, "Giglio, Christopher" <CGiglio@CFTC.gov>
**Subject:** CFTC v. McDonnell - proposed protective order

Mr. McDonnell: attached is the draft proposed protective order for your review. Please let us know if you have any questions. We would like to file it with the Court on Monday.

Thank you.


Gates S. Hurand

Senior Trial Attorney

Commodity Futures Trading Commission

Division of Enforcement

140 Broadway, 19th floor | New York, New York 10005 | t. (646) 746-9753 | f. (646) 746-3903 | www.cftc.gov