FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 2 0 2018 ★

BROOKLYN OFFICE

Cryptocurrency Fraud
Cross, Jason M 1LT USARMY (US)
to:

03/08/2018 01:53 PM
Hide Details
From: "Cross, Jason M 1LT USARMY (US)"
To:

Good morning Judge Weinstein,

I came across an article stating that you had filed a 79 page preliminary injuction against a cryptocurrency trading advice firm that stands accused of fraud. I know of another firm/website that is fraudulent as well. It is https://bitsolid.io    My friend and I, along with numerous other people, have invested US dollars with this website and have not received our money back, and now the site's withdrawal feature has been shutdown for over a month. I am an officer in the US Army and was wondering if you might be able to take a look into this or at least point me in the right direction regarding getting this situation resolved, or at least getting an investigation started.

Thank you,
Jason Cross