Jason Cross

March 12, 2018

Re: CFTC v. McDonnell, 18-CV-361

Dear Mr. Cross,

The court has received your email dated March 8, 2018. I am sorry I cannot help you.

You may be able to file a formal complaint with the Division of Enforcement of the Commodity Futures Trading Commission on their website located at:

http://www.cftc.gov/ConsumerProtection/FileaTiporComplaint/index.htm.

You may also be able to report information by calling the Commodity Futures Trading Commission toll-free at:

866-FON-CFTC (866-366-2382).

Sincerely yours,

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior District Court Judge

