DATE 3/6/18

BEFORE JUDGE Weinstein    AT 10:30 A.M/P.M.

C/R or ~~EGR~~ S. Mace    MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV18-361

Title: C.F.T.C. vs. Patrick McDonnell et al

(Pltff.) (Deft.) _____ motion for dismissal of the complaint.

Appearances: For Pltff. Kenneth Toner

For Deft. Patrick McDonnell

✓ Case called.    ✓ Parties Sworn    ✓ Evidentiary Hearing Held.

✓ Counsel for all sides present. Deft. pro se.

___ Counsel for _____ not present.

✓ Motion argued.    ___ Motion Granted    ___ Motion Denied.

___ Decision reserved.

✓ Order to be submitted by Court.

✓ Case adjourned to 6/5/18 @ 10:30 am for hearing

✓ Other McDonnell's motion is denied

✓ Default is granted as to deft. Cabbage Tech Corp.