UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>     Defendants. | Case No. 18-CV-0361 (JBW) (RLM)<br><br>ECF Case<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANT PATRICK K. MCDONNELL** |

TO: DOUGLAS C. PALMER, CLERK OF COURT
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

  Please enter the default of Defendant Patrick K. McDonnell pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, for failure to plead or otherwise defend this action, as shown in the Court docket herein and in the attached affirmation of Christopher Giglio.

             \*  \*  \*

Dated: April 3, 2018

          **COMMODITY FUTURES TRADING COMMISSION**

By: <u>s/ Gates S. Hurand</u>
Gates S. Hurand
Senior Trial Attorney
ghurand@cftc.gov
Phone: (646) 746-9700

David Oakland
Senior Trial Attorney
doakland@cftc.gov
Phone: (646) 746-9700

K. Brent Tomer
Chief Trial Attorney
ktomer@cftc.gov
Phone: (646) 746-9700

Manal M. Sultan
Deputy Director
msultan@cftc.gov
Phone: (646) 746-9700

Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
Phone: (646) 746-9700
Fax: (646) 746-9940

ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION