UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>   v.<br><br>PATRICK K. MCDONNELL,<br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>     Defendants. | Case No. 18-CV-0361 (JBW) (RLM)<br><br>ECF Case<br><br>**CERTIFICATE OF DEFAULT AS TO DEFENDANT PATRICK K. MCDONNELL** |

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Patrick K. McDonnell ("McDonnell") has not filed an answer or otherwise defended the action following the denial of his motion to dismiss, as required by the Scheduling Order ordered by the Court on March 7, 2018.  ECF No. 31-1.  The default of Defendant Patrick K. McDonnell is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
   April __, 2018

                 DOUGLAS C. PALMER, Clerk of Court

                 By:_____
                   Deputy Clerk