ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: *April 9, 2018*  
START: *12:05 pm*  
END: *12:55 pm*

DOCKET NO: __18-cv-00361__

CASE: __Commodity Futures Trading Commission v. McDonnell et al__

☐ INITIAL CONFERENCE  
☑ DISCOVERY CONFERENCE  
☐ SETTLEMENT CONFERENCE  
☑ MOTION HEARING

☐ OTHER/ORDER TO SHOW CAUSE  
☐ FINAL/PRETRIAL CONFERENCE  
☑ TELEPHONE CONFERENCE  
☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | *Alejandra de Urioste* |
| | *Gates Hurand* |
| | *Brent Tomer* |
| | *David Oakland* |

| DEFENDANT | ATTORNEY |
|---|---|
| | *Patrick McDonnell* |
| | *(pro se)* |
| | |

☐ _____ DISCOVERY TO BE COMPLETED BY _____  
☐ NEXT *(Settlement)* CONFERENCE SCHEDULED FOR *May 2, 2018* at *10 AM*  
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
☐ PL. TO SERVE DEF. BY:_____   DEF. TO SERVE PL. BY:_____

RULINGS: __PLEASE TYPE THE FOLLOWING ON DOCKET SHEET__

*Once again, the Court extends pro se defendant's deadline for filing his Answer to the complaint (until April 13, 2018) and encourages him to consult with the Federal Pro Se Legal Assistance Project (212-382-4729).*

*For the reasons and to the extent described on the record, the Court grants the CFTC's motion to compel (DE #44). The CFTC will forthwith prepare and send defendant authorizations for the referenced PayPal account, the coindropmarket's email account, and the Slack messenging account, which*

defendant will execute and return
to the CFTC by April 13, 2018. By that
same date, defendant shall search
the cdm email account for responsive
documents and shall either produce
any and all such documents or confirm
that no such documents exist; and
the CFTC shall serve and file a
letter detailing the interplay between
the provisions on pages 2 and 12 of
the Proposed Stipulated Protective
Order (DE #36-2).

The Court grants the CFTC's request
to adjourn the April 17th settlement
conference to May 2, 2018 at 10:00 a.m.