**Hurand, Gates**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Wednesday, April 11, 2018 5:24 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra |
| **Subject:** | Letter to Chief Magistrate Judge Roanne L. Mann |

*Hi Gates,*

*Please file this email with the court via ECF as per Chief Magistrate Judge Roanne L. Mann instructions during initial hearing. I will print and mail a courtesy copy to Judge Weinstein and Judge Mann myself as well contact the clerk via telephone tomorrow morning.*

*Thank You,*

*Patrick K. McDonnell*


## Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 11, 2018

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** ***Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)**

Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter writing you concerning my position regarding the case. I cannot in right mind answer the Plaintiffs' fictitious complaint. Acknowledgement of Plaintiffs' wording breeds life to crafted lies that have already destroyed my family/name. I do not have the proper finances, knowledge, mental/physical strength, representation, nor, time to continue this fight. I do not wish to put my burdens on the court and respectfully decline to answer Plaintiff complaint. I understand that the case will be placed into default and am not admitting guilt in any way. My personal finances are 100% exhausted which in turn will leave my family destitute if I miss anymore days/time from work.

I apologize to the Court and recognize the help, efforts, and resources provided to me from all.

Sincerest Regards,

*Patrick K. McDonnell*

Patrick K. McDonnell


CC: Court Clerk

    Judge Jack B. Weinstein

    Chief Magistrate Judge Roanne L. Mann