ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: April 12, 2018  
START: 5:30 pm  
END: 6:35 pm

DOCKET NO: 18-cv-361 (JBW)

CASE: CFTC v. McDonnell

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☑ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | David Oakland |
|  | Brent Tomer |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Patrick McDonnell |
|  | (pro se) |
|  |  |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT (Settlement) CONFERENCE SCHEDULED FOR May 2, 2018 at 2:00 pm
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephone conference to address pro se defendant McDonnell's letter of April 11, 2018 (DE #48), in which he states that he plans to default. After discussing this with the Court, defendant asks instead that the deadline for answering the complaint be extended so that he may consult with the Federal Pro Bono Clinic. The request is granted. The answer is now due by April 25, 2018.

Defendant complains that the authorizations that the CFTC sent him for his signature on April 9, 2018, exceed what the Court had ordered. After hearing from

both sides, the Court directs the CFTC to redraft the authorizations in the manner discussed on the record and orders defendant to sign an authorization for the one Twitter account that he referenced during the April 9th telephone conference.