| From: | Patrick McDonnell |
|---|---|
| To: | Hurand, Gates |
| Cc: | de Urioste, Alejandra; Oakland, David W. |
| Subject: | Contested Authorization Forms |
| Date: | Monday, April 16, 2018 11:59:26 AM |

*Hi Gates,*

I received your UPS package at my home this morning with the revised authorization forms. *Did you review the Slack and Twitter authorizations prior to mailing them to me?* **To avoid any further misuse of the authorization order and to avoid wasting the Courts time with this issue. Please file this email with the Court *via* ECF as per Chief Magistrate Judge Roanne L. Mann instructions during initial hearing.**

*Once again,* after being corrected by the Court your office continues to misrepresent the order 'under guise'. This was clearly discussed in detail April 12, 2018 *via* court conference with Chief Magistrate Judge Mann. *As to why the CFTC is not compliant with this order is beyond me? I find it very disturbing that a Yale graduate such as yourself/other attorney's at your office have such a problem with 'misreading' a direct Court order.*

The Court specifically ordered you to limit your information scope and discontinue the use of *'and/or'* type additions to authorized accounts.
* Slack was discussed in detail and you still add 'and/or' in release form somewhat oblivious to Court instructions pushing your lawless agenda.

*Furthermore,* the Court also corrected you on the use of email address cdm@gmx.us for legal reasons which you simply choose to ignore.

**The Twitter and Slack handles are the 'unique identifiers' of accounts as discussed April 12, 2018 'not' emails as Court stated.**

**Misrepresentation #1 (Slack) -** " bitcoinxbttradegroup.slack.com, **'associated'** with the **'email addresses'**: coindropmarkets@gmail.com and/or cdm@gmx.us "

**Misrepresentation #2 (Twitter) -** " @coindropmarkets, **'associated'** with the **'email addresses'**: coindropmarkets@gmail.com and/or cdm@gmx.us "

**Note:** The CFTC **already stands corrected** on record April 12, 2018 for misuse of authorization order's and is again acting out of the scope of Court wording. As mentioned to the Court, it is impossible to have any honest or open communication with your team due to the many deceptive ploys employed by all of you one time or another. I am unavailable today been dealing with health issues over the last few days.

*Thank You,*

Patrick K. McDonnell


# Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 16, 2018

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re: *Commodity Futures Trading Commission v. Patrick K. McDonnell and
CabbageTech, Corp. d/b/a Coin Drop Markets, No. 18-CV-00361 (JBW)(RLM)***

Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter writing you concerning the 'revised' Court ordered authorization release forms presented to me by Plaintiffs'. Noted in the April 12, 2018 court conference Plaintiffs' acted **'under guise'** by *'misrepresenting'* the Courts order in an attempt to obtain information **illegally** from Defendant out of it's scope. With all of the time Court and Parties' have spent working out this issue Plaintiffs' continue the same behavior with **'innacurately revised drafts'** as noted in the above/attached email to CFTC attorney Gates S. Hurand dated April 16, 2018. Defendant respectfully requests the Court move Plaintiffs' submit to the Court the 'revised' version of authorization release forms for review to avoid further misuse of the Courts order and time-consuming burdens being imposed on all.

**Defendant asks that the Court note this is the Plaintiffs' second attempt to obtain information *'illegally'* from Defendant *'under guise'* by way of *'innacuracies'* and *'misinterpreted'* requests ignoring *'word specific'* Court ordered instructions.**

I sincerely apologize having to notify the Court of Plaintiffs' unlawful and manipulative actions.

Sincerest Regards,

Patrick K. McDonnell