### Consent to Release Electronic Communications
### from an Electronic Communications Service or Remote Computing Service

Patrick K. McDonnell is a subscriber of the electronic communications service or remote computing service Slack Technologies.  Pursuant to 18 U.S.C. § 2702(b)(3), I do hereby consent individually and as an authorized agent of Cabbagetech, Corp. d/b/a Coin Drop Markets ("Coin Drop Markets") to the disclosure of the contents of all electronic communications in the Slack team url: **bitcoinxbttradegroup.slack.com**, associated with the email addresses:  **coindropmarkets@gmail.com** and/or **cdm@gmx.us** (the "Coin Drop Markets accounts") that I or Coin Drop Markets owns or controls to the Commodity Futures Trading Commission ("Commission"), an independent regulatory agency of the United States, in connection with a pending litigation captioned *Commodity Futures Trading Commission v. Patrick K. McDonnell and Cabbagetech Corp. d/b/a Coin Drop Markets*, 18-CV-361 (JBW)(RLM) (E.D.N.Y.).  Furthermore, pursuant to 18 U.S.C. §§ 2702(c)(2) and 2703(c)(1)(C), I do hereby consent individually and as an authorized agent of Coin Drop Markets to the disclosure of all records or other information pertaining to the Coin Drop Markets accounts to the Commission.

I hereby direct Slack Technologies, and its officers, employees and agents to disclose all information and deliver copies of all documents described in the attachment hereto:

Alejandra de Urioste
Division of Enforcement
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005
adeurioste@cftc.gov

This consent is given lawfully and in accordance with orders of April 9, 2018 and April 12, 2018 by the court in the pending action. I further state that no threats or promises have been made to compel or induce me to sign this consent form.

This direction is also intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of wire or electronic communications information without the consent of the holder of the account, and shall be construed as consent with respect thereto.

Dated: _____

Signature

Print Name
Individually and as authorized agent of
Cabbagetech Corp. d/b/a Coin Drop Markets

## Consent to Release Electronic Communications
## from an Electronic Communications Service or Remote Computing Service

Patrick K. McDonnell is a subscriber of the electronic communications service or remote computing service Twitter Inc. Pursuant to 18 U.S.C. § 2702(b)(3), I do hereby consent individually and as an authorized agent of Cabbagetech, Corp. d/b/a Coin Drop Markets ("Coin Drop Markets") to the disclosure of the contents of all electronic communications relating to the Twitter handle, **@coindropmarkets**, associated with the email addresses: **coindropmarkets@gmail.com** and/or **cdm@gmx.us** (the "Coin Drop Markets accounts") that I or Coin Drop Markets owns or controls to the Commodity Futures Trading Commission ("Commission"), an independent regulatory agency of the United States, in connection with a pending litigation captioned *Commodity Futures Trading Commission v. Patrick K. McDonnell and Cabbagetech Corp. d/b/a Coin Drop Markets*, 18-CV-361 (JBW)(RLM) (E.D.N.Y.).

Furthermore, pursuant to 18 U.S.C. §§ 2702(c)(2) and 2703(c)(1)(C), I do hereby consent individually and as an authorized agent of Coin Drop Markets to the disclosure of all records or other information pertaining to the Coin Drop Markets accounts to the Commission.

I hereby direct Twitter, Inc., and its officers, employees, and agents to disclose all information and deliver copies of all documents described in the attachment hereto:

Gates S. Hurand
Division of Enforcement
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005
ghurand@cftc.gov

This consent is given lawfully and in accordance with an April 12, 2018, order by the Court in the pending action. I further state that no threats or promises have been made to compel or induce me to sign this consent form.

This direction is also intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of wire or electronic communications information without the consent of the holder of the account, and shall be construed as consent with respect thereto.

Dated: _____

_____
Signature

_____
Print Name
Individually and as authorized agent of
Cabbagetech Corp., Inc. d/b/a Coin Drop Markets