```
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
 2

 3   ---------------------------------------X
                                             :
 4   COMMODITY FUTURES TRADING COMMISSION,   :
                                             :
 5               Plaintiff,                  :
                                             :  18-CV-00361 (JBW)
 6          v.                               :
                                             :  April 12, 2018
 7   PATRICK MCDONNELL, et al.,              :  Brooklyn, New York
                                             :
 8               Defendants.                 :
                                             :
 9   ---------------------------------------X

10
           TRANSCRIPT OF CIVIL CAUSE FOR TELEPHONE CONFERENCE
11               BEFORE THE HONORABLE ROANNE L. MANN
                 UNITED STATES CHIEF MAGISTRATE JUDGE
12

13   APPEARANCES:

14
     For the Plaintiff:        DAVID WILLIAM OAKLAND, ESQ.
15                             BRENT TOMER, ESQ.
                               Commodity Futures Trading Commission
16                             140 Broadway, 19th Floor
                               New York, New York 10005
17

18   For the Defendant:        PATRICK MCDONNELL, Pro Se

19

20   Court Transcriber:        SARA WINKELJOHN, CET-808
                               TypeWrite Word Processing Service
21                             211 N. Milton Road
                               Saratoga Springs, New York 12866
22

23

24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

```
                                                              25
 1   the right Slack social media group.  To --
 2             MR. McDONNELL:  I can just give him the Slack URL.
 3   That's the identity right there,
 4   bitcoinxbttradegroup.Slack.com.  That's the identifier to the
 5   account.  You don't need an email to identify a Slack-based
 6   identifier.  That's why it's a URL.
 7             MR. TOMER:  Your Honor, though, they won't agree to
 8   the consent without actually having the linked email address.
 9   So, for example, Mr. McDonnell had said he doesn't even know
10   if he's a subscriber for this.  So if they -- if Slack looks
11   and says, oh, that bitcoinxbttradegroup team URL is not
12   associated with either coindropmarkets@gmail.com or cdm@gmx.us
13   they won't produce it to us.  Or they'll -- or they'll --
14             THE COURT:  Well, what if -- what if you simply
15   reworded the authorization to give the Slack URL and to say
16   which is associated with and then you can put down the email
17   accounts so you're not saying and any and all other accounts
18   associated with those email accounts.  If you --
19             MR. TOMER:  Your Honor --
20             THE COURT:  If you have the URL and it's just an
21   identifier why can't it explicitly be made an identifier as
22   opposed to a term of expansion?
23             MR. TOMER:  Your Honor, we have no problem with that
24   change and would have been happy to make that change upon
25   discussion with Patrick McDonnell.  But that sort of brings us
```