**Hurand, Gates**

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Tuesday, April 17, 2018 2:01 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W. |
| **Subject:** | Signature under "Duress and Protest" request |

*Hi Gates,*

*Please ECF file the below letter with the Court. On way to appointment do not have time like yest.*

*Thank You,*

*Patrick K. McDonnell*


# Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 17, 2018

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re: *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets, No. 18-CV-00361 (JBW)(RLM)***

Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter writing you concerning the 'initial' and/or 'revised' Court ordered **'Slack'** authorization release form presented to me by Plaintiffs'. I have addressed my concerns with the Court and Plaintiff twice in regards to me believing I have never signed up to this service. I cannot blindly ignore this issue and sign a legal document stating, "Patrick K. McDonnell **is a subscriber** of the electronic communications service or remote computing service Slack Technologies." if believed by myself not to be true. I understand it is Court

1

ordered and that if I outright refuse to sign can be held in contempt of your Court which is why I write you. *Your Honor, I respectfully ask the Court to allow Defendant the right to sign this authorization release form under* **Duress and/or Protest**.

I am representing myself and feel signing/submitting any legal document knowingly believed to contain a falsehood is illegal under perjury laws. I also gracefully ask the Court reconsider said Slack request authorization order and move the Plaintiff's to acquire account *via* supeona like all other social media accounts claimed to be Defendants by Plaintiff's yet are in no way believed to be associated.

I apologize to the Court for this issue and believe this to be my last letter in reference to this matter.

Respectfully Submitted,

*Patrick K. McDonnell*

Patrick K. McDonnell