

**COMMODITY FUTURES TRADING COMMISSION**

140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile:  (646) 746-9940

Division of
Enforcement

Gates S. Hurand
Senior Trial Attorney
646-746-9753
ghurand@cftc.gov

April 17, 2018

**BY ECF**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

    Re:    *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

Dear Chief Magistrate Judge Mann:

    I am a Senior Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the captioned matter. I write in brief response to the Court's electronic Order to Show Cause issued today directing the Commission to show cause why the first sentence of the April 13 Slack authorization should not be modified as stated in the Court's Order.

    The Commission has no objection to this modification.  As such, I revised the consent at issue to reflect the modification and provided the revised copy in PDF, along with a copy of the Court's electronic Order, to Mr. McDonnell by e-mail today at 4:34 PM.  At 5:00 PM and again at 5:18 PM, Mr. McDonnell replied via the attached e-mails indicating that the modification had not addressed his objection.  *See* Exs. 1 and 2.

    Earlier today, Mr. McDonnell indicated to me that he would not provide any of the four authorizations until his question about the Slack authorization was clarified.  As of the filing of this letter, I have received none of the executed authorizations ordered by the Court.  We are available as convenient to the Court's schedule to address this or any other issues.

                                Respectfully submitted,

                                  /s/ Gates S. Hurand

                                Gates S. Hurand

cc:    Patrick K. McDonnell (by ECF and electronic mail)