**Hurand, Gates**
___

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Tuesday, April 17, 2018 5:00 PM |
| **To:** | Hurand, Gates |
| **Subject:** | Re: FW: Activity in Case 1:18-cv-00361-JBW-RLM Commodity Futures Trading Commission v. McDonnell et al Order to Show Cause |

Hi Gates,

Maybe I am having a problem reading plain english today? But the word 'IS' seems to be my objection correct?

It still states 'IS'?

==Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets is a subscriber of the electronic communications service or remote computing service Slack Technologies.==

Your effort to show cause is really baffling and creating more issues due to your lack of just doing the correct thing.

Regards,

Patrick K. McDonnell

**Sent:** Tuesday, April 17, 2018 at 4:34 PM
**From:** "Hurand, Gates" <GHurand@CFTC.gov>
**To:** "cdm@gmx.us" <cdm@gmx.us>
**Cc:** "Tomer, K. Brent" <KTomer@CFTC.gov>, "Oakland, David W." <doakland@cftc.gov>, "de Urioste, Alejandra" <ADeUrioste@CFTC.gov>, "Giglio, Christopher" <CGiglio@CFTC.gov>
**Subject:** FW: Activity in Case 1:18-cv-00361-JBW-RLM Commodity Futures Trading Commission v. McDonnell et al Order to Show Cause

Please see the below electronic Order.  Please also see the revised Slack authorization in accordance with the below Order addressing your concerns.  Please execute the attached and return it along with the other April 13 authorizations today.  Thank you,


Gates S. Hurand

Senior Trial Attorney

Commodity Futures Trading Commission

Division of Enforcement

140 Broadway, 19th floor  |  New York, New York 10005  |  t. (646) 746-9753  |  f. (646) 746-3903  |  www.cftc.gov

1

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Tuesday, April 17, 2018 4:21 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:18-cv-00361-JBW-RLM Commodity Futures Trading Commission v. McDonnell et al Order to Show Cause

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/17/2018 at 4:21 PM EDT and filed on 4/17/2018

**Case Name:**       Commodity Futures Trading Commission v. McDonnell et al
**Case Number:**     1:18-cv-00361-JBW-RLM
**Filer:**
**Document Number:** No document attached

Docket Text:
**ELECTRONIC ORDER TO SHOW CAUSE:** to address the concerns raised by defendant McDonnell in his April 17, 2018 letter (docket entry 54), plaintiff is directed to show cause, in writing, by April 18, 2018, why the first sentence of the Slack authorization should not be modified to state "Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets is a subscriber of the electronic communications service or remote computing service Slack Technologies." Since Mr. McDonnell has not consented to receive electronic notice of court filings, the Court will send him a copy of this Order to Show Cause by regular mail. If Mr. McDonnell would like to receive court filings electronically in the future, he should execute and return the consent form previously provided to him, which is also available on the EDNY website. Ordered by Chief Mag. Judge Roanne L. Mann on 4/17/2018. (Proujansky, Josh)

**1:18-cv-00361-JBW-RLM Notice has been electronically mailed to:**

David William Oakland     doakland@cftc.gov

Gates Salyers Hurand     ghurand@cftc.gov, msultan@cftc.gov

Alejandra de Urioste     adeurioste@cftc.gov

Kenneth B. Tomer     ktomer@cftc.gov

Jonathan Marcus     jonathan.marcus@skadden.com

**1:18-cv-00361-JBW-RLM Notice will not be electronically mailed to:**

Patrick K. McDonnell
20 Rawson Place
Staten Island, NY 10314