**Hurand, Gates**

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Tuesday, April 17, 2018 5:01 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W. |
| **Subject:** | Stay Of Discovery Conference Request |

*Hi Gates,*

*Please ECF file the below request with the Court.*

*Thank You,*

*Patrick K. McDonnell*

## Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 17, 2018

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets, No. 18-CV-00361 (JBW)(RLM)*

Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter requesting a stay of discovery conference with the Court. Defendant as noted has legal scheduled April 23, 2018 in which this matter should move forward more swiftly. Defendant fears loss of rights preservation involving evidence requests, privacy matters, and the case in general prior April 23, 2018. I am respectfully asking for a Court conference in the above

referenced matter. Defendant will be available at Court request anytime tomorrow, tonight I have work.

Respectfully Submitted,

Patrick K. McDonnell