**Hurand, Gates**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Tuesday, April 17, 2018 9:45 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W. |
| **Subject:** | Defendant believes Plaintiff 'did not' satisfy the definition of 'Show Cause' order. |

*Hi Gates,*

*Please ECF file the below request with the Court.*

*Thank You,*

*Patrick K. McDonnell*


# Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 17, 2018


Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets, No. 18-CV-00361 (JBW)(RLM)*


Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter writing you in concerning the below Court order;

**ELECTRONIC ORDER TO SHOW CAUSE: to address the concerns raised by defendant**

1

**McDonnell in his April 17, 2018 letter (docket entry 54), plaintiff is directed to show cause, in writing, by April 18, 2018, why the first sentence of the Slack authorization should not be modified to state "Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets is a subscriber of the electronic communications service or remote computing service Slack Technologies." Since Mr. McDonnell has not consented to receive electronic notice of court filings, the Court will send him a copy of this Order to Show Cause by regular mail. If Mr. McDonnell would like to receive court filings electronically in the future, he should execute and return the consent form previously provided to him, which is also available on the EDNY website. Ordered by Chief Mag. Judge Roanne L. Mann on 4/17/2018. (Proujansky, Josh)**

Plaintiff was ordered to 'Show Cause' and from my learning of the definition it means;

> "An order by a court that requires a party to appear and **to provide reasons why a particular thing should not be performed or allowed** and **mandates such party to meet the Prima Facie case set forth in the complaint or Affidavit of the applicant.**"

Show Cause Source: https://legal-dictionary.thefreedictionary.com/Show+Cause+Order

I understand the Court ordered Plaintiff to respond in writing vs Court appearance, where I am completely lost is where the writing exists that proves Plaintiff 'Show Cause' order was satisfied in their hand? As stated in my email to the CFTC 'prior' to receiving Court order via email;

> Hi David, Gates, and/or Alejandra,
>
> I believe your reason to show case lacks any new evidence, grounds, or reason outside of a ridiculous word shuffle of the same Slack authorization release form. I contest to this completely if this is your final answer to Judge Manns order today. I would ask you all to comply with Court orders responsibly vs being
> manipulative in your answers/efforts. I will notify the Court clerk of my contesting this and file my a response with the Court.
>
> Regards,
>
> Patrick K. McDonnell

My question's are I guess, how and where did Plaintiff 'Show Cause' and why would I be required to sign a document for an account I do not recognize? I have all intentions on following Court order in a forthwith manner as discussed with Plaintiff by email this evening. Yet, I am also confused on my question in regards to signing under duress/protest as well? Defendant moves the Court to order Plaintiff supply 'Show Cause' reason(s)/submission(s) to Defendant that satisfied the following clause in above order **'outside'** of 'revised Slack authorization release' for clarification purposes;  **"plaintiff is directed to show cause, in writing, by April 18, 2018, why the first sentence of the Slack authorization should not be modified to state "Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets is a subscriber of the electronic communications service or remote computing service Slack Technologies."**

I am not happy having to take up the Court's time with this issue, I simply requested information by email with 3 CFTC attorney's on this question and one is below to no avail. I understand Plaintiff did not object to changing the wording in question, yet said they did, but really just shuffled words. So it still is, what it was, no changes, with no recourse? They still have not shown cause regardless of not objecting to changes never taking place and I am ordered to sign the authorization release in question without them correcting the 'IS' a subscriber objection just does not calculate properly to me being legally sound or not.

Hi David, Gates, and/or Alejandra,

Can you please provide proof that the below order to show cause was satisfied today by CFTC and accepted as valid by the Court if at all it was? I do not find the revised Slack authorization release to be cause of anything but concern if that is your teams answer.

**ELECTRONIC ORDER TO SHOW CAUSE: to address the concerns raised by defendant McDonnell in his April 17, 2018 letter (docket entry 54), plaintiff is directed to show cause, in writing, by April 18, 2018, why the first sentence of the Slack authorization should not be modified to state "Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets is a subscriber of the electronic communications service or remote computing service Slack Technologies." Since Mr. McDonnell has not consented to receive electronic notice of court filings, the Court will send him a copy of this Order to Show Cause by regular mail. If Mr. McDonnell would like to receive court filings electronically in the future, he should execute and return the consent form previously provided to him, which is also available on the EDNY website. Ordered by Chief Mag. Judge Roanne L. Mann on 4/17/2018. (Proujansky, Josh)**

Regards,

Patrick K. McDonnell

I just cannot see any of the words in the above definition of 'Show Cause' in Plaintiff filings sent to me via email or any attachment to the Court order. Only a one sentence scramble of existing wording in reversed form in the 'revised Slack authorization release'.

Respectfully Submitted,

Patrick K. McDonnell

3