**Hurand, Gates**

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Tuesday, April 17, 2018 10:45 PM |
| **To:** | Hurand, Gates |
| **Cc:** | Jonathan.Marcus@skadden.com; Oakland, David W.; de Urioste, Alejandra; Tomer, K. Brent; Sultan, Manal M.; Giglio, Christopher |
| **Subject:** | Defendant request to Supeona Plaintiffs' attorney's/investigator's personal cryptocurrency trading accounts/records. |

*Hi Gates,*

*Please ECF file the below request with the Court.*

*Thank You,*

*Patrick K. McDonnell*


# Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 17, 2018

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** ***Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)**

Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter and request the Court grant Defendant permission to supeona the personal cryptocurrency trading accounts/records of all CFTC/CME attorney's/investigator's involved in the above referenced matter beginning from but not limited to trade information dated

January 18, 2018 to April 17, 2018. It is of extreme importance that Defense obtains this information from all parties in pursuit of learned acts performed pertinent to this matter and Defendant trial evidence through case discovery.

**Defendant Supeona Permission Requests:** Gates S. Hurand, David W. Oakland, Alejandra de Urioste, K. Brent Tomer, Manal M. Sultan, Christopher Giglio (investigator), all employed by the Commodity Futures Trading Commission, Division of Enforcement, located at 140 Broadway, 19th Floor New York, NY 10005 and Jonathan L. Marcus attorney for The Chicago Merchantile Exchange of Skadden, Arps, Slate, Meagher & Flom LLP, located at 1440 New York Avenue, N.W. Washington, DC 20005.

Defendant respectfully asks the Court permission to supeona known cryptocurrency trading exchanges believed to have been used or are currently being used by individuals named in the above defendant supeona permission request for time period listed.

Respectfully Submitted,

Patrick K. McDonnell