**Hurand, Gates**

| | |
|---|---|
| **From:** | Patrick McDonnell <cdm@gmx.us> |
| **Sent:** | Wednesday, April 18, 2018 10:10 AM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W. |
| **Subject:** | Possible breach/hack of Defendant legal email account. |

*Hi Gates,*

*Please ECF file the below letter with the Court.*

*Thank You,*

*Patrick K. McDonnell*


# Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314
Tel: (718) 524-6312 Email: cdm@gmx.us

April 18, 2018

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** ***Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets****, No. 18-CV-00361 (JBW)(RLM)*

Dear Chief Magistrate Judge Mann:

I am a Defendant in the above referenced matter writing you concerning a possible breach/hack of my legal email account cdm@gmx.us at approximately 4:41am on April 18, 2018 according to a security notification received from my message provider GMX. I do not know if any information was compromised, all seems to

1

be in place to me. This email address has been noted in many Court filings and media article attachments so I am not placing blame on any one in particular. My intentions are to notify the Court that any/all information ever sent or received from the above email account may be in wrong person(s) hand.

Below is a copy of the security alert from my email provider sent to CFTC this morning.


Respectfully Submitted,

*Patrick K. McDonnell*

Patrick K. McDonnell




**Sent:** Wednesday, April 18, 2018 at 9:06 AM
**From:** "Patrick McDonnell" <cdm@gmx.us>
**To:** "Hurand, Gates" <GHurand@CFTC.gov>
**Cc:** "Oakland, David W." <doakland@cftc.gov>, "de Urioste, Alejandra" <ADeUrioste@CFTC.gov>
**Subject:** Re: Security Notice: Change your Password now

Hi Gates,

Seems my email may have been hacked throughout the night. I just regained access to it and updated all security this morning. Do not know if I missed any emails from your office today? I do not see anything new today just confirming in case individual(s) who may have accessed my email account deleted any info sent to me this morning.

Thanks,

Patrick K. McDonnell


Change
your password

Dear GMX member, our system has detected irregular activity related to your account. We suspect that someone else may have accessed your account.

As a precautionary measure, we have blocked your account. To regain access, please change your password now!


Enter your current password

> **Sent:** Wednesday, April 18, 2018 at 4:41 AM
> **From:** "GMX System Information" <system@corp.gmx.com>
> **To:** cdm@gmx.us
> **Subject:** Security Notice: Change your Password now

 

## Security Notice!

Dear GMX Member,

Our security system detected irregular activity related to your GMX account.

As a precautionary measure **we restricted access to your account until you change your password**. To prevent abuse, sending out emails is not possible as long as access to the account is limited.



If you haven't already done so, we are therefore going to ask you to change your password when you try to log in. If you usually access your emails via an email- or a third-party program, please log in to your account via the GMX.com homepage. You will then automatically be asked to change your password.

To make sure your account is protected, we ask you to follow these steps:

**1. Check all your computers and mobile devices used to access your account with an up-to-date virus scanner to detect possible malware.**

**2. Check whether your personal data, especially your alternative address, has been changed by going to "My Account" on the "Home"-page of your account.**

**3. Go to your "E-mail settings" -> "Filter Rules" and check whether a forwarding rule has been created. In case you created a forwarding rule yourself, check if the email address used is still valid.**

You can find further information about restoring your account security in our Help Section.

Thank you for your cooperation.

3

**Your GMX Team**

You are receiving this message from GMX.com because you are a valued member. GMX respects your privacy. To learn more, please read our online Privacy Policy. For more information or for general questions regarding your email account, please visit GMX Online Help. This is an automatic message. Please do not reply to the sender.

GMX is a registered trademark of 1&1 Mail & Media GmbH, Brauerstraβe 48, 76135 Karlsruhe, Germany.

© 2018. All rights reserved.