**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**COMMODITY FUTURES TRADING**
**COMMISSION,**

                        **Plaintiff,**                    **ORDER**

                  -against-                            18-CV-361 (JBW)

**PATRICK K. MCDONNELL and**
**CABBAGETECH CORP.,**

                        **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

    *Pro se* defendant Patrick K. McDonnell, in one of three letters sent to the Court today (i.e., Electronic Case Filing Docket Entry ("DE") #57), inquires as to "how and where" the CFTC "[s]how[ed] cause" in response to the Court's April 17th order requiring plaintiff "to show cause, in writing, by April 18, 2018, why the first sentence of the Slack authorization should not be modified to state 'Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets is a subscriber of the electronic communications service or remote computing service Slack Technologies.'" Electronic Order To Show Cause (Apr. 17, 2018). Mr. McDonnell appears to misapprehend the import of that order, which required the Commodity Futures Trading Commission ("CFTC") to state in writing, on an expedited basis, whether it objected to the further modification specified by the Court and, if so, to explain why its objection was justified. Because the CFTC timely responded that it "ha[d] no objection to this modification[,]" see Letter in Response to Court's Electronic Order To Show Cause (Apr. 17, 2018), DE #55, there was no need for it to show cause why the further modification to the authorization should not be made. Satisfied that the further revision adequately addressed Mr. McDonnell's concerns, the Court directed him forthwith to execute the further revised authorizations. See Electronic Order (Apr. 17, 2018). The Court adheres to and reiterates that Order.

Mr. McDonnell also seeks permission to subpoena "the personal cryptocurrency trading accounts/records of all CFTC/CME attorney's/investigator's [sic] involved in the above referenced matter . . . ." Letter to Court (Apr. 18, 2018) at 1, DE #58. Those individuals are not parties to this action, and the information sought has no apparent relevance to the claims in this case. The request is denied.

        **SO ORDERED.**

Dated:    Brooklyn, New York
            April 18, 2018

                    /s/    *Roanne L. Mann*
                    **ROANNE L. MANN**
                    **CHIEF UNITED STATES MAGISTRATE JUDGE**