Consent to Release Electronic Communications
from an Electronic Communications Service or Remote Computing Service

Patrick K. McDonnell is a subscriber of the electronic communications service or remote computing service Google, Inc. Pursuant to 18 U.S.C. § 2702(b)(3), I do hereby consent individually and as an authorized agent of Cabbagetech, Corp. d/b/a Coin Drop Markets ("Coin Drop Markets") to the disclosure of the contents of all electronic communications in the email account **coindropmarkets@gmail.com** (the "Coin Drop Markets account") that I or Coin Drop Markets owns or controls to the Commodity Futures Trading Commission ("Commission"), an independent regulatory agency of the United States, in connection with a pending litigation captioned *Commodity Futures Trading Commission v. Patrick K. McDonnell and Cabbagetech Corp. d/b/a Coin Drop Markets*, 18-CV-361 (JBW)(RLM) (E.D.N.Y.). Furthermore, pursuant to 18 U.S.C. §§ 2702(c)(2) and 2703(c)(1)(C), I do hereby consent individually and as an authorized agent of Coin Drop Markets to the disclosure of all records or other information pertaining to the Coin Drop Markets account to the Commission.

I hereby direct Google, Inc., and its officers, employees and agents to disclose all information and deliver copies of all documents described in the attachment hereto:

David W. Oakland, Esq.
Division of Enforcement
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005

This consent is given lawfully and in accordance with an April 9, 2018, order by the court in the pending action. I further state that no threats or promises have been made to compel or induce me to sign this consent form.

This direction is also intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of wire or electronic communications information without the consent of the holder of the account, and shall be construed as consent with respect thereto.

Dated: 04/17/18

V.C. *[signature: Patrick K. McDonnell]*
Signature

PATRICK K. MCDONNELL
Print Name
Individually and as authorized agent of
Cabbagetech Corp. d/b/a Coin Drop Markets

*"CONTESTED & PROTESTED"*
*(SIGNED UNDER DURESS)*

Consent to Release

I do hereby consent individually and as an authorized agent of Cabbagetech, Corp. d/b/a Coin Drop Markets ("Coin Drop Markets") to the disclosure of the contents of information about any accounts at Paypal, Inc. associated with the email address **cdm@gmx.us** (the "Coin Drop Markets account") that I or Coin Drop Markets owns or controls to the Commodity Futures Trading Commission ("Commission"), an independent regulatory agency of the United States, in connection with a pending litigation captioned *Commodity Futures Trading Commission v. Patrick K. McDonnell and Cabbagetech Corp. d/b/a Coin Drop Markets*, 18-CV-361 (JBW)(RLM) (E.D.N.Y.). Furthermore, I do hereby consent individually and as an authorized agent of Coin Drop Markets to the disclosure of all records or other information pertaining to the Coin Drop Markets accounts to the Commission.

I hereby direct PayPal, and its officers, employees and agents to disclose all information and deliver copies of all documents described in the attachment hereto:

Alejandra de Urioste
Division of Enforcement
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005
adeurioste@cftc.gov

This consent is given lawfully and in accordance with an April 9, 2018, order by the court in the pending action. I further state that no threats or promises have been made to compel or induce me to sign this consent form.

This direction is also intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of account information without the consent of the holder of the account, and shall be construed as consent with respect thereto.

Dated: 04/17/18

V.C. *[signature: Patrick K. McDonnell]*
Signature
PATRICK K. MCDONNELL
Print Name
Individually and as authorized agent of
Cabbagetech Corp. d/b/a Coin Drop Markets

*"CONTESTED + ... PROTESTED"*
*(SIGNED UNDER DURESS)*

Consent to Release Electronic Communications
from an Electronic Communications Service or Remote Computing Service

Patrick K. McDonnell is a subscriber of the electronic communications service or remote computing service Twitter Inc. Pursuant to 18 U.S.C. § 2702(b)(3), I do hereby consent individually and as an authorized agent of Cabbagetech, Corp. d/b/a Coin Drop Markets ("Coin Drop Markets") to the disclosure of the contents of all electronic communications relating to the Twitter handle, @coindropmarkets, associated with the email addresses: coindropmarkets@gmail.com and/or cdm@gmx.us (the "Coin Drop Markets accounts") that I or Coin Drop Markets owns or controls to the Commodity Futures Trading Commission ("Commission"), an independent regulatory agency of the United States, in connection with a pending litigation captioned *Commodity Futures Trading Commission v. Patrick K. McDonnell and Cabbagetech Corp. d/b/a Coin Drop Markets*, 18-CV-361 (JBW)(RLM) (E.D.N.Y.).

Furthermore, pursuant to 18 U.S.C. §§ 2702(c)(2) and 2703(c)(1)(C), I do hereby consent individually and as an authorized agent of Coin Drop Markets to the disclosure of all records or other information pertaining to the Coin Drop Markets accounts to the Commission.

I hereby direct Twitter, Inc., and its officers, employees, and agents to disclose all information and deliver copies of all documents described in the attachment hereto:

> Gates S. Hurand
> Division of Enforcement
> Commodity Futures Trading Commission
> 140 Broadway, 19th Floor
> New York, NY 10005
> ghurand@cftc.gov

This consent is given lawfully and in accordance with an April 12, 2018, order by the Court in the pending action. I further state that no threats or promises have been made to compel or induce me to sign this consent form.

This direction is also intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of wire or electronic communications information without the consent of the holder of the account, and shall be construed as consent with respect thereto.

Dated: 04/17/18

V.C. *[signature: Patrick K. McDonnell]*
Signature

PATRICK K. MCDONNELL
Print Name
Individually and as authorized agent of
Cabbagetech Corp., Inc. d/b/a Coin Drop Markets

"CONTESTED + ... PROTESTED"
(SIGNED UNDER DURESS)

Consent to Release Electronic Communications
from an Electronic Communications Service or Remote Computing Service

Patrick K. McDonnell or Cabbagetech, Corp. d/b/a Coin Drop Markets (is) a subscriber of the electronic communications service or remote computing service Slack Technologies. Pursuant to 18 U.S.C. § 2702(b)(3), I do hereby consent individually and as an authorized agent of Cabbagetech, Corp. d/b/a Coin Drop Markets ("Coin Drop Markets") to the disclosure of the contents of all electronic communications in the Slack team url: **bitcoinxbttradegroup.slack.com**, associated with the email addresses: **coindropmarkets@gmail.com** and/or **cdm@gmx.us** (the "Coin Drop Markets accounts") that I or Coin Drop Markets owns or controls to the Commodity Futures Trading Commission ("Commission"), an independent regulatory agency of the United States, in connection with a pending litigation captioned *Commodity Futures Trading Commission v. Patrick K. McDonnell and Cabbagetech Corp. d/b/a Coin Drop Markets*, 18-CV-361 (JBW)(RLM) (E.D.N.Y.). Furthermore, pursuant to 18 U.S.C. §§ 2702(c)(2) and 2703(c)(1)(C), I do hereby consent individually and as an authorized agent of Coin Drop Markets to the disclosure of all records or other information pertaining to the Coin Drop Markets accounts to the Commission.

[handwritten annotation: "Contested +... Protested" with initials "PM" and date "04/17/18"]

I hereby direct Slack Technologies, and its officers, employees and agents to disclose all information and deliver copies of all documents described in the attachment hereto:

Alejandra de Urioste
Division of Enforcement
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005
adeurioste@cftc.gov

This consent is given lawfully and in accordance with orders of April 9, 2018 and April 12, 2018 by the court in the pending action. I further state that no threats or promises have been made to compel or induce me to sign this consent form.

This direction is also intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of wire or electronic communications information without the consent of the holder of the account, and shall be construed as consent with respect thereto.

Dated: 04/17/18                    V.C. [signature: Patrick K. McDonnell]
                                   Signature
                                   PATRICK K. MCDONNELL
                                   Print Name
                                   Individually and as authorized agent of
                                   Cabbagetech Corp. d/b/a Coin Drop Markets

[handwritten annotation: "Contested +... Protested" (Signed under Duress)]