| | |
|---|---|
| **From:** | Patrick McDonnell |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Giglio, Christopher; Oakland, David W.; Tomer, K. Brent |
| **Subject:** | Defendant Patrick K. McDonnell Chapter 7 Bankruptcy Notice to the Court |
| **Date:** | Tuesday, May 01, 2018 3:57:38 PM |

Hi Gates,

Please file the Notice of Bankruptcy with the Court as per Court instructions.

Regards,

Patrick K. McDonnell


## Patrick K. McDonnell

Defendant/Pro Se

20 Rawson Place Staten Island, NY 10314


May 01, 2018


Chief Magistrate Judge Roanne L. Mann

United States District Court

Eastern District of New York

225 Cadman Plaza East

New York, New York 11201


**Re:** *Commodity Futures Trading Commission v. Patrick K.*

*McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets, No. 18-CV-*

*00361 (JBW)(RLM)*


To The Court;

Please take notice that Defendant Patrick K. McDonnell informs the Court of a personal Chapter 7 Bankruptcy filed April 27, 2018. Plaintiffs' been

notified and continues to harassment Defendant regardless of automatic stay in place ordered by Court.

Respectfully Submitted,



Patrick K. McDonnell

---

Virus-free. [www.avg.com](www.avg.com)