ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 2, 2018
START: 10:05 Am
END: 11:05 Am

DOCKET NO: 18-cv-00361

CASE: Commodity Futures Trading Commission v. McDonnell et al

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☑ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Gates Hurand |
| | Kenneth Tomer |
| | Alejandra de Urioste |
| | David Oakland |

| DEFENDANT | ATTORNEY |
|---|---|
| | Patrick McDonnell (prose) |
| | |
| | |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts confidential (sealed) settlement discussions with the parties and encourages them to continue their discussions. An updated status report is due by May 11, 2018.

Mr. McDonnell is hoping to have pro bono counsel enter the case shortly. The CFTC agrees to a brief adjournment of the deposition of Mr. McDonnell.

In order to expedite the production of subpoenaed materials that are critical to the case and to settlement discussions, the Court is prepared to endorse orders to be submitted by the CFTC directing such production.

The Court explains its concerns with the proposed protective order (DE #36) and proposes a modification. In the interim, the Court modifies its 3/16/18 Electronic Protective Order to apply to documents designated, in good faith, as confidential by either party.