

**COMMODITY FUTURES TRADING COMMISSION**

140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile:  (646) 746-9940

Division of
Enforcement

Gates S. Hurand
Senior Trial Attorney
646-746-9753
ghurand@cftc.gov

May 10, 2018

**BY ECF**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

   **Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, **No. 18-CV-00361 (JBW)(RLM)**

Dear Chief Magistrate Judge Mann:

  I am a Senior Trial Attorney in the Division of Enforcement (the "Division") of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the captioned matter.  Pursuant to the Court's May 2, 2018 Order, I write to update the Court on the status of this matter.

  The Division and Mr. McDonnell have agreed to the terms of a proposed Consent Order to resolve the Commission's claims against him, subject to review and approval by the Commission.  Mr. McDonnell has indicated the Division will receive a copy of the proposed Order executed by Mr. McDonnell on or before Monday, May 14.  Under these circumstances, the Division has adjourned Mr. McDonnell's deposition, which was scheduled for May 11.

  In light of the above, we respectfully propose to provide another status update to the Court by letter on or before next Wednesday, May 16.

         Respectfully submitted,

         /s/ Gates S. Hurand

         Gates S. Hurand

cc:  Patrick K. McDonnell (by ECF and electronic mail)