**Oakland, David W.**

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Wednesday, May 16, 2018 6:17 PM |
| **To:** | Oakland, David W. |
| **Cc:** | Hurand, Gates; de Urioste, Alejandra; Giglio, Christopher; Tomer, K. Brent |
| **Subject:** | Re: ECF Filing |
| **Attachments:** | Commodity Futures Trading Commission v Monex Credit Company - 2018 WL 21....pdf |

Hi David,
If you have a problem opening the file for **REQUEST FOR JUDICIAL NOTICE**, Please just file this email with it's attached PDF.
Regards,
Patrick K. McDonnell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING
COMMISSION,
            Plaintiff,

    v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

            Defendants.
_____

Case No. 18-CV-00361 (JBW) (RLM)

**REQUEST FOR JUDICIAL NOTICE**

<u>VIA ECF</u>
The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter requesting the Court move to take judicial notice of: **(United States District Court, C.D. California. *COMMODITY FUTURES TRADING COMMISSION v. MONEX CREDIT COMPANY, et al.* Case No. SACV 17-01868 JVS (DFMx) 5/1/18 Westlaw Citation ["2018 WL 2110935"] 11 pages.)** [ATTACHED]

1

Respectfully Submitted,

May 16, 2018

/s/ Patrick K. McDonnell

_____

_____

Patrick K. McDonnell "Pro Se"
20 Rawson Place, Staten Island, NY 10314
Telephone: (718) 524-6312 Email: cdm@gmx.us

1.

On Wed, May 16, 2018 at 6:06 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
Hi David,

Please file the attached motion for Judicial Notice and included attachment ECF with the Court. Styled as such: REQUEST FOR JUDICIAL NOTICE

Regards,

Patrick K. McDonnell

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.