## Oakland, David W.

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Wednesday, May 16, 2018 7:46 PM |
| **To:** | Oakland, David W. |
| **Cc:** | de Urioste, Alejandra; Tomer, K. Brent; Giglio, Christopher; Hurand, Gates |
| **Subject:** | Please file with the Court ECF. |

Hi David,

Please file this letter ECF with the Court. Styled as whatever label fits best.
Regards,

Patrick K. McDonnell


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING
COMMISSION,
         Plaintiff,

v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

         Defendants.
_____

Case No. 18-CV-00361 (JBW) (RLM)

**REQUEST FOR JUDICIAL NOTICE
DOCKET #75 STYLE CLARIFICATION**

<u>VIA ECF</u>
The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Weinstein:

I am a Defendant in the above referenced matter informing the Court that Docket #75 was intended to be styled as: **REQUEST FOR JUDICIAL NOTICE** vs **MOTION TO DISMISS.** Defendant relies on Plaintiff to upload ECF filings on his behalf per courtesy. Plaintiff David W. Oakland stated in an email after receiving Defendant ECF filing request; *"Request for Judicial Notice" is not an option that I can find on the EDNY ECF.* Defendant respectfully responded by email for the way of filing with the Court not fact; *"I guess put **MOTION TO DISMISS** David that will suffice. Thanks, Patrick"*. To avoid any confusion

over the Court Defendant moved for "JUDICIAL NOTICE" not the unavoidable styling of "MOTION TO DISMISS" or any other. Defendant this morning, May 16, 2018 at 9:11 AM EST. mailed to the Court a well-researched "MOTION TO DISMISS" with Exhibits **"not to be confused"** with "JUDICAL NOTICE" filed under [Docket #75]. MOTION TO DISMISS was mailed via U.S.P.S. delivery under Tracking Number: 9510 8156 2634 8136 1616 20 as well a copy to Plaintiff under same means with a delivery ETA of 8 PM May 17, 2018.

Respectfully Submitted,

May 16, 2018

/s/ Patrick K. McDonnell
_____

Patrick K. McDonnell "Pro Se"
20 Rawson Place, Staten Island, NY 10314
Telephone: (718) 524-6312 Email: cdm@gmx.us

--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.