**Oakland, David W.**
_____

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Thursday, May 17, 2018 6:56 AM |
| **To:** | Oakland, David W. |
| **Cc:** | Hurand, Gates; de Urioste, Alejandra; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | LETTER TO CHIEF MAGISTRATE JUDGE ROANNE L. MANN |
| **Attachments:** | 2018.05.07 - CFTC v. McDonnell - Notice of deposition of Patrick IMcDonnell for May 11, 2018.pdf |

Hi David,

Please file this letter with attachment to Judge Mann ECF with the Court as well my two filing's sent last night to Judge Weinstein. Styled as whatever label fits best.

Regards,

Patrick K. McDonnell


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING
COMMISSION,
              Plaintiff,

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

              Defendants.
_____

Case No. 18-CV-00361 (JBW) (RLM)

**LETTER TO THE CHIEF MAGISTRATE**
**JUDGE ROANNE L. MANN**

VIA ECF
Chief Magistrate Judge Roanne L. Mann
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Mann:

I am writing you concerning Plaintiff filing dated May 16, 2018 [Docket #73]. Outside of failed settlement negotiations between both parties, Plaintiff fails to state Defendant 'contested' **the sudden change of deposition venue** 'numerous times' by email to no resolve which the Court has not be informed of. Plaintiff claimed they would file said venue change with Court and never have for

1

reasons believed to be deceitful. Plaintiff is being evasive in not affording the Court said proposed venue change location sent to Defendant. Defendant honestly confused the date of said deposition due to information overload. Defendant asks the Court to schedule a conference hearing for resolution vs Defendant filing a motion in response that may include evidence for a Protective Order believed to be privately sealed in select minutes of the Court. Outside of Federal Rules Defendant has reason to request relief from the Court fearing Plaintiff may engage in harassing/illegal acts that may be detrimental to Defendant. As proven on Court record Plaintiff has "Acted under guise of Court order", "Gone outside scope of Court order", "Misled and Misrepresented Defendant" etc. To believe Plaintiff would act different under circumstances like a closed deposition would be to hand Defendant over to a pack of wolves with all due respect. Defendant respectfully requests a conference hearing prior any decisions/orders to discuss as Plaintiff fails to navigate with natural steps of communication, instead requesting relief from Court vs scheduling a new deposition date. Defendant also states that Plaintiff has never served a subpoena in regards to Deposition which would not be needed if Plaintiff just rescheduled and agreed upon neutral venue. To ask relief of the Court by way of Court order vs following typical protocol is just another aggressive attempt to harass Defendant. Defendant respectfully requests a conference hearing, if not, time needed to file a Protective Offer with Court prior any unnecessary decision/order. Defendant objects to all Plaintiff Discovery and Request for Extension of Deadlines as we are set for trial July 09, 2018, Plaintiff has had enough time to discover already. Defendant is available any day but May 17, 2018 to confer.

[ATTACHED] Plaintiff deposition notice with new venue not filed with Court.

Respectfully Submitted,

May 16, 2018

/s/ Patrick K. McDonnell
_____

Patrick K. McDonnell "Pro Se"
20 Rawson Place, Staten Island, NY 10314
Telephone: (718) 524-6312 Email: cdm@gmx.us

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.