**Oakland, David W.**

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Wednesday, May 16, 2018 8:25 PM |
| **To:** | Oakland, David W. |
| **Cc:** | de Urioste, Alejandra; Tomer, K. Brent; Giglio, Christopher; Hurand, Gates |
| **Subject:** | Letter to The Honorable Judge Jack B. Weinstein |

Hi David,

Please file this letter ECF with the Court. Styled as whatever label fits best.
Regards,

Patrick K. McDonnell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING
COMMISSION,
         Plaintiff,

    v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

         Defendants.
_____

Case No. 18-CV-00361 (JBW) (RLM)

**LETTER TO THE HONORABLE JUDGE
JACK B. WEINSTEIN**

VIA ECF
The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

Defendant apologizes to the Court for taking up it's time with this letter. In response to Plaintiff filing May 16, 2018 [Docket #74], Defendant sincerely asks the Court from the bottom of his heart to review a **MOTION TO DISMISS** that Court will be in receipt of by 8 PM EST, May 17, 2018. Newly ruled and carefully researched U.S. case law pertinent to Defendant defense and due process are available to reference. Defendant pleads the Court view filing [Docket #75] "REQUEST FOR JUDICAL NOTICE"

incorrectly styled as MOTION TO DISMISS and MOTION TO DISMISS *on it's way* to Court via U.S.P.S. respectfully prior basing decision on Plaintiff claims.

                                                                             Respectfully Submitted,

May 16, 2018

                                                            /s/ Patrick K. McDonnell
                                                          _____

                                         Patrick K. McDonnell "Pro Se"
                           20 Rawson Place, Staten Island, NY 10314
                         Telephone: (718) 524-6312 Email: cdm@gmx.us

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.