UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK K. MCDONNELL,<br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>Defendants. | Case No. 18-CV-0361 (JBW) (RLM)<br><br>**PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S AMENDED NOTICE OF DEPOSITION OF DEFENDANT <u>PATRICK K. MCDONNELL</u>** |

  PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") will take the deposition of Defendant Patrick K. McDonnell, on Friday, May 11, 2018, beginning at 10:00 AM, at Jacob K. Javits Federal Building, 26 Federal Plaza, 6th Floor (Room E), New York, NY 10278, or at any location agreed to by the parties.  The deposition will be taken upon oral examination and will be recorded by stenographic, audio, and/or videographic means.  The examination shall be taken before a Notary Public or some other person authorized by law to administer oaths.  The examination shall continue from day to day until completed.

          \*   \*   \*

Dated: May 7, 2018

          **COMMODITY FUTURES TRADING COMMISSION**

By: <u>s/ Gates S. Hurand</u>
Gates S. Hurand
Senior Trial Attorney
ghurand@cftc.gov
Phone: (646) 746-9700

Alejandra de Urioste
Trial Attorney
adeurioste@cftc.gov
Phone: (646) 746-9700

Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
Phone: (646) 746-9700
Fax: (646) 746-9940

ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING COMMISSION