**Oakland, David W.**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Thursday, May 17, 2018 12:07 PM |
| **To:** | Oakland, David W. |
| **Cc:** | de Urioste, Alejandra; Tomer, K. Brent; Giglio, Christopher; Hurand, Gates |
| **Subject:** | DOCKET #70 STYLING CLARIFICATION |
| **Attachments:** | Doc 70.pdf |

Hi David,

Please file this letter with attachment to Judge Mann ECF. Styled as whatever label fits best.

Regards,

Patrick K. McDonnell


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING
COMMISSION,                                        Case No. 18-CV-00361 (JBW) (RLM)
                          Plaintiff,

                                                  **DOCKET #70 STYLING CLARIFICATION**

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

                          Defendants.
_____

<u>VIA ECF</u>
Chief Magistrate Judge Roanne L. Mann
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Mann:


I am writing you concerning the filing of [**Docket #70**] on my behalf via ECF by Plaintiff David W. Oakland, May 07, 2018. Defendant has communicated numerous times via email in regards to the **incorrect styling filed** with the Court to Plaintiff many days prior to recent filings. In Plaintiff last communication with Defendant after stalls to resolve this issue, Plaintiff responded on May 16, 2018 via email; *"In response to your questions about the style of the motion on ECF, it may be able*

1

***to be manually changed depending on the nature of the change. You should contact the ECF clerk directly at 718-613-2610 if you wish."*** As mentioned in my filing today **[Docket #76]** filed on my behalf by Plaintiff David W. Oakland, ***"Defendant relies on Plaintiff to upload ECF filings on his behalf as a courtesy."*** and **the identical situation occurred again today in regards to Plaintiff incorrect styling** of a filing duly noted in **[Docket #76]** on behalf of Defendant. Defendant declares that said filing was not a **MOTION TO DISMISS**, but a **NOTICE TO THE COURT** to move to schedule **a conference/hearing in regards to case dismissal/withdrawal** and a request to **'cease' any further Plaintiff  Discovery/Settlement actions** as Plaintiff is not afforded jurisdiction over Defendant. A new U.S. Court ruling of 'specific' case law affecting Defendant defense and due process is now available for Court review which was Defendant sole purpose of notifying the Court on May 07, 2018. Defendant asks the Court forgive ignorance Defendant bears as this is all new to Defendant who is doing his best to Defend without proper legal representation while relentlessly seeking legal daily.

<u>Id.</u> *"Please take notice that Defendant moves the Court to schedule a conference/hearing in regards to case dismissal/withdrawal. Defendant also respectfully moves the Court to immediately order Plaintiffs' 'cease' any further Discovery/Settlement actions as they are not afforded jurisdiction over Defendant under current law."* [quoting Docket at #70 May 07, 2018]

[ATTACHED] Plaintiff NOTICE TO THE COURT incorrectly styled by Plaintiff on Defendant behalf.

Respectfully Submitted,

May 17, 2018

/s/ Patrick K. McDonnell

_____

Patrick K. McDonnell "Pro Se"
20 Rawson Place, Staten Island, NY 10314
Telephone: (718) 524-6312 Email: cdm@gmx.us



--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.