**de Urioste, Alejandra**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Monday, May 7, 2018 1:50 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W.; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | Please take notice that Defendant moves the Court to schedule a conference/hearing in regards to case dismissal/withdrawal. |

*Hi Gates,*

*Please file this with the Court IN A FORTHWITH MANNER via ECF as per Chief Magistrate Judge Roanne L. Mann instructions during initial hearing.*

*Thank You,*

*Patrick K. McDonnell*


# Patrick K. McDonnell
Defendant/Pro Se
20 Rawson Place Staten Island, NY 10314


May 07, 2018


Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

## Re: *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets, No. 18-CV-00361 (JBW)(RLM)*


To The Court;


Please take notice that Defendant moves the Court to schedule a conference/hearing in regards to case dismissal/withdrawal. Defendant also respectfully moves the Court to immediately order

1

Plaintiffs' 'cease' any further Discovery/Settlement actions as they are not afforded jurisdiction over Defendant under current law.

**UNITED STATES** DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVIL MINUTES - GENERAL Case No. SACV 17-01868 JVS (DFMx) "Commodity Futures Trading Commission v. Monex Credit Company, et al. For the following reasons, the Court grants the motion to dismiss."

**SOURCE:** https://insights.dentons.com/162/_images/General/cftc-v.-monex-et-al-mtd-decision.pdf


Respectfully Submitted,

/S/ Patrick K. McDonnell