| | |
|---|---|
| From: | Patrick McDonnell |
| To: | Oakland, David W. |
| Cc: | de Urioste, Alejandra; Tomer, K. Brent; Giglio, Christopher; Hurand, Gates |
| Subject: | DOCKET STYLING CORRECTION REQUEST |
| Date: | Thursday, May 17, 2018 3:35:57 PM |

Hi David,

Please file this letter with attachment to Judge Mann ECF. Styled as whatever label fits best.

Regards,

Patrick K. McDonnell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING

COMMISSION,                                                                Case No. 18-CV-00361 (JBW)

(RLM)

                          Plaintiff,

                                       **DOCKET STYLING CORRECTION REQUEST**

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

                          Defendants.

_____

<u>VIA ECF</u>
Chief Magistrate Judge Roanne L. Mann
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Mann:

Defendant respectfully requests that Docket(s); #69, #70, and #75 be corrected to Defendant styling quoted in Docket(s) #80, #81, and #76 vs Plaintiffs' use of available titles or a more appropriate style than documented for the sake of minute preservation in Defendant defense if possible.

**Docket #69** should be styled as: <u>**MOTION TO THE COURT**</u>

**Docket #70** should be styled as: <u>**NOTICE TO THE COURT**</u>

**Docket #75** should be styled as: <u>**REQUEST FOR JUDICIAL NOTICE**</u>

Defendant believes these incorrect and misleading styles/titles may pose potential confusion of the Court.

Defendant sincerely appreciates the Courts consideration of this matter and apologizes for time consumption.

Respectfully Submitted,

May 17, 2018

/s/ Patrick K. McDonnell

_____

_____

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us

--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.