**Hurand, Gates**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Friday, May 18, 2018 6:53 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W.; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | Plaintiff illegal subpoena of Defendant family, legal, residential cable/phone records. |
| **Attachments:** | 2018.05.18 charter sub - FINAL.pdf; 2018.05.18 - Subpoena Notice - Charter Communications.pdf |

Hi Gates,

Please file this letter with attachments to Judge Mann ECF with the Court when possible. It was a very sketchy attempt delivering your subpoena for my 'family', 'legal' 'residential' cable/phone records shared by "4 adults" which 3 are not involved in this case after the Court closed. These records do not pertain to this case as mentioned. I also use this phone line for my legal calls so like my cdm@gmx.us you are not allowed access to these records.

Regards,

Patrick K. McDonnell


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

COMMODITY FUTURES TRADING
COMMISSION,
           Plaintiff,

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

           Defendants.
_____

Case No. 18-CV-00361 (JBW) (RLM)

**LETTER TO THE CHIEF MAGISTRATE**
**JUDGE ROANNE L. MANN**

VIA ECF
Chief Magistrate Judge Roanne L. Mann
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Mann:

I am writing you concerning Plaintiff **illegal subpoena** of Defendant family, legal, residential cable/phone records. Plaintiff has served Defendant with attached subpoena requesting records of Defendant family, legal, residential cable/phone. Plaintiff does not have the legal right to do so as with Defendant email address cdm@gmx.us for legal. Defendant believes Plaintiff served subpoena after Court closing as not to afford quick enough response time to object via ECF. This is another attempt of Plaintiff going outside the

1

scope of discovery as these records have no bearing on the case in question. Again, this phone line is used for my defense, legal calls, etc. which Defendant feels they are seeking. Defendant asks the Court to correct Plaintiff in regards to this matter and ordered to hand over said records if subpoena has been mailed 'prior' the Courts' receipt of this filing respectfully.

**Defendant family, legal, residential phone etc. is used by 4 adult family members which denies the privacy rights of all users' concerned. My family has nothing to do with this and Defendant asks for relief in stopping Plaintiff harassment and habit of going out of scope of discovery.**

[ATTACHED] Plaintiff illegal subpoena of Defendant family, legal, residential cable/phone records.

                          Respectfully Submitted,

May 11, 2018

                          /s/ Patrick K. McDonnell
                        _____

                        Patrick K. McDonnell "Pro Se"
                20 Rawson Place, Staten Island, NY 10314
             Telephone: (718) 524-6312 Email: cdm@gmx.us



--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.