UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

               Plaintiff,

        v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

               Defendants.

Case No. 18-CV-0361 (JBW) (RLM)

ECF Case

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE THAT, pursuant to Rule 45(a) of the Federal Rules of Civil

Procedure, Plaintiff Commodity Futures Trading Commission (the "Commission") in the above-

captioned action hereby gives notice that Plaintiff intends to serve a subpoena, a copy of which is

attached hereto, on Charter Communications, Inc.

Dated: New York, New York
       May 18, 2018

                              COMMODITY FUTURES TRADING COMMISSION
               By:
                              /s/ Gates S. Hurand
                              Gates S. Hurand (ghurand@cftc.gov)
                              Alejandra de Urioste (adeurioste@cftc.gov)
                              David Oakland (doakland@cftc.gov)
                              K. Brent Tomer

                              Division of Enforcement
                              140 Broadway, 19th Floor
                              New York, NY 10005
                              Phone: (646) 746-9700
                              Fax: (646) 746-9940