UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

──────────────────────────────── X

Commodity Futures Trading Commission,

                Plaintiff,

       -against-

Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets,

                Defendant.

──────────────────────────────── X

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y**
★ MAY 21 2018 ★
BROOKLYN

Affirmation of Service

18 CV 00361 (JBW)(RLM)

I, Patrick K. McDonnell, declare under penalty of perjury that I have served a copy of the attached Motion To Dismiss With Accompanying Documents upon Commodity Futures Trading Commission whose address is: 140 Broadway, 19th Floor New York, NY 10005

Dated: May 14, 2018
Staten Island, New York

_Patrick K. McDonnell_
Signature

20 Rawson Place S.I., NY 10314
Address

_____
City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003