UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendants.

---

SCHEDULING ORDER

18-CV-361

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2018 ★

BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has scheduled an evidentiary hearing for a permanent injunction and other relief on July 9, 2018, at 10:30 A.M. in court room 10B South.

At this date the court will hear defendant's motion for reconsideration of the court's order denying his motion to dismiss. Patrick K. McDonnell shall be present in person at the hearing.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: May 21, 2018
Brooklyn, New York

