

**COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of
Enforcement

May 23, 2018

Gates S. Hurand
Senior Trial Attorney
646-746-9753
ghurand@cftc.gov

**BY ECF**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

Re:   *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

Dear Chief Magistrate Judge Mann:

I am a Senior Trial Attorney in the Division of Enforcement (the "Division") of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the captioned matter. By this letter-motion, I write respectfully to request that the Court allow the Division to withdraw its consent to make ECF filings on behalf of Defendant Patrick K. McDonnell.

During the March 6, 2018 status conference before Your Honor, the Division agreed in light of Mr. McDonnell's pro se status to enter into ECF on Mr. McDonnell's behalf documents that he wished to file, in order to expedite the Court's receipt of such filings. Dkt. 30. As the docket reflects, the Division has made numerous filings on Mr. McDonnell's behalf and also provided courtesy copies of such filings to Mr. McDonnell by e-mail.

Over the past week, however, Mr. McDonnell has dramatically increased his requested filings, causing the Division to expend substantial time and effort fielding Mr. McDonnell's multiple requests, converting Mr. McDonnell's e-mails into PDFs, and executing the filings via ECF. Dkt. Nos. 75-81, 83-85, 87, 89-94. More importantly, Mr. McDonnell has objected to the styling and formatting of the filings and has become abusive and threatening in his communications to the Division concerning the filings. *See, e.g.*, Ex. 1. In the last 24 hours alone, Mr. McDonnell's communications concerning filings number more than 40. *E.g.*, Ex. 2. The Division respectfully requests that given Mr. McDonnell's actions the Court direct Mr. McDonnell to find alternative means to make his filings.

Respectfully submitted,

/s/ Gates S. Hurand

Gates S. Hurand

cc:   Patrick K. McDonnell (by ECF and electronic mail)