**Hurand, Gates**

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Wednesday, May 23, 2018 2:04 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W.; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | Re: Please file ECF Request. TY |

I am so done with your abuse by document bullying this war has just begun. You have until business close to decide. Then I type and print away for mailings.

On Wed, May 23, 2018 at 2:00 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
Let's make a deal CFTC... Either file that ECF with the court FORTHWITH or I will mail it to the court clerk myself in Brooklyn. Only, I will send an additional copies plus other factual findings of legal misconduct directly to the AMERICAN/NYS Bar Association U.S.P.S. by noon tomorrow with formal complaints against you all. Are you all that blind to law and loyal enough to take a fall or mark on your legal record for Gates or past misdeeds? Your team needs to throw Mr. Yale to the lions, because I certainly will in a NY minute.

Choice is yours keep your dirty laundry in Civil court or expand to your regulator. I am being more than fair in my Settlement terms of this issue.

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

  Virus-free. www.avg.com

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

**Hurand, Gates**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Wednesday, May 23, 2018 2:44 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W.; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | Re: Please file ECF Request. TY |

Man up Gates do the right thing and file that ECF. I'll leave it alone after only referencing for this case. However, #1 you deleted the word "FAMILY" I think that we addressed your involvement of anything related but for future reference keep them out your subpoenas and your mouth young man. #2 I'm going full throttle complaint mode with documented court facts/emails to the bar and all within my rights if not filed today. So play fair, be fair and learn to respect your elders as I do David.

---

 Virus-free. www.avg.com

On Wed, May 23, 2018 at 2:39 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
After Thought: Your team finally got my attention and that is unfortunate meaning you are always in my actions/thoughts until I am dismissed of this fairy tale you scripted me into.

On Wed, May 23, 2018 at 2:33 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
Good day.

On Wed, May 23, 2018 at 2:33 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
Seems your higher-up is your neighbor so it will not be a far walk to 61 B'Way.

On Wed, May 23, 2018 at 2:25 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:

*Complaints*

If you believe a lawyer may have violated the Rules of Professional Conduct, you can write a letter to the appropriate Committee or fill out and submit a form available from their websites.

The form or letter should be as clear, specific and detailed as possible when explaining your complaint. The materials in your complaint should include the names, phone numbers and addresses of you and your attorney as well as copies of any pertinent documents, papers, and other information connected to the complaint. After a complaint is filed, it may be updated with new evidence. If new evidence becomes available after a complaint is dismissed, the complainant may ask that the complaint be re-evaluated.

If the lawyer's office is located in **Manhattan** or **The Bronx**, a complainant should contact:

Departmental Disciplinary Committee

Supreme Court, Appellate Division

First Judicial Department

61 Broadway, 2nd Floor

New York, New York 10006

(212) 401-0800, fax: (212) 401-0810

The Disciplinary Committee's complaint form can be found at:
http://www.nycourts.gov/courts/ad1/committees&programs/DDC/Complaint%20Form.pdf

On Wed, May 23, 2018 at 2:23 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
We all have someone above us, FYI: Lawyers have ethical responsibilities to their clients, the courts and others that are identified in the New York Rules of Professional Conduct. A copy of the Rules may be found at http://courts.state.ny.us/rules/jointappellate/NY%20Rules%20of%20Prof%20Conduct_09.pdf. If a lawyer meaningfully violates a Rule of Professional Conduct, he or she is subject to discipline administered by a governmental agency affiliated with the court system.

On Wed, May 23, 2018 at 2:18 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
The NYC Bar got a PDF.

On Wed, May 23, 2018 at 2:15 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
FYI: Unlike your team I do not enjoy screwing up peoples lives which honest and factually proven bar complaints definitely will on your end. So keep that in mind as you reconsider filing my ECF Request. I could of filed with the bar months ago, yet, again, I am not in the business of ruining lives. So be fair, play fair.

On Wed, May 23, 2018 at 2:04 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
I am so done with your abuse by document bullying this war has just begun. You have until business close to decide. Then I type and print away for mailings.

On Wed, May 23, 2018 at 2:00 PM, Patrick McDonnell <18.cv.00361@gmail.com> wrote:
Let's make a deal CFTC... Either file that ECF with the court FORTHWITH or I will mail it to the court clerk myself in Brooklyn. Only, I will send an additional copies plus other factual findings of legal misconduct directly to the AMERICAN/NYS Bar Association U.S.P.S. by noon tomorrow with formal complaints against you all. Are you all that blind to law and loyal enough to take a fall or mark on your legal record for Gates or past misdeeds? Your team needs to throw Mr. Yale to the lions, because I certainly will in a NY minute.

Choice is yours keep your dirty laundry in Civil court or expand to your regulator. I am being more than fair in my Settlement terms of this issue.

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

Virus-free. www.avg.com

--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.


--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying,

forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.