**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

May 24, 2018

**BY ECF**
Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

Re: *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

**Dear Chief Magistrate Judge Mann:**
I am a ProSe litigant in the above captioned matter corresponding in response to;
**ELECTRONIC SCHEDULING ORDER: re [95] Letter filed by Commodity Futures Trading Commission. Defendant McDonnell's response must be filed by Tuesday, May 29, 2018. Ordered by Chief Mag. Judge Roanne L. Mann on 5/24/2018. (Proujansky, Josh)**
By this letter-motion, I write respectfully to request that the Court continue to allow Defendant make ECF filings *via* Plaintiff consent courtesy agreed upon during the March 6, 2018 status conference. The main issue between parties was the final formatting of PDF for submission which Defendant has learned to streamline the process correctly. Defendant sincerely apologizes to Court and Plaintiff if his prior requests were overwhelming on all involved. In order to expedite the Court's receipt of such filings Defendant requests that ECF filing status remain the same and assures the Court to relieve Plaintiff of future time and effort in filing by drafting all requests PDF prior sending to Plaintiff. Defendant requested filings have increased as the significance of new case law involving Plaintiff charges against Defendant that required **Judicial Notice** backed by evidence with truth of fact so notorious and well known as well authoritatively attested, that it cannot reasonably be doubted. This notice required many filings that included specific evidence exhibits that needed to be attached accordingly to prove factual. As for Defendant becoming abusive and threatening in his communications to the Division concerning the filings is the opposite of truth as Defendant cleary offered options for resolution 'in-house' of alleged illegal lawyer misconduct [Docket #94] in a stern and professional manner acting within his legal rights.

                                                              Respectfully submitted,
                                                              /s/ Patrick K. McDonnell [ProSe]
                                                                  Patrick K. McDonnell

Case 1:18-cv-00361-JBW-RLM   Document 97   Filed 05/25/18   Page 4 of 4 PageID #: 1112