UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

        Defendants.

---

Case No. 18-CV-00361 (JBW) (RLM)

**DECLARATION IN SUPPORT**
**OF MOTION TO DISMISS**



**DECLARATION**

In opposition of Plaintiff Complaint alleging that Defendant violated sections of THE COMMODITY EXCHANGE ACT AND COMMISSION REGULATIONS **"specifically"**; **Count 1--Fraud by Deceptive Device or Contrivance; Violations of § 6(c)(1) of the Act and Regulation 180.1 (a).** Id. *"§ 6(c)(1) unambiguously applies broadly to the use or attempted use of any manipulative or deceptive device "in connection with any swap, or a contract of sale of any commodity in interstate commerce."* [quoting 2018 WL 2110935 at *7 (3).] and Id. *"§ 6(c)(1) only prohibits fraud-based market manipulation."* [quoting 2018 WL 2110935 at *7 (4).] **'Exhibit 1'**; **Attached** (United States District Court, C.D. California. *COMMODITY FUTURES TRADING COMMISSION v. MONEX CREDIT COMPANY, et al.* Case No. SACV 17-01868 JVS (DFMx) 5/1/18 Westlaw Citation ["2018 WL 2110935"] 11 pages.)

1.

Furthermore, Id. § 6(c)(1) *"only confers anti-fraud jurisdiction where a particular commodity transaction manipulates or potentially manipulates the derivatives market."* [quoting 2018 WL 2110935 at *7 (4)(a).] *Defendant once again*, moves the Court respectively to dismiss Plaintiff Complaint and alleged Count(s) **'with prejudice'** *again*, citing Plaintiff lack of; **Subject-matter jurisdiction** (pursuant to Rule 12 (b)(1), Fed. R. Civ. P.) and/or **Personal Jurisdiction** (pursuant to Rule 12 (b)(2), Fed. R. Civ. P.) and specifically for Plaintiff **Failure to state a claim upon relief can be granted** (pursuant to Rule 12 (b)(6), Fed. R. Civ. P.).

'Complete' basis for Defendant Motion are set forth in the accompanying **MEMORANDUM OF LAW**.

This is not an argument of whether bitcoin, litecoin, and/or all virtual currencies "are" or "are not" commodities. *Nor*, an argument of Plaintiff alleged Defendant violation(s). The argument here is *"**Plaintiff is not afforded regulatory authority and/or scope of enforcement jurisdiction over Defendants' alleged transaction(s)**"* rendering Plaintiff Complaint dismissive. Plaintiff use of § 6(c)(1) is *'unambiguous'* and *'broad'* in it's misinterpretation and misuse of language. *Thus*, again meriting full dismissal of Plaintiff claim(s).

CC: CFTC
May 14, 2018

*[signature: Patrick K. McDonnell]*
Defendant/Pro Se

Prepared By: Patrick K. McDonnell "Pro Se"
20 Rawson Place, Staten Island, NY 10314
Telephone: (718) 524-6312 Email: cdm@gmx.us

2.