**PRESS FIRMLY TO SEAL**  **PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
STATEN ISLAND, NY
10314
MAY 16, 18
AMOUNT
**$9.70**
1006  11201  R2305K131245-7

# PRIORITY® ★ MAIL ★

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 17 2018
BROOKLYN OFFICE

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

\* Domestic only

FROM: Patrick K. McDonnell
Defendant / Pro Se  Case # 18 CV 00361
20 Rawson Place       (JBW RLM)
Staten Island, NY 10314

TO:
United States District Court
Eastern District of New York
ATTN: Court Clerk
225 Cadman Plaza E.
E. Brooklyn, New York 11201

USMS

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Expected Delivery Day: 05/17/2018

**USPS SIGNATURE TRACKING NUMBER**

9510 8156 2634 8136 1616 20