```
 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF NEW YORK
 2

 3     ---------------------------------------X
                                              :
 4     COMMODITY FUTURES TRADING COMMISSION,  :
                                              :
 5                    Plaintiff,              :
                                              :  18-CV-00361 (JBW)
 6              v.                            :
                                              :  April 9, 2018
 7     PATRICK MCDONNELL, et al.,             :  Brooklyn, New York
                                              :
 8                    Defendants.             :
                                              :
 9     ---------------------------------------X

10
            TRANSCRIPT OF CIVIL CAUSE FOR TELEPHONE CONFERENCE
11                BEFORE THE HONORABLE ROANNE L. MANN
                  UNITED STATES CHIEF MAGISTRATE JUDGE
12

13     APPEARANCES:

14
       For the Plaintiff:        ALEJANDRA DE URIOSTE, ESQ.
15                               GATES S. HURAND, ESQ.
                                 BRENT TOMER, ESQ.
16                               DAVID W. OAKLAND, ESQ.
                                 Commodity Futures Trading Commission
17                               140 Broadway, 19th Floor
                                 New York, New York 10005
18

19     For the Defendant:        PATRICK MCDONNELL, Pro Se

20

21     Court Transcriber:        MARY GRECO
                                 TypeWrite Word Processing Service
22                               211 N. Milton Road
                                 Saratoga Springs, New York 12866
23

24

25



       Proceedings recorded by electronic sound recording,
       transcript produced by transcription service
```

14

```
 1  access to those communications?
 2           MR. McDONNELL:  No, ma'am, I have no access to any
 3  of it.
 4           THE COURT:  Well, you stated earlier that you've
 5  been locked out of your email account which is a little
 6  peculiar because I don't know why one would get locked out of
 7  an email account.
 8           MR. McDONNELL:  Well they have, on Gmail they have -
 9  - it's an application that you would put on either an iPad or
10  a phone and it's called Google Authenticator where every time
11  you log into your email the outside of your password, another
12  box pops up and it's a randomly generated code.  Like every
13  like minute it changes so nobody can hack into your email.
14  And I had deleted that.  Actually, the phone is gone that I
15  had.  It was a broken phone that I was using that wasn't
16  hooked up and I had just download applications.  And the phone
17  is since gone.  That application is gone.  There's no way to
18  access the actual account.
19           MR. HURAND:  Your Honor, this is Gates Hurand for
20  the CFTC.
21           THE COURT:  Yes.
22           MR. HURAND:  In the same way that the Court has
23  directed defendant to provide an authorization for PayPal
24  account, it may facilitate this to similarly direct for
25  authorization for other such accounts.  You know, perhaps
```