**Hurand, Gates**

| | |
|---|---|
| **From:** | Roche, John K. (Perkins Coie) <JRoche@perkinscoie.com> |
| **Sent:** | Thursday, May 24, 2018 6:33 PM |
| **To:** | Hurand, Gates |
| **Subject:** | CFTC v. McDonnell, No. 1:18-cv-00361-JBW-RLM (E.D.N.Y.) |
| **Attachments:** | Common issues with 2-step verification.pdf |

Gates:  The PDF we discussed is attached.  Best, John

**John Roche** | **Perkins Coie LLP**
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.434.1627
F. +1.202.654.9106
E. JRoche@perkinscoie.com

PERKINScoie

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

  Describe your issue   

Google Account Help

Choose privacy settings that are right for you, and receive reminders to check them regularly.

## Common issues with 2-Step Verification

## My phone was lost or stolen

If your phone was lost or stolen, we strongly recommend that you *revoke your App Passwords* and change your Google Account password. This will help prevent others from accessing your Google Account from your phone.

You have several ways you can get back into your account, depending on your circumstances.

### Use backup options

If you've lost access to your primary phone, you can select to have codes sent to backup phones. In addition, you can use one of your printable backup codes to sign in.

### Sign in from a trusted computer

If you've previously signed in from a computer and checked that the computer should remember you, you might be able to sign in from that computer without a verification code. Once you're in your account, you can turn off 2-Step Verification until you can again get verification codes.

### Get a new phone from your carrier

If you've lost your phone, you might be able to buy a new phone with the same phone number from your carrier or purchase a new SIM card.

### Fill out our Account Recovery form

We recommend you use this option only if you cannot get into your account in any other way. This process can take several days and usually involves more effort than other recovery options.

1. Sign in to your account with your username and password.
2. On the verification code challenge page, click **More options.**
3. Click **Get help** > **Request Google's help.**
4. You'll then need to fill out an account recovery form to verify you are authorized to access the account. Take time to answer each question to the best of your ability. The form was designed to ensure that no one can gain access to your account except you. Since Google doesn't collect a lot of information about

you when you sign up for an account, we will ask you questions like when you created your account, what Google services you use, and who you email frequently (if you use Gmail) to make certain you are authorized to access your account.

## Work, school, or other organization accounts

If you use an account through your work, school, or other group (for example, your email is *yourusername@domain.com*), you have two options:

Use backup options

Contact your administrator

## Why you shouldn't use Google Voice to receive verification codes

If you use Google Voice to receive verification codes, you can easily create a situation where you've locked yourself out of your account.

For example, if you are signed out of your Google Voice app, you might need a verification code to get back in. However, you won't be able to receive this verification code because it will be sent to your Google Voice, which you can't access.

## Link to set up 2-Step Verification not showing

If you do not see the link and you use an account through your work, school, or other group, you might have to access the 2-Step Verification setup through a special URL. It is also possible that your organization hasn't set it up yet. Check with your domain administrator to find out.

## More about Google Authenticator

Learn more about the Google Authenticator open source project.

## I turned on 2-Step Verification and an app on my phone or computer stopped working

When you turn on 2-Step Verification, any apps that need access to your Google Account will stop working until you enter an App Password in place of your normal password.

Common applications and devices that require an App Password include:

- Old versions of email clients such as Outlook, Apple Mail and Thunderbird
- The email app that comes with your phone (but is not made by Google)
- Some chat, contacts and YouTube clients

**Note**: If you're running the latest operating system on your iPhone/iPad or Mac computer, you will no longer have to use App passwords to use 2-Step Verification.

You do not need to memorize App Passwords because every App Password is only used once. You can generate a new App Password whenever you're asked for one--even for a device or application you've authorized before.

## App passwords not working

If you've double-checked to make sure you've entered the App Password in correctly but it's still not working, try going to https://g.co/allowaccess on your device's browser. Enter your username and password, then type the letters on the screen. Then go back to the application you're trying to access and enter your App Password.

## I lost my backup codes and I want to revoke them

If you lost the print-out of your backup codes, you can revoke them on your settings page. Click **Show codes**, then click **Get new codes**. This will invalidate the previous set of backup codes and generate a new set.

## I didn't receive a verification code via text message or phone call

**If you chose to receive codes by text message,** make sure your service plan and mobile device supports text message delivery. Delivery speed and availability may vary by location and service provider. Also make sure you've got adequate cell signal when you're trying to receive your codes.

**If you chose to get codes by voice call,** note that a voicemail with the verification code will be left on your phone if you're unable to answer the call.

If you have a smartphone, we recommend you use the Google Authenticator app.

You can also switch between receiving your codes by text messages or voice calls - sometimes delivery of one of these services is more reliable than the other.

**Note**: If you received multiple verification codes, only the newest one will work. If you requested multiple verification codes, keep in mind that it might take some time for the latest code to arrive.

## My Google Authenticator codes aren't working (Android)

This might be because the time on your Google Authenticator app is not synced correctly.

To make sure that you have the correct time:

1. Go to the main menu on the Google Authenticator app
2. Tap More ⋮ > **Settings**.
3. Tap **Time correction for codes**
4. Tap **Sync now**

On the next screen, the app will confirm that the time has been synced, and you should now be able to use your verification codes to sign in. The sync will only affect the internal time of your Google Authenticator app, and will not change your device's Date & Time settings.