# RELEASE OF CUSTOMER ACCOUNT INFORMATION

- Please print clearly.  Request may be delayed or denied if unreadable or incomplete.
- This release must be signed <u>and</u> notarized for Charter to release your records.  Requests may take <u>up to 30 days</u> to process.
- Charter does not fulfill requests where information is <u>older than 1 year</u>, or that ask for <u>more than 3 months worth of records</u>.

## YOUR ACCOUNT & CONTACT INFORMATION

| | |
|---|---|
| **Your First & Last Name** (you must be the accountholder or an authorized user on the Charter account) | PATRICK MCDONNELL |
| **Your Address** | 20 RAWSON PLACE, STE. B, STATEN ISLAND, NY 10314 |
| **Primary Contact Telephone Number** | (718) 524-6312 |
| **Your Charter Account Number and Four Digit Security Code** (code found in upper right corner of billing statement) | Charter Account Number        Security Code |

## RECORDS BEING REQUESTED

| | | |
|---|---|---|
| **Records requested** (example: call logs for 555-555-5555) | SEE SCHEDULE A OF MAY 18, 2018 SUBPOENA TO CHARTER IN *CFTC V. MCDONNELL*, 18-CV-00361, E.D.N.Y. | |
| **Time Period** | From (mm/dd/yy) **JANUARY 1, 2016** | To (mm/dd/yy) **MAY 25, 2018** |
| **Charter should send the requested records to this location or fax number**<br>- If left blank, Charter will mail records to your service address only.<br>- If records consist of more than 10 pages, Charter will only mail records. | Name: **Gates S. Hurand**<br>Address: **Senior Trial Attorney**<br>**Commodity Futures Trading Commission**<br>**Division of Enforcement**<br>**140 Broadway, 19th floor | New York, New York 10005 |**<br>**t. (646) 746-9753 | f. (646) 746-3903**<br>Fax: | |

I, the above-named subscriber or authorized user, do hereby request that Charter release all account information, specifically the information written above, relating to the indicated Charter account. I hereby waive any rights I or any other accountholder or authorized user may have under any agreement or state or federal law, including Section 631 of the Communications Act of 1934, 47 U.S.C. § 222 and 551, to prohibit the disclosure or restrict the use of information or records so provided.

**DISCLAIMER**: Charter DOES NOT keep or have records for every use of and interaction with its services. The absence of a record for a particular event does not mean that such event did not happen, but rather means that a record of such event was not recorded by our system. Further, some of the information contained in Charter's records is provided by third parties and is subject to error. I acknowledge and understand that Charter's records are subject to human error, technical limitations and record retention policies and that Charter cannot always guarantee the accuracy or completeness of any records provided.

Dated: _____, 20____        _____
                                                                                    Signature

**ACKNOWLEDGEMENT**

State of _____ )
County of _____ )

On this _____ day of _____, 20____, before me, a notary public, the undersigned officer, personally appeared _____ _____, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My commission expires:

Please **FAX** Completed Release to **314-909-0609**
(Preferred Method)

<u>Or</u> Mail Completed Release to:
Charter Communications, Inc.
Attn: Law Enforcement Paralegal
12405 Powerscourt Drive
Saint Louis, Missouri 63131         *v7.2009*