**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

May 25, 2018

**BY ECF**
(Please CC: The Honorable Judge Jack B. Weinstein)

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

**Dear Chief Magistrate Judge Mann:**

I am a ProSe litigant in the above captioned matter respectfully moving the Court to order a '*complete*' and '*accurate*' retroactive audit review of Plaintiff served subpoenas on Defendant taking effect from January 18, 2018. There have not been many Plaintiff subpoenas' served to Defendant so the research is minimal. Plaintiff has already gone outside the scope of subpoena as duly noted in **Dockets #84 and #85** filed with the Court in regards to Plaintiff requesting information of a family member cable/phone account/records illegally. Plaintiff continued to harass Defendant family members with other subpoena request(s) of their personal information **"specifically"** a Capital One account ("Capital One Account") belonging to Defendant son. Defendant **seeks Court clarification** of **"Capital One Account"** and '*possible others*' as a full inspection of Plaintiff '*previous*' illegal and possibly *pending* subpoenas on Defendant merit judicial regulatory overview.

Defendant also respectfully moves the Court by this letter for Plaintiff be required to submit to Court for approval/inspection any further subpoena(s) served on Defendant under the above grounds of misconduct.

                                                     Respectfully submitted,
                                                     /s/ Patrick K. McDonnell
                                                     Patrick K. McDonnell [ProSe]

cc: The Honorable Judge Jack B. Weinstein (by ECF)