**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

May 26, 2018

**BY ECF**

**RE:** Docket #103 **[ATTACHMENT]**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and*
*CabbageTech, Corp. d/b/a Coin Drop Markets*, **No. 18-CV-00361 (JBW)(RLM)**

**Dear Chief Magistrate Judge Mann:**

I am a ProSe litigant in the above captioned matter and truly apologize for consuming Court time with the
submission of this **[ATTACHMENT]** to Defendant **[Docket #103]**. Defendant in **[Docket #103]** seeks;
*"the Court to order a 'complete' and 'accurate' retroactive audit review of Plaintiff served subpoenas on
Defendant taking effect from January 18, 2018."* ***In further relief,*** Defendant requests through this
letter-motion that Plaintiff also be ordered to submit ***"any and all"*** subpoena requests served on
***"third-parties"*** outside of the above referenced relief sought noted in Docket #103 ***"unknown to***
***Defendant"*** to be included in request of the; *'complete' and 'accurate' retroactive audit review of*
*Plaintiff served subpoenas on Defendant taking effect from January 18, 2018."*

Defendant believes this request to be fair and reasonable under the present circumstances of Plaintiff
continued accused illegal legal misconduct duly noted in **[Docket #94]**; **RE: LETTER TO JUDGE**
**WEINSTEIN - PLAINTIFF LEGAL MISCONDUCT** *and* ***for being corrected of said deeds by this***
***Court on record during a Discovery conference all worded in minutes.*** Defendant refers to **[Docket(s)**
**#84, #85]** as further proof of Plaintiff overreaching scope of Discovery limitations which raises concern.

 Id. *"PLAINTIFF HAS BEEN CORRECTED BY THIS COURT ON RECORD FOR ACTING UNDER*
*GUISE AND GOING OUT OF THE SCOPE OF A COURT ORDER WHILE MISLEADING AND*

1.

<u>Id.</u> *MISREPRESENTING SAID ORDER INACCURATELY TO DEFENDANT IN AN EFFORT TO GAIN DISCOVERY ILLEGALLY. [CHIEF JUDGE MAGISTRATE JUDGE MANN] PLAINTIFF CONTINUES TO GO OUTSIDE THE LIMITS OF DISCOVERY AS NOTED IN DEFENDANT LETTERS [Docket(s) #84, #85] TO JUDGE MANN."* [quoting Docket #101]

**Plaintiff misconduct and inability to follow Court orders/rules unless restrained by this Court *include but are not limited to;* Defendant/Family**; '*Constitutional [PRIVACY] Rights Violations*,'*Unfair Due Process*', and *'Federal R. Civ. P. Rule violations'* harmful to both Defendant/Family. *Defendant believes there is additional misconduct in regards to the 'unknown' subpoena(s) used in Plaintiff 'private' investigation efforts that merit audit/review to preserve Defendant/Family god given rights to privacy.*

Respectfully submitted,
/s/ Patrick K. McDonnell
Patrick K. McDonnell [ProSe]

2.