**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

May 26, 2018

**BY ECF**
**RE:** Defendant **NOTICE(S) OF DEPOSITION** to all Plaintiffs'
**[SCHEDULED DATES]**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

**Dear Chief Magistrate Judge Mann:**

I am a ProSe litigant in the above captioned matter notifying the Court of Defendant served **NOTICE(S) OF DEPOSITION** on/to Plaintiffs' May 26, 2018 *via* email. The current scheduling of Plaintiffs' deposition date/place/time as of May 26, 2018 *are as follows;*

**Gates S. Hurand** - [June 06, 2018 at 9:30 AM EST]
**Alejandra de Urioste** - [June 07, 2018 at 9:30 AM EST]
**K. Brent Tomer** - [June 08, 2018 at 9:30 AM EST]
**David W. Oakland** - [June 11, 2018 at 9:30 AM EST]
**Christopher Giglio** - [June 12, 2018 at 9:30 AM EST]

Plaintiff depositions are scheduled and start on the above dates at 9:30 AM EST sharp. All examinations shall continue for one (1) day per individual Plaintiff deposition. All Plaintiffs have been notified to confer with Defendant by email regarding any concerns. Defendant kindly thanks the Court for their time.
**[ATTACHED (5); NOTICE OF ALL PLAINTIFF DEPOSITIONS]**

                                                          Respectfully submitted,
                                                          /s/ Patrick K. McDonnell
                                                          Patrick K. McDonnell [ProSe]