FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 30 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

Defendants.

---

**SCHEDULING ORDER**

18-CV-361

**JACK B. WEINSTEIN, Senior United States District Judge:**

The motion of the Commodity Futures Trading Commission dated May, 24, 2018, requesting an extension of time to file its brief is granted. ECF No. 96.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: May 30, 2018
Brooklyn, New York