**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

June 04, 2018

**BY ECF**
**RE:** Defendant response to Docket #112

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

**Dear Chief Magistrate Judge Mann:**

I am a ProSe litigant in the above captioned matter responding respectively to [Docket #112]. Defendant has provided Plaintiff with completed and supplemented **Document Requests** and **Interrogatories** as ordered by this Court June 01, 2018 which include an **EXHIBIT** of Defendant business twitter and website description(s) and **Order ECF No. 31**.

                                                                       Respectfully submitted,
                                                                       /s/ Patrick K. McDonnell
                                                                      Patrick K. McDonnell [ProSe]