

Defendant business twitter account description.



Defendant business website description.
*Defendant is limited to what is publicly available on the internet.