**Sent:** Friday, March 16, 2018 at 12:57 PM

**From:** "Patrick McDonnell" <cdm@gmx.us>

**To:** "Hurand, Gates" <GHurand@CFTC.gov>

**Cc:** KTomer@CFTC.gov, doakland@cftc.gov, ADeUrioste@CFTC.gov, CGiglio@CFTC.gov, msultan@cftc.gov

**Subject:** Defendant Patrick K. McDonnell [Answer to Scheduling Order ECF No. 31]

March 16, 2018
**RE: Defendant Patrick K. McDonnell [Answer to Scheduling Order ECF No. 31]**

Hi Gates,
Below is all the information I could collect/supply in accordance to Scheduling Order ECF No. 31. I am actively working on gaining access to CDM PayPal account to print out data. I will do my best to supply any additional information I can find if possible. All Personal/CDM virtual currency wallet information available is electronically linked below to questioned blockchain records for transparent review on your end.
Regards,
Patrick K. McDonnell


**1.** By no later than **Friday, March 16, 2018**, Defendant Patrick K. McDonnell shall produce to Plaintiff the following:
**A.** From the period of January 1, 2017 to the present, all virtual currency account records for those accounts in the name(s) or under the control of Defendant McDonnell or Defendant CabbageTech, Corp. d/b/a Coin Drop Markets ("CDM"), including but not limited to user name(s), deposits and withdrawals, trading activity, and fees;
**\*CDM had very few members/subscribers who signed up using virtual currency these are believed to be all obtainable records/wallets in chronological order both Personal/CDM virtual currency accounting I could collect. These were wallets used offline for 'cold storage' when not using online to protect from third party exchange risks of hack, etc. All offline wallets were anonymous and complete deposit/withdrawal, trading/transfer activity, fees can be reviewed transparently via blockchain ledger address/links provided live in real-time below. These wallets have been disposed of after use which is normal protocol and no longer exist but by public address records on blockchain ledger with private keys destroyed. \*Important to note the main CDM receiving BTC/LTC wallet trans. balances are the same coins going cold to hot and hot to cold over and over again as discussed in exploratory resolution. Again, CDM was more a hobby vs business. The Bittrex 'third-party' multi-wallet CFTC investigator Christopher Giglio gained control of is believed the only third party account used regularly while in business and has corresponding transactions to the 24 'cold' wallets listed below. (I CAN NO LONGER ACCESS MY BITTREX 'THIRD-PARTY' MULTI-WALLET FOR STATED REASONS LISTED FURTHER INTO EMAIL).**

1.

**Bitcoin -- Personal/CDM 'Anonymous' [Live] Electronic Virtual Currency Wallet Records (Cold):**

https://blockchain.info/address/1LYNhrfqFhkNi3WwbhKFndnaLfx2SiWWRx
https://blockchain.info/address/1JXxYtJskusJjzdV19bTbkijeMK3tTd84B
https://blockchain.info/address/1E2HkNUX93WVoTrh7mDp4dcQzzeqEj5sFT
https://blockchain.info/address/1JFRXQv8jJUv9S8B8w7NHyo3Wt19mV2due
https://blockchain.info/address/1GzZqAoaL9htgpcakqLopi6Wzyv5Dg5fBj
https://blockchain.info/address/1KjgD5eAz5hsAdNWQakj9SJbchAtfGhtn
https://blockchain.info/address/1B1Czfrv5bELSQuUfPCcUhFgnrHL6TF4NE
https://blockchain.info/address/1EUbSSLUWUMR3BKUun1ZhCw6KPgfgTEfpy
https://blockchain.info/address/17WBtkjwcvmYu1HLuMFJf4Xx5SHPuGbNUA
https://blockchain.info/address/14pCjzt19Ko44JiwysF2QjhCsdnRriNXND
https://blockchain.info/address/1GnNFsnGXmfm9LvunTzodCVmESe3VYgWUY
https://blockchain.info/address/3PyHfDBABbbUqiWM6X1AMbQExBEpSVHFoh
https://blockchain.info/address/3BJmnSMDn2XZiL3muHDfewqKvA52T4fXNw
https://blockchain.info/address/1KTRvTMyFocAYDeGJe2kWLB9nMyW2DVwpL
https://blockchain.info/address/13C4hnTodv4swyJczbtG11eqvQYgSsELD7
https://blockchain.info/address/1MKX8ExAJXeLUWmGqkZbP9Kf4PpUNuDC6X
https://blockchain.info/address/1JdTvc9V5d3FEkgqfEnEFLD2N7oJWiMGpX
https://blockchain.info/address/1Dkk5Y1kHj882WFppgkWbXLcmbMeYBzjoi
https://blockchain.info/address/37rbb85Jd72ADhjggfn6Ltq95fXCEiPFzN
https://blockchain.info/address/31pwxv5JHQJoNCJSXE2WQy6J3PdSWhSudf
https://blockchain.info/address/1CzCuS2KQSF5dQLZZZJniYSiUpq6GFbx3V
https://blockchain.info/address/13zoMn5B1otqXtbNZA2ETJY5UrkZmN64jD
https://blockchain.info/address/15jstVRkce4x5pCYgaS5BG6FmVDKL7t9cf
https://blockchain.info/address/12bqCTigUaqdK3fFNZcmBSHU4wWkGTGwk4

**Litecoin -- Bittrex Multi-Wallet/Personal/CDM 'Anonymous' [Live] Electronic Virtual Currency Wallet Records (Cold/Hot):**

The LTC MAIN RECEIVING WALLET (HOT) address
http://explorer.litecoin.net/address/LQwxfiKLW4ozywLsh3BHMJ7pQeiprVNUE1 that was attached to the above mentioned Bittrex account under CFTC control has disappeared completely from the network. I am not sure but it may be due to the this>

https://www.reddit.com/r/litecoin/comments/6zmmzs/l_address_to_m/ Possibly Bittrex converted to M addresses IDK I cannot access? But I believe they can answer this best. This is the address in CFTC court documents etc. and if your side has it printed out I can track on my end if provided by scanning linked LTC addresses. However, I am relying on public blockchain information available to collect the data requested since cold wallets were destroyed along with private keys as per normal protocol once used. FYI: It is technically impossible for myself or anyone else I believe to make a blockchain-based address disappear and just wanted this stated for the record. It is most likely a technical glitch with Bittrex or Litecoin network again IDK? If you can contact them I'm sure they will have a better understanding than myself.

**B.** From the period of January 1, 2017 to the present, the locations and addresses of all virtual currency wallets, hosted by a third-party or otherwise, in the name(s) or under the control of Defendants McDonnell or CDM;

**Personal/CDM "Bittrex Multi-Wallet"** (*No longer have access to this wallet but seems the CFTC's Christopher Giglio does from hearing.)

Pat McDonnell -- 20 Rawson Place Staten Island, New York 10314 -- Bittrex.com -- CFTC controlled.
*Forgotten Email, Password, (2FA google authenticator application access lost)

**Bittrex Personal/CDM (MAIN RECEIVING WALLET) Bitcoin (Hot):**
https://blockchain.info/address/1KirsN7GAXdWkwVgt1gd6AxN8yKbkiPx8h
**Bittrex Personal/CDM (MAIN RECEIVING WALLET) Litecoin (Hot):**
http://explorer.litecoin.net/address/LQwxfiKLW4ozywLsh3BHMJ7pQeiprVNUE1
**Yobit (Hot): Possibly traded through Yobit? if so, was minimal. (Cannot recall wallet login info. at all.)**
*Never trusted overseas exchange platforms any virtual currency trans. were mainly Bittrex.*
*Traded through Crypto Rush and Cryptsy years ago with all funds disappearing.*
**If by chance I find anything else it will be provided to your office upon discovery.**
* I no longer 'hold', 'invest', or 'trade' in virtual currency, have 'no' interests or investments in virtual currency, do 'not' control or trade virtual currency in 'any' manner.

**C.** From the period of January 1, 2017 to the present, all United States and foreign bank account records in the name(s) or under the control of Defendants McDonnell or CDM;
* Defendant is 'unbanked' via ChexSystems reporting.
* Defendant has 'not' maintained a US bank account for over 5 years.
* Defendant has 'never' maintained a foreign bank account.
* Defendant has 'no' assets.
* Defendant has 'no' credit cards.
* PayPal was CDM's bank, debit card, money service processor. (New CDM memberships/subscriptions)

**D.** From the period of January 1, 2017 to the present, all PayPal records relating to Defendants McDonnell or CDM; and
*Working on gaining access to CDM PayPal account as discussed in court/email/exploratory resolution and will provide customer data/information immediately if posession is gained. This was my reasoning for asking the court for a little more time.

**E.** From the period of January 1, 2017 to the present, all business records concerning customers of Defendants McDonnell or CDM, including but not limited to customer names, deposit and withdrawal history, and communications with customers.
* Any business records, customer names, 'PP' deposit/withdrawal history are chronologically recorded in CDM PayPal still working on access.
* Communications with customer's were done via website private login and social outlet's which have not existed since company closing.
* CDM was not structured for deposits/withdrawals outside of PayPal Sub./Mem. fees as the company did not manage assets for its customers.