**Hurand, Gates**

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Friday, July 06, 2018 2:46 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W.; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | ECF Filing; DEFENDANT RESPONSE TO PLAINTIFF OPPOSITION re DOCKET 115 |
| **Attachments:** | DEFENDANT RESPONSE TO PLAINTIFF OPPOSITION  re DOCKET 115.pdf |

Hi Gates,

Please file this ECF filing with the Court. DEFENDANT RESPONSE TO PLAINTIFF OPPOSITION re DOCKET 115

Regards,

Patrick K. McDonnell

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

 Virus-free. www.avg.com