**Hurand, Gates**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Friday, July 06, 2018 4:11 PM |
| **To:** | Hurand, Gates |
| **Cc:** | de Urioste, Alejandra; Oakland, David W.; Tomer, K. Brent; Giglio, Christopher |
| **Subject:** | ECF request to The Honorable Jack B. Weinstein for Judicial Notice with OPEN MEETING [ATTACHMENT]. |
| **Attachments:** | Request For Judicial Notice.pdf; Open Meeting ATTACHMENT.pdf |

Hi Gates,

Please file this ECF request as well to The Honorable Jack B. Weinstein for Judicial Notice with OPEN MEETING [ATTACHMENT].

Regards,

Patrick K. McDonnell

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

---

 Virus-free. www.avg.com