UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING

COMMISSION,

         Plaintiff,

         v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

         Defendants.

_____

Case No. 18-CV-00361 (JBW) (RLM)

**REQUEST FOR JUDICIAL NOTICE**

<u>VIA ECF</u>
The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter requesting the Court take judicial notice of: **Open Meeting on Third Series of Proposed Rules under the Dodd-Frank Act Source:** U.S. Commodity Futures Trading Commission Website [transcript attached] https://www.cftc.gov/PressRoom/Events/opaevent_cftcdoddfrank102610 and Youtube [audio/visual hearing] https://www.youtube.com/watch?v=9WGDDz89kZk&feature=youtu.be

1.

Respectfully Submitted,

July 06, 2018

/s/ Patrick K. McDonnell

———————————————

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us

2.