

**COMMODITY FUTURES TRADING COMMISSION**

140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile:  (646) 746-9940

Division of
Enforcement

David W. Oakland
646-746-9769
doakland@cftc.gov

July 9, 2018

**By ECF**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

    Re:    *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, No. 18-CV-00361 (JBW)(RLM)

Dear Judge Weinstein:

    We write to give notice of the attached e-mail we received from Defendant Patrick K. McDonnell Monday evening stating that "Defendant will not be appearing this point forward asking that you notify all parties involved of this decision promptly."

    Plaintiff intends to appear for the hearing at 10:30 am as scheduled and will be prepared to proceed as the Court directs.

Respectfully submitted,

*/s/ David W. Oakland*

David W. Oakland

Enclosures

cc:    Patrick K. McDonnell (via email)