## Oakland, David W.

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Monday, July 09, 2018 9:06 PM |
| **To:** | Oakland, David W. |
| **Cc:** | de Urioste, Alejandra; Hurand, Gates; Tomer, K. Brent |
| **Subject:** | Re: CFTC v. McDonnell -- Transcript |

Hi David,

As to not waste the Court's time tomorrow or expense and time of others involved Defendant is gracefully withdrawing his defense if those are the correct words. Defendant can no longer bear the stress of this entire proceeding it is unbearable across the board. Defendant will not be appearing this point forward asking that you notify all parties involved of this decision promptly. Defendant understands the process will continue with remedy, yet, after today's hearing to go any further is not a viable option as my voice has gone unheard for 6 months thus far to no resolve. I continue to declare my argument and innocence in heart and mind but cannot stand the burden, again, respectfully withdrawing my defense.

Regards,

Patrick K. McDonnell



Virus-free. www.avg.com

On Mon, Jul 9, 2018 at 7:36 PM, Oakland, David W. <doakland@cftc.gov> wrote:

Please find the transcript of today's proceedings attached.

--
This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.