UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK K. MCDONNELL,<br><br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>        Defendants. | Case No. 18-CV-00361 (JBW) (RLM)<br><br>**LETTER TO THE COURT** |

_____

<u>VIA ECF</u>

The Honorable Jack B. Weinstein

United States District Judge

United States District Court for the

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter writing concerning your gracious offer

to re-enter said proceedings at any time in today's hearing minutes respectfully read. I would first say thank you kindly to the Court, second, I sincerely apologize to the Court for getting frustrated July 09, 2018. Your Honor, I have the deepest respect for yourself and the Court. However, my life is being lived hand-to-pocket sir with case leaving me financially destitute with all debtors extended beyond extension. For the sake of pure minute-to-minute survival, I must continue to be removed from proceeding but will give it very serious consideration if current financial conditions change. I am months behind on all my obligations working freelance landscaping type jobs just to feed my family daily. For the record, the basis of my argument prior Defendant voluntary removal is detailed in Docket(s) #99, #117-1, and Exhibit A submitted at hearing July 09, 2018.

Respectfully Submitted,

July 10, 2018

/s/ Patrick K. McDonnell

_____

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us

2.