UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK K. MCDONNELL,<br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>    Defendants. | Case No. 18-CV-0361 (JBW) (RLM)<br><br>ECF Case<br><br>**NOTICE OF WITHDRAWAL OF<br>DEMAND FOR TRIAL BY JURY** |

  PLEASE TAKE NOTICE that Plaintiff Commodity Futures Trading Commission hereby moves to withdraw its demand for trial by jury in accordance with oral motion during trial proceedings on July 11, 2018, and as further directed by the Court.

Dated: July 11, 2018

                **COMMODITY FUTURES TRADING
                  COMMISSION**

                By: /s Gates S. Hurand
                Gates S. Hurand
                ghurand@cftc.gov
                Phone: (646) 746-9700

                Alejandra de Urioste
                adeurioste@cftc.gov

                David Oakland
                doakland@cftc.gov

                K. Brent Tomer
                Chief Trial Attorney
                ktomer@cftc.gov
                Phone: (646) 746-9700

Manal M. Sultan
Deputy Director
msultan@cftc.gov
Phone: (646) 746-9700

Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005
Phone: (646) 746-9700
Fax: (646) 746-9940

ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION