UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

        Defendants.

_____

Case No. 18-CV-00361 (JBW) (RLM)

**LETTER TO THE COURT**

<u>VIA ECF</u>

The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter writing concerning today's hearing.

1.

I am unable to appear Thursday July 12, 2018 as I need to work or one of my utilities will be disconnected (my electric) July 13, 2018 (will provide proof if needed). In turn, if this happens I have no internet access etc. to prepare or research my defense leaving me in an impossible position Your Honor. I ask that the Court please postpone closing argument hearing for July 12, 2018, etc. to a more convenient date sir. It would be impossible for me to appear or prepare properly on my own under these circumstances. I would need a week at most just to get my home in order sir before it falls apart completely. I also move the Court to provide me with an attorney as the alleged charges are deemed as criminal according to law. I believe the loss of my Fifth Amendment rights are at risk do to the nature of evidence rules in civil procedure during trial vs criminal trial proceedings. I would also like to argue the evidence introduced by Plaintiff by way of motion if afforded this opportunity.

Respectfully Submitted,

July 11, 2018

/s/ Patrick K. McDonnell

_____

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us