UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING

COMMISSION,                                 Case No. 18-CV-00361 (JBW) (RLM)

         Plaintiff,

                                          **LETTER TO THE COURT [CORRECTION]**

    v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

         Defendants.

_____

<u>VIA ECF</u>

The Honorable Jack B. Weinstein

United States District Judge

United States District Court for the

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter correcting my attached letter which

1

should read; ***"I believe the loss of my Fifth Amendment rights are at risk representing myself Pro Se. The nature of evidence rules in civil procedure during trial vs criminal trial proceedings are much different leaving concern. I would also like to argue the evidence introduced by Plaintiff by way of motion if afforded this opportunity."*** This is correct wording vs paragraph previous written in letter attached. I respectfully accept your invitation back into the Court sir if request is granted.

Respectfully Submitted,

July 11, 2018

/s/ Patrick K. McDonnell

_____

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us