**Hurand, Gates**

---

| | |
|---|---|
| **From:** | Patrick McDonnell <18.cv.00361@gmail.com> |
| **Sent:** | Wednesday, July 11, 2018 11:17 PM |
| **To:** | Oakland, David W. |
| **Cc:** | de Urioste, Alejandra; Hurand, Gates; Tomer, K. Brent |
| **Subject:** | Re: CFTC v. McDonnell briefing schedule |

Hi David,

David I'm just done completely with all of this YOU WIN, get it? I want to be left alone. Please tell Judge Weinstein I cannot go any further with this respectfully and rescind those earlier ECF filings. Whatever it is going to be, it is going to be, I no longer wish to fight, I am not qualified to do so legally. So please make this my official message to the Court tomorrow superseding any prior ECFs filed tonight I just cannot go on. Judge Weinstein has been more than fair throughout yet I am in no position, in any way, for this currently.

Thank You,

Patrick K. McDonnell

---

 Virus-free. www.avg.com

On Wed, Jul 11, 2018 at 11:02 PM, Oakland, David W. <doakland@cftc.gov> wrote:

We believe a reasonable schedule for briefing will be approximately 2 weeks for our side to serve and file our post-trial filings, 2 weeks for you to serve and file an opposition (if any), and 2 weeks for us to prepare a reply (if any).

Please let us know if you agree and we will let the court know.

Also, for purpose of scheduling a hearing on those filings, if there are any days in August or September that you know that you will be out of town and unavailable, please provide them.

Very truly yours,

David W. Oakland

Division of Enforcement

Commodity Futures Trading Commission

140 Broadway, 19th Floor

New York, New York 10005

Direct Dial          (646) 746-9769

Fax                  (646) 746-9940

--

This message and its attachments are sent from a 'Pro Se' litigant and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.