UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

Defendants.

**SCHEDULING ORDER**

18-CV-361

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 12 2018 ★
BROOKLYN OFFICE

---

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiff's proposed findings of fact, conclusions of law, and post-trial brief shall be filed by July 27, 2018.

Defendant's proposed findings of fact, conclusions of law, and post-trial brief shall be filed by August 9, 2018.

Plaintiff's response shall be filed by August 22, 2018.

Oral argument will be heard on August 23, 2018 at 10:30 a.m.

The plaintiff, in addition to supplying the defendant with daily transcripts, shall forthwith furnish him with copies of all exhibits not already furnished to him, plus the physical charts used in summation.

The court directed plaintiff to send a copy of the "Federal Pro Se Legal Assistance Project" flyer to the defendant. He has a right to counsel in the remaining phases of the trial and in a possible appeal.

This order shall be emailed to the parties at once, as well as being filed and docketed forthwith.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: July 12, 2018
Brooklyn, New York