UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING

COMMISSION,                                                           Case No. 18-CV-00361 (JBW) (RLM)

        Plaintiff,

                                                      **FEDERAL PRO SE LEGAL ASSISTANCE**

    v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

        Defendants.

_____

<u>VIA ECF</u>

The Honorable Jack B. Weinstein

United States District Judge

United States District Court for the

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter writing concerning the flyer emailed to

1.

me by Court recommendation *via* Plaintiff communications regarding the Federal Pro Se Legal Assistance Project. Defendant took the advice of the Court months ago and signed up as a client with the program director Cat Itaya and communicated with Dylan Lee the project coordinator for a month or so before withdrawing from the program in written form. Cat Itaya was very limited in the amount of help to be provided as written in the initial agreement signed to join the program as this case is complex needing more. Cat Itaya went as far as to summarize my case in a marketing package form to attract possible attention of Pro Bono assistance which was greatly appreciated by Defendant. *However,* unto Cat Italya's power she could not screen inquiries only Defendant could. Defendant found that the two Pro Bono firms he interviewed with wanted more than round about information on the case prior signing any type of client/lawyer confidentiality agreement. The types of firms that replied were Skadden type with offices across the world. Defendant felt very uncomfortable with manner these firms wanted to acquire information prior confidentiality and decided for the sake of his defense these all seemed like fishing expeditions vs caring defender's. Plaintiff and Court [Judge Mann] specifically are and were aware of this for awhile now. Defendant is confused as to why Plaintiff did not advise Court of this at time of discussion as such.

                                                    Respectfully Submitted,

July 13, 2018

                                                    /s/ Patrick K. McDonnell

                                                    Patrick K. McDonnell "Pro Se"

                                                    20 Rawson Place, Staten Island, NY 10314

                                                  Telephone: (718) 524-6312 Email: cdm@gmx.us

Case 1:18-cv-00361-JBW-RLM   Document 129   Filed 07/13/18   Page 3 of 4 PageID #: 1711