6 hrs.

DATE: 7/9/18

BEFORE JUDGE Weinstein           AT: 11:15 A.M./P.M.

COURT REPORTER M. Lucchese

CIVIL CAUSE FOR TRIAL (Bench)

Docket Number CV18-361

Title: C.F.T.C. vs. Patrick McDonnell et al

Appearances: For Pltff: Kenneth Tomer et al
             For Deft: Patrick McDonnell
             Other:

✓ Case called.
✓ All parties present. Defendant pro-se
  Counsel for _____ not present.
✓ Trial ordered and begun.
  The following jurors were selected and sworn:
  1. — 7.
  2. — 8.
  3. — 9.
  4. — 10.
  5. — 11.
  6. — 12.
✓ Pltff. opens.
✓ Deft. opens.
  Deft. waives opening.

✓ Trial held.
✓ Trial continued to 7/10/18 @ 10:30 am
✓ Deft's motion for reconsideration