DATE 7/10/18

BEFORE JUDGE Weinstein          AT 10:30 am
C/R M. Lucchese                 C/D J. Rowe

CIVIL CAUSE
ON TRIAL (Bench)

Docket # CV18-361
Title C.F.T.C.                    vs Patrick McDonnell et al

Appearances:  For Pltff. Kenneth Tower et al
              For Deft. Patrick McDonnell (Not present)
              Other

___✓___  Case called.
_____  All parties present. Deft. not present
___✓___  Trial resumed.
___✓___  Trial continued to 7/11/18 at 10:30 am