DATE 7/11/18

BEFORE JUDGE Weinstein        AT 10:30 am
C/R M. Lucchese               C/D J. Lowe

CIVIL CAUSE

ON TRIAL

Docket # CV18-361
Title C.F.T.C. vs Patrick McDonnell et al

Appearances:  For Pltff. Kenneth Toner et al
              For Deft. Patrick McDonnell (pro-se)
              Other

✓  Case called.
✓  All parties present. Deft. (pro-se) not present
✓  Trial resumed.
✓  Trial continued to 7/12/18 at 10:30 am