UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>     Defendants. | **NOTICE OF LIMITED APPEARANCE**<br><br>Case No. 18-cv-00361-JBW |

To the Clerk of the Court and Parties of Record:

  Please take notice that, Steven G. Kobre, Esq., hereby appears as counsel for Monex Credit Company and Monex Deposit Company (together, "Monex") in the above-captioned action for the limited purpose of filing a letter requesting permission to file an *amicus* brief on behalf of Monex.

Dated:  New York, New York
     July 13, 2018

                Respectfully submitted,

                /s/ Steven G. Kobre
                Steven G. Kobre
                KOBRE & KIM LLP
                800 Third Avenue
                New York, New York 10022
                Tel: +1 212 488 1200
                steven.kobre@kobrekim.com

                *Limited Appearance as Attorney for Monex Credit Company and Monex Deposit Comapny*