# Exhibit C

NEIL A. GOTEINER (State Bar No. 083524)
ngoteiner@fbm.com
C. BRANDON WISOFF (State Bar No. 121930)
bwisoff@fbm.com
JESSICA NALL (State Bar No. 215149)
jnall@fbm.com
ELIZABETH A. DORSI (State Bar No. 282285)
edorsi@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEX CREDIT COMPANY, MONEX DEPOSIT COMPANY, NEWPORT SERVICES CORPORATION, MICHAEL CARABINI, AND LOUIS CARABINI,<br><br>Defendants. | Case No. 8:17-cv-01868-JVS-DFM<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed Concurrently with Defendants' Opposition to Motion for Preliminary Injunction<br><br>The Hon. James V. Selna<br>Dept. 10C<br>Date: March 19, 2018<br>Time: 3:00 p.m. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Defendants' Request for Judicial Notice
Case No. 8:17-cv-01868-JVS-DFM

30203\6442212.2

Defendants Monex Credit Company, Monex Deposit Company, Newport Services Corporation, Michael Carabini and Louis Carabini (collectively, "Defendants") hereby request, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following legislative and administrative materials, which are attached hereto as Exhibits 1 through 10:

1. Hearing to Review Implications of the *CFTC v. Zelener* Case: Hearing Before the Subcomm. On Gen. Farm Commodities & Risk Mgmt. of the H.R. Comm. on Agric., 111th Cong. 10.

2. CFTC Chairman Gary Gensler, Letter to Reps. Harkin and Chambliss on U.S. Senate Committee on Agriculture, Nutrition and Forestry; and attached Analysis of Proposed Over-the-Counter Derivatives Market Act of 2009 (Aug. 17, 2009).

3. Restoring American Financial Security Stability Act of 2010, H.R. 4173, 111th Cong., 2nd Sess. § 742 (as passed by Senate, May 20, 2010).

4. 156 Cong. Rec. S3,348 (May 6, 2010) (Sen. Cantwell, introducing § 753)).

5. Retail Commodity Transactions Under Commodity Exch. Act, 78 Fed. Reg. 52426 (Aug. 23, 2013)) ("Final Interpretation").

6. Retail Commodity Transactions Under Commodity Exch. Act, 76 Fed. Reg. 77670-02 (December 14, 2011) ("Request for Comments").

7. Interpretive Letter 85-2, *Bank Activities Involving the Sale of Precious Metals* (CFTC Office of General Counsel), Comm. Fut. L. Rep. (CCH) ¶ 22,673 (Aug. 6, 1985)).

8. April 5, 1985 CFTC Model State Commodity Code, Comm. Fut. L. Rep. ¶ 22,568.

9. Retail Commodity Transactions Involving Virtual Currency, 82 Fed. Reg. 60335 (December 20, 2017) ("Proposed Virtual Currency

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Defendants' Request for Judicial Notice
Case No. 8:17-cv-01868-JVS-DFM

1

30203\6442212.2

Interpretation").

10. Commodity Futures Trading Commission, Open Meeting on Five Final Rule Proposals Under the Dodd-Frank Act (July 7, 2011) (relevant excerpts).

Under Federal Rule of Evidence 201, a court shall take judicial notice "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). A court may take judicial notice of a fact "not reasonably subject to dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* at 201(b).

"Legislative history is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012). "Federal courts routinely take judicial notice of the legislative history of both federal and California statutes." *Gonzales v. Marriott Int'l, Inc.*, 142 F. Supp. 3d 961, 968 (C.D. Cal. 2015). In addition, "[j]udicial notice is appropriate for records and reports of administrative bodies." *U.S. v. 14.02 Acres of Land More or Less in Fresno Cnty.*, 547 F.3d 943, 955 (9th Cir. 2008) (internal quotes omitted); *see also Gonzales*, 142 F. Supp. 3d at 968 (same).

Items one through four above are materials from the legislative history of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 ("Dodd-Frank"). Items five through ten above consists of guidance issued by the Commodity Futures Trading Commission concerning the Actual Delivery Exclusion under Dodd-Frank. These legislative history and administrative materials are all properly the subjects of judicial notice. *See Anderson*, 673 F.3d at 1094 n.1; *14.02 Acres of Land More or Less in Fresno Cnty.*, 547 F.3d at 955; *Gonzales*, 142 F. Supp. 3d at 968. These documents are further authenticated in paragraph 67 of the concurrently-filed Declaration of Neil A. Goteiner in Support of Defendants' Opposition to the CFTC's Motion for Preliminary Injunction.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Defendants' Request for Judicial Notice
Case No. 8:17-cv-01868-JVS-DFM

2

30203\6442212.2

For the foregoing reasons, Defendants respectfully request that this Court take judicial notice of the materials attached hereto as Exhibits 1 through 10.

Dated: February 20, 2018                FARELLA BRAUN + MARTEL LLP


By: /s/ Neil A. Goteiner
　　　Neil A. Goteiner

Attorneys for Defendants

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Defendants' Request for Judicial Notice
Case No. 8:17-cv-01868-JVS-DFM

3

30203\6442212.2