UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

—————————————————

COMMODITY FUTURES TRADING

COMMISSION,                                    Case No. 18-CV-00361 (JBW) (RLM)

             Plaintiff,          **DEFENDANT RESPONSE TO PLAINTIFF**

                    **CFTC'S INITIAL RESPONSE TO DEFENDANT**

        v.          **MCDONNELL'S OPPOSITION TO PLAINTIFF**

                    **NOTICE OF WITHDRAWAL OF JURY DEMAND**

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

             Defendants.

—————————————————

<u>VIA ECF</u>

The Honorable Jack B. Weinstein

United States District Judge

United States District Court for the

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter writing concerning **Plaintiff**

1.

**Commodity Futures Trading Commission's Initial Response To Defendant McDonnell's "Opposition To Plaintiff Notice Of Withdrawal Of Jury Demand**." Your Honor, with all due respect Defendant was under the impression on July 09, 2018 that he was appearing at an *"Evidentiary Hearing"* not *"Bench Trial"* sir. ***Defendant understanding was that an evidentiary hearing, the judge hears arguments from both the prosecutor and defense to determine if there is enough evidence to have the defendant stand trial.*** The prosecutor calls witnesses to testify and introduces physical evidence to show there is probable cause for the trial to move forward. The defense attorney will usually cross-examine the witnesses. Defendant respectfully moves the Court to grant a jury trial afforded by his Seventh Amendment right under the U.S. Constitution which codifies this right.

Respectfully Submitted,

July 14, 2018

/s/ Patrick K. McDonnell

_____

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us

2.