UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING

COMMISSION,                                          Case No. 18-CV-00361 (JBW) (RLM)

              Plaintiff,

                                              **LETTER TO JUDGE JACK B. WEINSTEIN**

     v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

              Defendants.

_____

<u>VIA ECF</u>
The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

I am a Defendant in the above referenced matter writing your concerning my position. I am a Pro Se Defendant Your Honor doing everything I can in regards to learning and applying civil law as fast as I can. There is so much to learn and July 09, 2018 hearing taught me that I have to learn skills to argue '**properly**' before a court. I plead to the Court to understand my predicament sir, with being forced to represent myself in a case claiming criminal acts. I do not have the *experience, knowledge*, *resources*, of Plaintiff

1.

and their agency who operates on a $250M annual budget for cases like this. In my research of the EDNY I came across this which was cool and interesting;
**INDIVIDUAL MOTION PRACTICE OF JUDGE JACK B. WEINSTEIN** [ATTACHED]

*"The Federal District Court for the Eastern District of New York is a teaching court. Each year, hundreds of law students serve as externs in the chambers of magistrate and district judges. They are a valuable resource, and through their work at the court, learn the basics of federal litigation. Members of the court engage in educational activities such as teaching, writing, and lecturing. Junior members of legal teams representing clients are invited to argue motions they have helped prepare and to question witnesses with whom they have worked. Opportunities to train young attorneys in oral advocacy are rare because of the decline of trials. Where junior lawyers are familiar with the matter under consideration, but have little experience arguing before a court, they should be encouraged to speak by the presiding judge and the law firms involved in the case. This court is amenable to permitting a number of lawyers to argue for one party if this creates an opportunity for a junior lawyer to participate. The ultimate decision of who speaks on behalf of the client is for the lawyer in charge of the case, not for the court."*

I refer to the above being that hundreds of law students serve your Court sir and as noted; ***junior lawyers are familiar with the matter under consideration, but have little experience arguing before a Court, etc.*** My absence during the remainder of what I believed an Evidentiary Hearing should not be seen as blatant disregard to the proceeding. I was all alone of my side, scared, and extremely frustrated because of the issue regarding my Motion To Dismiss. I have fought myself for 6 months sir not to quit but being blind and singular in Defense is frightening to be quite honest with you. I really need a lawyer sir, I need my due process/rights, etc. to be protected I am clueless at times to the procedural aspect of the Court in motion. I never knew I had to demand a jury trial and believed the Plaintiff had already requested it as in Docket #1, more or less, it could be withdrawn? I am trying my best with very little to work with but constant efforts that put me far behind financially because of all the work needed to be done by just me. Plaintiff has unlimited hands and minds to handle their work and at times I am lucky to have ink, paper, even carfare to make it to Court. Truth is, on July 09, 2018 I ran out of money even if I was to appear I could not have made it over the bridge. This is what my life has become due to all of this and I sincerely ask Your Honor to allow me to continue this fight to jury trial according to due process and my afforded rights. I will work endlessly if I have to as I seek legal representation if ever accomplished... This is a paper work case and many seem bothered by the fact I cannot afford to pay them sir.

1.

Respectfully Submitted,

July 14, 2018

/s/ Patrick K. McDonnell

_____

Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us

2.