INDIVIDUAL MOTION PRACTICE OF

JUDGE JACK B. WEINSTEIN

United States District Court

225 Cadman Plaza East

Brooklyn, New York 11201

Telephone: (718) 613-2520

Contact: June P. Lowe- Case Manager

Telephone: (718) 613-2525

The Federal District Court for the Eastern District of New York is a teaching court.  Each year, hundreds of law students serve as externs in the chambers of magistrate and district judges. They are a valuable resource, and through their work at the court, learn the basics of federal litigation.  Members of the court engage in educational activities such as teaching, writing, and lecturing.

Junior members of legal teams representing clients are invited to argue motions they have helped prepare and to question witnesses with whom they have worked.  Opportunities to train young attorneys in oral advocacy are rare because of the decline of trials.  Where junior lawyers are familiar with the matter under consideration, but have little experience arguing before a court, they should be encouraged to speak by the presiding judge and the law firms involved in the case.  This court is amenable to permitting a number of lawyers to argue for one party if this creates an opportunity for a junior lawyer to participate.  The ultimate decision of who speaks on behalf of the client is for the lawyer in charge of the case, not for the court.

Motions are returnable: Monday thru Thursday between 10:30 a.m. and 1:00 p.m.

The court requires a courtesy (hard) copy of complaints and all motion papers filed electronically or otherwise.

Permission to make a motion is not required.

Notice of motion shall include a return date and time; if the selected date and time is not convenient to the court, a new date and time will be set by court order.