UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING
COMMISSION,                                           Case No. 18-CV-00361 (JBW) (RLM)
                          Plaintiff,

                                                      <u>DECLARATION IN SUPPORT OF MOTION</u>
             v.                                       <u>TO DISMISS FOR INSUFFICIENT EVIDENCE</u>

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

                          Defendants.

_____

## DECLARATION

In opposition of Plaintiff Complaint alleging that Defendant violated sections of THE COMMODITY EXCHANGE ACT AND COMMISSION REGULATIONS **"specifically"**; **Count 1--Fraud by Deceptive Device or Contrivance; Violations of § 6(c)(1) of the Act and Regulation 180.1 (a).** *Defendant again*, moves the Court to dismiss Plaintiff Complaint and alleged Count(s) **'with prejudice'** on the grounds; **Insufficient Evidence Lacking Burden Of Proof For Criminal Proceeding**; **Subject-matter jurisdiction** (pursuant to Rule 12 (b)(1), Fed. R. Civ. P.) and/or **Personal jurisdiction** (pursuant to Rule 12 (b)(2), Fed. R. Civ. P.) and **Failure to state a claim upon relief can be granted** (pursuant to Rule 12 (b)(6), Fed. R. Civ. P.)

<u>Id.</u> ***"THE COURT: You have no wiretaps of the Defendant operating in this way? MR. HURAND: Unfortunately, our civil authority I think is not as extensive as the criminal authority."*** [quoting *CFTC vs MCDONNELL*; TUESDAY JULY 10, 2018 HEARING MINUTES Pages 198; 24-25 and Pages 199; 1-5]

'Complete' basis for Defendant Motion are set forth in the accompanying
**MEMORANDUM OF LAW**.


July 16, 2018

                                        /s/ Patrick K. McDonnell


                                           Defendant/Pro Se


                             Prepared By: Patrick K. McDonnell "Pro Se"
                             20 Rawson Place, Staten Island, NY 10314
                        Telephone: (718) 524-6312 Email: cdm@gmx.us

                                    2.