UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____

COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

    v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

        Defendants.

_____

Case No. 18-CV-00361 (JBW) (RLM)

**REQUEST FOR JUDICIAL NOTICE**

<u>VIA ECF</u>

The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

1.

**MAY THE COURT PLEASE TAKE JUDICIAL NOTICE OF;**

*Defendant has filed a **Motion To Dismiss For Insufficient Evidence** on July 16, 2018.* [Docket(s) #139, 139-1, 140, 141 respectively].

July 16, 2018

                                        /s/ Patrick K. McDonnell
                                        _____
                                              Defendant/Pro Se

Prepared By: Patrick K. McDonnell "Pro Se"
20 Rawson Place, Staten Island, NY 10314
Telephone: (718) 524-6312 Email: cdm@gmx.us

2.