UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

────────────────────────────────

COMMODITY FUTURES TRADING

COMMISSION,                                           Case No. 18-CV-00361 (JBW) (RLM)

                  Plaintiff,            **FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41.**

      v.

PATRICK K. MCDONNELL,

and CABBAGETECH, CORP. d/b/a COIN

DROP MARKETS,

              Defendants.

────────────────────────────────

<u>VIA ECF</u>
The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Weinstein:

1.

Defendant respectfully submits this **Motion To Dismiss For Insufficient Evidence**
Docket #139, 139-1, 140, 141, 142 along with corresponding filed "exhibits" and yet to
file in accordance with **FEDERAL RULES OF CIVIL PROCEDURE Rule 41**.


July 16, 2018

/s/ Patrick K. McDonnell

_____

Defendant/Pro Se


Prepared By: Patrick K. McDonnell "Pro Se"

20 Rawson Place, Staten Island, NY 10314

Telephone: (718) 524-6312 Email: cdm@gmx.us

2.