## FEDERAL CIVIL CASES vs CRIMINAL PROSECUTIONS

The Federal Rules of Evidence are a set of rules that governs the introduction of evidence at civil and criminal trials in United States federal trial courts. The current rules were initially passed by Congress in 1975, after several years of drafting by the Supreme Court. The rules are straightforward and relatively short, compared to other sets of court rules, such as the Federal Rules of Civil Procedure.

> **The Federal Rules of Civil Procedure ("FRCP")** govern court procedure for **civil** cases (*rather than criminal cases, which are governed by the Federal Rules of Criminal Procedure*) in United States Federal District Courts.
>
> *vs*
>
> **The Federal Rules of Criminal Procedure** are the procedural rules that govern how federal **criminal** prosecutions are conducted in United States district courts and the general trial courts of the U.S. government.
>
> *As such, they are the companion to the* **Federal Rules of Civil Procedure**, *which govern civil actions in federal court. The admissibility and use of evidence in criminal proceedings (as well as civil) is governed by the separate* **Federal Rules of Evidence**.