**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

July 17, 2018

**BY ECF**
The Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
E. Brooklyn, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, **No. 18-CV-00361 (JBW)(RLM)**

Dear Judge Weinstein:

I am a ProSe litigant in the above captioned matter writing regarding [**Docket #139** *styled* **Motion To Dismiss For Insufficient Evidence**]. Defendant is Pro Se and requests **Judicial Intervention** of sort or whatever language is needed to afford something of this requests nature in regards to the application of Federal Civil and Criminal law to the above Case/Motion. Defendant is in need of counsel and believes his ignorance may lead to an incorrect decision *out-of-favor* due to this. Defendant has pleaded his case in (ECF 139, 139-1, 140, 141, 142, 143, 143-1, 143-2, 143-3, 144, 145, 147) ("Motion") but honestly is insecure in his knowledge. Defendant being forced to try a criminal case in civil court leaves open violations of due process in too many forms for Defendant comprehension. Defendant pleads intervention of the Court to correctly conclude this case according to Federal statue. Keen knowledge is desperately needed here.

July 17, 2018

Respectfully Submitted,
/s/ Patrick K. McDonnell [ProSe]
Patrick K. McDonnell

2.