Patrick McDonnell <18.cv.00361@gmail.com>

 Gma

---

## ECF Filing: JUDICIAL INTERVENTION OR SUCH

---

**Patrick McDonnell** <18.cv.00361@gmail.com>              Tue, Jul 17, 2018 at 5:43 PM

To: "Oakland, David W." <doakland@cftc.gov>
Cc: "de Urioste, Alejandra" <ADeUrioste@cftc.gov>, "Tomer, K. Brent" <KTomer@cftc.gov>,
"Giglio, Christopher" <CGiglio@cftc.gov>, "Hurand, Gates" <ghurand@cftc.gov>


Hi David,

I am way too ignorant to try this case alone being the
complexity in nature and I do not believe I should be forced
to surrender for lack of experience or knowledge. This is a
very unfair legal playing field where my due process is
being stripped from me in trying an alleged criminal case in
civil court. I respectfully ask that you withdraw your
improperly laid complaint accordingly sir.

Regards,

Patrick K. McDonnell