**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2018 ★
BROOKLYN OFFICE

July 17, 2018

**BY ECF**
The Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
E. Brooklyn, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, **No. 18-CV-00361 (JBW)(RLM)**

Dear Judge Weinstein:

I am a ProSe litigant in the above captioned matter writing regarding [**Docket #139** *styled* **Motion To Dismiss For Insufficient Evidence**]. I submitted further ECF filings July 16, 2018 to Plaintiff for courtesy upload to be styled as **"Supplemental Attachments"** and was told the system will only accept the word **"Exhibits"**. *However,* when I received my copies of ECF filings from Plaintiff they were done under the **Docket(s); #143, 143-1, 143-2, 143-3,** and **144** *vs* **"Attached as Exhibit(s) to Docket #139"** as requested. *To further clarify Your Honor,* Docket(s); "#139-1 is **[Exhibit 1]**", "143 is **[Exhibit 2]**", "143-1 is **[Exhibit 3]**", "143-2 is **[Exhibit 4]**", "143-3 is **[Exhibit 5]**", and "144 is **[Exhibit 6]**" which *"collectively"* comprise my initial filings regarding Docket #139. I am very concerned that it is viewed in full and accurate completeness.

Grounds for dismissal; **Insufficient Evidence Lacking Burden Of Proof For Criminal Proceeding**; **Subject-matter jurisdiction** (pursuant to Rule 12 (b)(1), Fed. R. Civ. P.) and/or **Personal jurisdiction** (pursuant to Rule 12 (b)(2), Fed. R. Civ. P.) and **Failure to state a claim upon relief can be granted** (pursuant to Rule 12 (b)(6), Fed. R. Civ. P.)

Defendant is relying on **FEDERAL RULES OF CIVIL PROCEDURE Rule 41** *and/or* **FEDERAL RULES OF CIVIL PROCEDURE Rule 52(c)** regarding "**Plaintiff Insufficient Evidence**" and "**Failure To Carry A Burden Of Proof**" in presenting their case criminally. **The new provisions of Rule 52(c)**, authorize entry of judgment against the defendant as well as the plaintiff, and earlier than the close of the case of the party against whom judgment is rendered.

1.



*A motion to dismiss under Rule 41 on the ground that a plaintiff's evidence is legally insufficient should now be treated as a motion for judgment on partial findings as provided in Rule 52(c).*

> Respectfully Submitted,
> /s/ Patrick K. McDonnell [ProSe]
> Patrick K. McDonnell

2.