UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendants.

**ORDER**

18-CV-361

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 8 2018 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The motion for leave to file an *amicus* brief on behalf of Monex Credit Company, Monex Deposit Company, and Newport Services is granted. *See* ECF Nos. 133, 134.

Plaintiff filed a motion to withdraw its demand for trial by jury on July 11, 2018. *See* ECF No. 121. This issue will be heard at the proceeding scheduled for August 23, 2018 at 10:30 a.m.

Defendant filed a motion to dismiss for insufficient evidence and a motion for jury trial on July 16, 2018. *See* ECF Nos. 137, 138, 139. These issues will be heard at the proceeding scheduled for August 23, 2018 at 10:30 a.m.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: July 17, 2018
Brooklyn, New York