

**CITY BAR JUSTICE CENTER**

**CITY BAR JUSTICE CENTER**

Lynn M. Kelly, Executive Director
(212) 382-6678

Alice Morey, Managing Attorney
(212) 382-6682

**CITY BAR JUSTICE CENTER PROJECTS**

**Cancer Advocacy and Elderlaw**
Vivienne Duncan, Director
(212) 382-6601

**Consumer Bankruptcy**
Ramona Morel, Director
(212) 382-4783

**Homeowner Stability and LGBT Advocacy**
K. Scott Kohanowski, Director
(212) 382-6651

**Immigrant Justice**
Jennifer Kim, Director
(212) 382-6757

Suzanne Tomatore, Director
(212) 382-6717

**Legal Clinic for the Homeless**
Lisa Pearlstein, Director
(212) 382-6709

**Legal Hotline and Planning and Estates Law**
Libby Vazquez, Director
(212) 382-6744

Christopher Schwartz, Deputy Director
(212) 382-6706

**Neighborhood Entrepreneur Law**
Akira Arroyo, Director
(212) 382-6722

**Veterans Assistance**
Kent Eiler, Director
(212) 382-6622

July 18, 2018

To Whom It May Concern:

    I write at the request of Patrick K. McDonnell to confirm that Mr. McDonnell met with the Pro Se Legal Assistance Project in the E.D.N.Y. Mr. McDonnell's first appointment with an attorney in our office was on April 23, 2018.

    I also confirm that the City Bar Justice Center attempted to place Mr. McDonnell's case with pro bono counsel from a law firm.

Sincerely,

*Cat Itaya*
Cat Itaya
Director, Pro Se Legal Assistance Project
(212) 382-4729

42 West 44th Street New York, NY 10036-6604 • www.citybarjusticecenter.org