**Patrick K. McDonnell [ProSe]**
20 Rawson Place
Staten Island, New York 10314
Telephone: (718) 524-6312
Email: cdm@gmx.us

July 19, 2018

**BY ECF**
The Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
E. Brooklyn, New York 11201

**Re:** *Commodity Futures Trading Commission v. Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets*, **No. 18-CV-00361 (JBW)(RLM)**

Dear Judge Weinstein:

I am a ProSe litigant in the above captioned matter writing regarding Defendant legal defense. Defendant would respectfully like to make a suggestion/request of the Court. Defendant has had no luck retaining legal representation on his behalf. Defendant is surprised due to the topic of this matter not a lawyer in NYC has extended a hand. *However*, *if possible*, Defendant would ask of the Court that his case be presented as a *"summer project"* or *"workshop"* for participants of the **INDIVIDUAL MOTION PRACTICE OF JUDGE JACK B. WEINSTEIN**. Defendant believes it would be a constructive learning tool for legal students to get get their feet wet with the complex legalities involving Bitcoin and Virtual Currencies something the future generation of legal minds are sure to encounter in the near future. Defendant would prefer his case in freshly educated law students hands with clear eyes, hearts, and minds vs jaded money oriented legal with no regard to Defendant cause or concern. *If this request is at all feasible*, Defendant declares this letter complete authorization to do as such.

Defendant truly appreciates any consideration of the Court in this suggestion/request.

July 19, 2018

Respectfully Submitted,
/s/ Patrick K. McDonnell [ProSe]
Patrick K. McDonnell

1.