# Restitution Cases Closed Between 1/1/2004 and 7/17/2018

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 07 CV 10270 | ELIZABETH BALDWIN | 11/14/2007 | 8/22/2013 |
| 2:12-CV-02235-JFB-ARL | MADISON DEAN INC, GEORGE ATHANASATOS AND LAURENCE DODGE | 3/14/2013 | 8/22/2013 |
| CV 02-1417 DT (MCX) | REGO GAINER FINANCIAL INC AND KWOK LUN LAM | 7/29/2004 | 10/23/2013 |
| 06 CV 020 | CHARLES A DEFAZIO AND GALAXY RESOURCES 2000 LLC | 2/19/2008 | 10/23/2013 |
| 1:02 CV 2394 | GLOBAL FINANCIAL CONSULTING INC ET AL | 4/2/2004 | 10/23/2013 |
| 05-10 | HUGH J MADDOX | 6/9/2005 | 10/23/2013 |
| CV 01-06907 PA (CWX) | FINTREX, INC AND ARMAN OVSEPYAN | 4/19/2005 | 10/23/2013 |
| CV 03-0833 DSF | BEN OUYANG ET AL | 3/16/2005 | 10/23/2013 |
| CV 02-06619 PA (SHSX) | NAWAB ALI KHAN ALI, ET AL | 11/8/2004 | 10/23/2013 |
| 2:00CV00622ST | STEPHEN W BROCKBANK | 9/2/2004 | 10/23/2013 |
| 06-BCC-010 | INTERACTIVE BROKERS LLC | 6/6/2007 | 10/23/2013 |
| 02-60769-CIV-(FERGUSON) | OFFSHORE FINANCIAL CONSULTANTS OF FLORIDA INC ET AL | 8/11/2004 | 10/23/2013 |
| CV05-5074 GHK | BRETT E LOVETT AND D/B/A NORTHWEST ASSET FUND | 11/29/2007 | 10/23/2013 |
| 99-1558-CIV-T-23F | ALBERT CORINGRATO | 5/19/2004 | 10/23/2013 |
| 1:99-CV-138-EDGAR | EDWIN JAY SHELDON & APPLIED CAPITAL MANAGEMENT LLC | 4/16/2004 | 10/23/2013 |
| 00-T-547-S | MICHAEL JAMES KONKEL | 9/1/2004 | 10/23/2013 |
| 97 C 7061 | FTI FINANCIAL GROUP ET AL | 5/12/2004 | 10/23/2013 |
| 03-02 | ERNEST PENNY | 7/9/2004 | 10/23/2013 |
| C-1-01-212 | JEFFREY BAILEY/JMK CAPITAL MANAGEMENT INC | 5/19/2004 | 10/23/2013 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 98 C 0087C | JAMES F. BONNEY | 5/19/2004 | 10/23/2013 |
| 98-CV-N-1755-S | THE CHATEAUFORTE CONSORTIUM INC ET AL | 6/9/2004 | 10/23/2013 |
| 01 C 6802 | ANDREW DUNCAN AND THE AURUM SOCIETY INC | 6/9/2004 | 10/23/2013 |
| 01-06 | VINCENT COPPOLA & TIMOTHY MURPHY | 6/23/2004 | 10/23/2013 |
| 4:11-CV-0064-RAS-DDB | LARRY BENNY GROOVER | 1/10/2012 | 10/24/2013 |
| 1:09-CV-00497-SS | STRONGBOW INVESTMENTS GP LLC AND PATRICK JOSEPH DAILEY | 12/9/2010 | 10/24/2013 |
| 09-04 | YEHUDA BELSKY AND INNOVATIVE CAPITAL MANAGEMENT LLC | 12/19/2008 | 10/24/2013 |
| 11-01 | G VICTOR JOHNSON II ET AL | 10/6/2010 | 10/24/2013 |
| 11-15 | ROBERT S MOSS | 7/27/2011 | 10/24/2013 |
| 12-CV-04043 | BRADLEY SCOTT SCHILLER | 8/21/2013 | 10/24/2013 |
| 05-60328-CIV | MERCURY PARTNERS INC ET AL | 9/13/2006 | 10/24/2013 |
| 01-06926 JFW (RZX) | ACRO INFORMATION SERVICE INC. ET AL | 4/2/2004 | 10/24/2013 |
| 2:05-CV-02547 | ANTHONY MICHAEL FRISONE, WINDSOR FOREX TRADING CORP AND COES FX CLEARING I | 8/10/2006 | 10/24/2013 |
| 03 CIV 7112 | SUN PLATINUM GROUP LLC & EDWARD DUMANSKY | 4/14/2005 | 10/24/2013 |
| 1:00-CV-0184-4 | TRENDSYSTEMS INC | 4/7/2004 | 10/24/2013 |
| 04-80862-CIV | WILSHIRE INVESTMENT MANAGEMENT CORPORATION ET AL | 6/3/2010 | 10/24/2013 |
| 3:10-CV-1473-B | GROWTH CAPITAL MANAGEMENT LLC ET AL | 1/28/2013 | 10/25/2013 |
| 13-37 | NEWBRIDGE METALS LLC | 10/2/2013 | 10/25/2013 |
| 8:11-CV-00181-LSC-FG3 | J W ARRINGTON, M B KRATVILLE, MICHAEL J WELKE, ELITE MGMT HOLDINGS CORP AND M | 2/13/2013 | 10/25/2013 |
| 6:11-CV-1584 | ALPHA TRADE GROUP SA ET AL | 7/15/2013 | 10/25/2013 |
| 13-27 | PAN AMERICAN METALS OF MIAMI LLC, PAN AMERICAN METALS OF MIAMI BEACH INC AND | 7/29/2013 | 10/25/2013 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 3:09-CV-00088 | DENNIS R BOLZE AND CENTURION ASSET MANAGEMENT INC | 8/29/2013 | 10/25/2013 |
| 13-03 | DAVID KAUP ET AL | 10/24/2012 | 10/28/2013 |
| 4:12-CV-00183-BLW | BRAD L DEMUZIO AND DEMUZIO CAPITAL MANAGEMENT LLC | 1/26/2013 | 10/28/2013 |
| 10-CV-21074 | CLAUDIO ALIAGA ET AL | 1/26/2013 | 10/28/2013 |
| 1:12-CV-106-LY | CHRISTOPHER B CORNETT | 1/26/2013 | 10/28/2013 |
| 3:11-CV-02743-WQH-BGS | CSG COMMODITY SERVICE GROUP AND CHARLES STEVEN GOODIE | 9/10/2012 | 10/28/2013 |
| 11-CV-08679 | RICHARD C REGAN AND PRO TRADING COURSE LLC | 9/20/2012 | 10/28/2013 |
| 1:05-CV-2492 RWS | AMERICAN DERIVATIVES CORP ET AL | 6/1/2012 | 10/29/2013 |
| 12-23 | PROSPERITY TEAM LLC AND LUIS SALAZAR-CORREA | 6/11/2012 | 10/29/2013 |
| 12-21 | ACI CAPITAL GROUP LLC AND ALEXANDRE P GUIMARAES | 7/13/2012 | 10/29/2013 |
| 12-21047-CIV | ABRAHAM GUTTERMAN ET AL | 7/3/2012 | 10/29/2013 |
| 12-19 | PASSTHROUGH INVESTMENTS LLC ET AL | 5/16/2012 | 10/30/2013 |
| 12-20 | GHASSAN TAWACHI | 4/30/2012 | 10/30/2013 |
| 2:11-CV-03445WJM | VICTOR EUGENE CILLI AND PROGRESSIVE INVESTMENT FUNDS LLC | 6/1/2012 | 10/30/2013 |
| 4:10-CV-02955 | JEREMIAH C YANCY AND LONGBRANCH INTERNATIONAL LLC | 7/29/2011 | 10/31/2013 |
| 9:12-CV-81165-KAM | CHRISTOPHER SMITHERS | 8/21/2013 | 11/1/2013 |
| 12-10 | JEFFREY J KINSETH AND VIRTUAL VISION INC | 1/29/2013 | 11/1/2013 |
| 3:11-CV-1651 | DOUGLAS ELSWORTH WILSON ET AL | 8/16/2012 | 11/1/2013 |
| 12-CV-01658 | CHRISTOPHER VARLESI D/B/A GOLD COAST FUTURES AND FOREX | 7/11/2013 | 11/1/2013 |
| 1:07-CV-0200 JTC | RENAISSANCE ASSET MANAGEMENT LLC AND ANTHONY MICHAEL RAMUNNO JR | 1/30/2013 | 11/1/2013 |
| 2:12-CV-04012 | MICHAEL J LEIGHTON | 7/15/2013 | 11/1/2013 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 03-CV-3577 | INTERNATIONAL FOREIGN CURRENCY INC ET AL | 1/29/2013 | 11/1/2013 |
| 01-07 | PAUL MEROLLA AND PHILIP SELBY | 7/9/2004 | 11/4/2013 |
| 12-07 | CENTURION GLOBAL CAPITAL MANAGEMENT LLC AND TIMOTHY MICHAEL MURPHY | 1/24/2012 | 11/5/2013 |
| 1:11-CV-448 | JEFFERY L GROENDYKE D/B/A JG FOREX FUND | 12/22/2011 | 11/5/2013 |
| 4:12-CV-02559 | J HANSEN INVESTMENTS LLC AND JONATHAN HANSEN | 2/12/2013 | 11/5/2013 |
| 3:11-CV-03068 | GID GROUP INC, ROGER WAGNER AND RODNEY WAGNER | 3/26/2013 | 11/6/2013 |
| SACV 08-1352-AG | PAUL ABAD ET AL | 1/5/2011 | 11/12/2013 |
| CV-09-76-E-EJL | DAREN L PALMER AND TRIGON GROUP INC | 11/23/2010 | 11/13/2013 |
| 3:08-CV-00445-W | MCCALL BUSINESS GROUP LLC, MGB GLOBAL LLC AND TYRONE "CAUZAE" MCCALL | 5/20/2010 | 11/13/2013 |
| 12-CV-3921 YGR | VICTOR YU ET AL | 4/2/2013 | 11/19/2013 |
| 8:12-CV-01225-PWG | THE BORROWING STATION LLC ET AL | 10/15/2013 | 11/20/2013 |
| 2:10-CV-01172-TS | MXBK GROUP SA DE CV AND MBFX SA | 10/14/2013 | 11/21/2013 |
| 1:12-CV-1346-RWS | CRABAPPLE CAPITAL GROUP LLC AND ROBERT A CHRISTY | 10/24/2012 | 1/2/2014 |
| 12-22129-CIV | JOSE S RUBIO AND RUBIO WEALTH MANAGEMENT LLC | 1/26/2013 | 1/15/2014 |
| 13-04 | JOSHUA TJ RUSSO | 1/26/2013 | 1/15/2014 |
| 13-C-0477 | DAVID PRESCOTT | 1/14/2014 | 1/17/2014 |
| 3:12-CV-01670-SRU | FEISAL SHARIF | 1/13/2014 | 1/22/2014 |
| 3:11CV431 | PRESTIGE CAPITAL ADVISORS LLC ET AL | 6/25/2013 | 2/12/2014 |
| 14-04 | DAVID R LYNCH | 1/10/2014 | 2/26/2014 |
| 1:11-CV-10621-JLT | GREEN TREE CAPITAL AND LYNDON LYDELL PARRILLA | 1/14/2014 | 2/26/2014 |
| 12 CIV 6574 (BSJ) | IGLOBAL STRATEGIC MANAGEMENT LLC AND MARC PERLMAN | 1/26/2013 | 2/26/2014 |

| *Case Number* | *Case Name* | *Open Date* | *Closed Date* |
|---|---|---|---|
| 11 CIV 05209 KBF | HIGHLAND STONE CAPITAL MANAGEMENT LLC ET AL | 1/26/2013 | 2/26/2014 |
| C12-04519 HRL | JEFFREY GUSTAVESON | 1/14/2014 | 2/26/2014 |
| C 11-04577 CW | JAMES D CROMBIE | 1/10/2014 | 2/26/2014 |
| 14-07 | WORTH ASSET MANAGEMENT LLC AND PAUL L KAULESAR | 2/18/2014 | 6/17/2014 |
| 2:10-CV-07013-GAF-E | PEOPLES ALTERNATIVE INC ET AL | 5/14/2014 | 6/18/2014 |
| 1:12-CV-03234 | DIMITRY VISHNEVETSKY ET AL | 5/14/2014 | 6/18/2014 |
| 14-08 | TRAVIS MAURICE COX | 2/20/2014 | 8/25/2014 |
| 11-23 | DAVID SHANE AND MCGLADREY & PULLEN LLP | 9/22/2011 | 9/15/2014 |
| 3:04-0898 | FOREIGN FUND ET AL | 5/16/2008 | 9/15/2014 |
| 13-CV-61637 | AMERIFIRST MANAGEMENT LLC ET AL | 8/8/2014 | 9/24/2014 |
| 4:11-CV-02446 | FINANCIAL ROBOTICS INC AND MARK E RICE | 8/21/2014 | 9/24/2014 |
| 14-20 | JACOB N STEIN | 8/11/2014 | 10/2/2014 |
| 05-61588 | INTERNATIONAL BERKSHIRE GROUP HOLDINGS INC ET AL | 1/4/2007 | 10/20/2014 |
| 14-26 | WORLDPMX INC AND SEAN F MCCABE | 9/17/2014 | 10/20/2014 |
| 1:13-CV-21708 | GLOBAL PRECIOUS METALS TRADING COMPANY LLC AND MICHAEL GHAEMI | 8/29/2013 | 1/12/2015 |
| 14-34 | SCOTT A BEATTY AND D/B/A PEAK CAPITAL GROUP INC AND PEAK CAPITAL MANAGEMENT | 9/30/2014 | 1/15/2015 |
| 1:07-CV-2280-WBH | GREGG R AMERMAN ET AL | 10/21/2014 | 1/22/2015 |
| 14-60695-CIV-ZLOCH | GOLD DISTRIBUTORS INC AND JORDAN CAIN | 12/18/2014 | 1/23/2015 |
| 3:14-CV-977-L | STEVEN LYN SCOTT A/K/A STEVON LYN SCOTT | 12/24/2014 | 1/26/2015 |
| 2:10-CV-02490 | MIDWEST LAND & LIVESTOCK INC ET AL | 12/23/2011 | 2/12/2015 |
| 1:13-CV-05755-NLH-JS | MICHAEL J SIEGEL ET AL | 1/14/2015 | 2/19/2015 |

| *Case Number* | *Case Name* | *Open Date* | *Closed Date* |
|---|---|---|---|
| 13-18 | JOSEPH GLENN COMMODITIES LLC ET AL | 4/1/2013 | 3/6/2015 |
| 1:12CV193 | ALEXANDER GIAP AND ITRADE LLC | 1/26/2013 | 3/6/2015 |
| 11-CV-02887-PAB-KMT | NICHOLAS TRIMBLE ET AL | 12/31/2014 | 3/16/2015 |
| 15-14 | GOLD COAST BULLION INC AND ANTHONY LAURIA | 1/28/2015 | 3/31/2015 |
| 15-09 | PINNACLE FOREX GROUP LLC AND CHRISTOPHER A ENGEL | 12/19/2014 | 4/15/2015 |
| 1:11-CV-01436-JES-JAG | SUMMIT TRADING & CAPITAL LLC ET AL | 1/7/2014 | 4/22/2015 |
| C90-02380-JW | WILLIAM J ABLE | 6/23/2004 | 5/11/2015 |
| 14-31 | LOUIS J FERONE | 9/26/2014 | 5/26/2015 |
| 03-22624-CIV-JORDAN | BIBAS LEVY CORP, ZACARIAS BIBAS AND HASSAN SHARAM | 7/12/2004 | 5/28/2015 |
| 05 CIV 8422 | ALEXSANDER EFROSMAN A/K/A ALEX BESSER, AJR CAPITAL INC AND CENTURY MAXIM FU | 4/11/2007 | 6/2/2015 |
| SACV10-1876 DOC (RNBX) | AMERICAN BULLION EXCHANGE ABEX CORP ET AL | 10/28/2014 | 6/2/2015 |
| 1:14-CV-00196-MR-DLH | EDWIN A VASQUEZ AND VASQUEZ GLOBAL INVESTMENTS LLC | 12/31/2014 | 6/24/2015 |
| 8:15-CV-00130 | CHRISTOPHER VALOIS, CYNTHIA WONG, BERTRAM TRADE LLC AND CHURCHHILL COMMO | 5/4/2015 | 7/8/2015 |
| 06 CV 6094 | MATTHEW DOYLE | 7/2/2007 | 8/19/2015 |
| 1:14-CV-02025-SHS | SK MADISON COMMODITIES LLC ET AL | 6/16/2014 | 9/9/2015 |
| 4:13-CV-01900-RLW | DANIEL K STEELE AND CHAMPION MANAGEMENT INTERNATIONAL LLC | 12/17/2014 | 9/10/2015 |
| CV 04-B-2794-NE | RANDALL NELSON | 1/10/2005 | 9/29/2015 |
| 5:14-CV-83-F | RON EARL MCCULLOUGH AND DAVID CHRISTOPHER MAYHEW | 9/4/2015 | 10/7/2015 |
| 12-23459-CV-LENARD | MICHAEL ALCOCER AND INOVATRADE INC | 4/17/2013 | 10/28/2015 |
| 15-38 | AMERICAN PORTFOLIO ASSET MANAGEMENT INC AND ALAN M KNELLER | 9/29/2015 | 11/12/2015 |
| 15-36 | GLOBAL CONSORTIUMS LLC AND MICHAEL E SIMMONS | 9/29/2015 | 12/2/2015 |

| *Case Number* | *Case Name* | *Open Date* | *Closed Date* |
|---|---|---|---|
| 13-CV-02887-BAS(MDD) | DIRECT INVESTMENT PRODUCTS INC AND ALEXANDER GLYTENKO | 10/6/2015 | 1/5/2016 |
| 15-30 | TERRY LEE PHILLIPS ET AL | 9/18/2015 | 1/5/2016 |
| DKC 04-CV-01021 | CALVARY CURRENCIES LLC A/K/A CALVARY CURRENCIES AND ARTHUR JOHN KEEFE, II | 4/9/2007 | 1/6/2016 |
| 1:14-CV-755 | JOHN R BULLAR AND EXECUTIVE MANAGEMENT ADVISORS LLC | 3/17/2016 | 3/17/2016 |
| 14-CV-09262 | THOMAS GILLONS | 12/11/2015 | 3/21/2016 |
| 6:09-CV-1743-ORL-36GJK | TRADERS INTERNATIONAL RETURN NETWORK AND DAVID MERRICK | 2/11/2013 | 4/6/2016 |
| 8:14-CV-00283-AG-JPR | MY FOREX PLANET INC ET AL | 6/12/2015 | 4/8/2016 |
| 15-BCC-021 | RNS HOLDINGS LP & RAJA MICHAEL MAWAD | 9/9/2015 | 5/5/2016 |
| 1:13-CV-2287 (RMB) | 4X SOLUTIONS INC AND WHILEON CHAY | 2/11/2016 | 5/10/2016 |
| 16-18 | CYPRESS WEALTH MANAGEMENT GROUP INC ET AL | 5/31/2016 | 9/7/2016 |
| 2:16-CV-00186-LA | RYAN S MAGEE, DAVID W MAGEE AND DALYNE RAE MAGEE | 6/22/2016 | 9/28/2016 |
| 16-14 | GALILEO TRADING LLC AND NATHAN SCHLEIFER | 4/15/2016 | 10/10/2016 |
| 16-60226-CIV | RICO OMAR COX A/K/A OMAR NEGRON | 6/9/2016 | 10/10/2016 |
| 15-CV-62049-BLOOM/VALLE | TODD OWEN MARSHALL ET AL | 5/17/2016 | 10/10/2016 |
| 1:16-CV-01881 | VAULT OPTIONS LTD AND GLOBAL TRADER 365 | 9/15/2016 | 10/18/2016 |
| 16-23 | ATLANTAS GROUP INC AND EDMUND HYSNI | 7/20/2016 | 11/1/2016 |
| 8:16-CV-00020-AG-DFM | INTELLIGENT TRADES LLC AND GHASSAN TAWACHI | 9/15/2016 | 11/1/2016 |
| 14-62244-CIV-ZLOCH | INTERNATIONAL MONETARY METALS INC AND MARTIN SOMMERS | 8/18/2016 | 11/1/2016 |
| 16-24 | QUANTX CAPITAL LLC AND JONATHAN A PARKER | 8/17/2016 | 11/3/2016 |
| 16-26 | EINSTEIN EXCHANGE GROUP INC, CINDIUM INC AND IRINA FELDMAN | 9/14/2016 | 11/21/2016 |
| 1:14-CV-22739-KING | SOUTHERN TRUST METALS INC, LORELEY OVERSEAS CORPORATION AND ROBERT ESCO | 9/16/2016 | 11/28/2016 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 2:15-CV-00745-APG-PAL | MY GLOBAL LEVERAGE LLC AND TONEY BLONDO EGGLESTON | 9/15/2016 | 11/28/2016 |
| 13-CV-00370-FDW-DSC | JAMES A SHEPHERD AND JAMES A SHEPHERD INC | 9/20/2016 | 12/9/2016 |
| 16-28 | RNS HOLDINGS LP AND RAJA MICHAEL MAWAD | 10/10/2016 | 12/20/2016 |
| 16-35 | ADEN RUSFELDT | 10/10/2016 | 1/5/2017 |
| CIV-16-32-M | KEVIN J DAVIS | 5/9/2016 | 1/12/2017 |
| 13-CV-5323 (AMD)(ST) | THE YORKSHIRE GROUP INC AND SCOTT PLATTO | 10/19/2016 | 1/17/2017 |
| 2:15-CV-237-FTM-38CM | DORIAN GARCIA, DG WEALTH MANAGEMENT, MACROQUANTUM CAPITAL LLC AND UKUSA | 2/9/2017 | 2/27/2017 |
| 1:16-CV-0978 TCB | HENDRIK A VAN BEUNINGEN AND DEBRINK TRADING FUND I LLC | 8/16/2016 | 4/12/2017 |
| 1:16CV226 | TRACY LEE THOMAS AND MARBURY ADVISORS INC | 4/27/2017 | 7/12/2017 |
| 9:15-CV-81354-KAM | GUARDIAN ASSET GROUP LLC ET AL | 5/23/2017 | 8/31/2017 |
| 10-2242-JS-ETB | JEFFREY SHALHOUB AND JEFF SHALHOUB INVESTMENTS | 5/23/2011 | 9/6/2017 |
| 1:15-CV-10816 | DAVID BRYANT | 6/1/2016 | 9/7/2017 |
| 01-05 | SCOTT N SZACH | 9/3/2004 | 10/25/2017 |
| 00-5 | DARRYL M OSLER | 9/7/2004 | 10/25/2017 |
| 00-22 | DALE LUTHER MOCK | 9/21/2004 | 11/7/2017 |
| 00-21 | TIMOTHY M BENGSON | 9/3/2004 | 11/7/2017 |
| 03-08 | CHRISTOPHER CHAPMAN | 9/16/2004 | 11/8/2017 |
| 00-27 | SYSTEMS OF SUCCESS-WINDOW TO PROFIT ET AL | 9/8/2004 | 11/8/2017 |
| 01-04 | ISAAC FLEYSHMAKHER | 9/13/2004 | 11/9/2017 |
| 01-14 | NORMAN EISLER AND FIRST WEST TRADING INC | 9/13/2004 | 11/9/2017 |
| 97-8 | PRUDENTIAL SECURITIES INCORPORATED ET AL | 9/13/2004 | 11/9/2017 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 3:06-0935 | CHRISTIAN KIS | 3/14/2008 | 11/10/2017 |
| 5:01-CV-0362-8 (HL) | ELLERY COLEMAN D/B/A GRANITE INVESTMENTS | 9/21/2004 | 11/10/2017 |
| 02-09 | JOSEPH DEFRANCESCO, MARC GREENSTEIN, RONALD KILBRIDE & BRIAN THORNTON | 9/13/2004 | 11/10/2017 |
| 03-767 SJO (JWJX) | EUROBANCORP, GLOBAL INTERBANK INC, PARIS DELESSEPPES & JOHN LASSEN | 1/25/2005 | 12/4/2017 |
| CIV-05-516-F | RANDY STEVE LANIER | 8/1/2006 | 12/4/2017 |
| 04-19 | HAROLD LUDWIG | 6/15/2007 | 12/4/2017 |
| 04-20 | WILLIAM ROGERS AND MARIA TOCZYLOWSKI | 9/29/2004 | 12/5/2017 |
| 9:16-CV-80867-WPD | JEFFREY SLEMMER ET AL | 8/18/2017 | 12/5/2017 |
| 2:02-CV-94-FTM-29DNF | THOMAS D CHILCOTT D/B/A TRADE MASTER OF SOUTHWEST FLORIDA ET AL | 3/24/2005 | 12/5/2017 |
| 03-74206 | MARQUIS FINANCIAL MANAGEMENT SYSTEMS INC ET AL | 8/5/2005 | 12/5/2017 |
| C 00 3202 | ABDULLA ALSAFARI | 9/2/2004 | 12/13/2017 |
| 99-02412 GAF (AJWX) | MARK E CHULIK, ET AL | 9/2/2004 | 1/9/2018 |
| 02-61160-CIV | FIRST BRISTOL GROUP INC ET AL | 9/2/2004 | 1/10/2018 |
| 01-09 | MADISON FINANCIAL GROUP LLC AND RICHARD A COHEN | 9/2/2004 | 1/11/2018 |
| 99-4 | STEVEN G SOULE | 7/15/2004 | 1/12/2018 |
| 1:09-CV-00115-RWS | CRE CAPITAL CORPORATION AND JAMES G OSSIE | 12/8/2010 | 1/12/2018 |
| 02-02084 RSWL (RNBX) | MARK WEINBERG | 7/12/2004 | 1/12/2018 |
| 11-CV-02576-DLC | OTMANE EL RHAZI | 8/10/2011 | 1/12/2018 |
| 03-06 | SK'S FOREX INTERNATIONAL INC AND ELIZABETH MISKUS KEMP | 7/2/2004 | 1/12/2018 |
| 08-22027-CIV | ROBIN STATES ET AL | 1/28/2013 | 1/12/2018 |
| 97-4 | LEXUS FINANCIAL GROUP INC | 5/19/2004 | 1/12/2018 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| 3:97 CV 638 | RONALD BARBACK | 5/19/2004 | 1/12/2018 |
| 01-24 | ALFRED A L GLADSTONE | 7/14/2004 | 1/12/2018 |
| 08-81044-CIV | MICHAEL A MEISNER ET AL | 7/29/2010 | 1/12/2018 |
| CIV 03-1826 PHX PGR | INTERNATIONAL FUNDING ASSOCIATION ET AL | 6/14/2010 | 1/12/2018 |
| 02-14 | DEIDRE ANDERSON & GEORGE LAMBORN | 4/7/2004 | 1/23/2018 |
| 00-25 | WILLIAM G BILLINGS AND BILLFUND INC | 7/8/2004 | 1/29/2018 |
| 01-17 | MARK A. PENNINGS & CLAYTON CAULKINS | 4/6/2004 | 1/29/2018 |
| 1:11-CV-08567 | GRACE ELIZABETH REISINGER AND ROF CONSULTING LLC | 10/10/2017 | 1/30/2018 |
| 16-CV-7513 (RA) (GWG) | FTS FINANCIAL INC, KEVIN MICHAEL SYMONS AND JERRY AUSTIN SIMMONS | 1/4/2018 | 1/31/2018 |
| 97 6800 R (ANX) | L.A. FOREX, GABOR URBAN & MARTA BAN | 8/11/2004 | 1/31/2018 |
| 1:00 CV 0300 | PHILLIP L FERGUSON ET AL | 8/11/2004 | 1/31/2018 |
| 2:02-CV-1373 | STANLEY E VARNER | 7/15/2004 | 1/31/2018 |
| 1:00-CV-913 | JOHN O'HERRON AND O'HERRON ASSET MANAGEMENT INC | 7/2/2004 | 2/1/2018 |
| 3:02-CV-0951-K | DEWEY V WILES AND FUTURES EXCHANGE COMPANY INC | 7/12/2004 | 2/1/2018 |
| 3:98 CV 0281AS | MARKET CAPITAL GROWTH INC | 6/23/2004 | 2/5/2018 |
| 2:10-CV-2893-RMG | RONALD E SATTERFIELD ET AL | 6/20/2011 | 2/5/2018 |
| 99-8750-CIV-RYSKAMP | FRED MONTE, JEANNE H MONTE & COMP TECH LTD INC | 4/16/2004 | 2/6/2018 |
| 98-13 AND 99-10 | WELLINGTON FINANCIAL GROUP INC | 5/19/2004 | 2/7/2018 |
| 2:16-CV-07358-JAK | UNITED BUSINESS SERVICING LLC ET AL | 11/28/2017 | 2/22/2018 |
| 04 CV 4293 | AXESS TRADING CO INC | 9/21/2006 | 2/23/2018 |
| DKC 2008-0789 | COCOON TRADE INC ET AL | 5/20/2009 | 2/23/2018 |

| Case Number | Case Name | Open Date | Closed Date |
|---|---|---|---|
| SACV08-965-AHM | JINSUP CHOI A/K/A GENE CHOI D/B/A FUTURES INVESTMENT GROUP | 11/5/2008 | 2/23/2018 |
| 04-22549-CIV | BRICKELL KEY FINANCIAL LLC, EDUARDO BARALE, MICHAEL MESA AND MALINI NERSIAN | 10/19/2007 | 2/23/2018 |
| 4:10-CV-00706 | WILLIE LEE CLOUD JR ET AL | 5/23/2011 | 2/23/2018 |
| 11-09 | HERNANDO CHOVIL | 5/24/2011 | 2/23/2018 |
| 1:07-CV-2436 JEC | SAXON FINANCIAL SERVICES INC | 9/3/2009 | 2/23/2018 |
| 10-CV-00737-TDS-PTS | INTEGRA CAPITAL MANAGEMENT LLC, RODNEY W WHITNEY AND NICHOLAS T COX | 11/2/2011 | 2/23/2018 |
| 3:06CV2540-TEH | GILBERT PHILIP CASTILLO JR AND CASTLE ENTERPRISE CORPORATION ET AL | 6/27/2008 | 2/23/2018 |
| 2:10-CV-00534-DGC | HELMUT H WEBER | 5/25/2011 | 2/23/2018 |
| 06 CIV 1692 | FALCO & STEVENS INC AND VYACHESLAV NASS | 6/28/2007 | 3/14/2018 |
| 16-CV-6734 | ALVIN GUY WILKINSON ET AL | 12/12/2016 | 4/17/2018 |
| 4:12-CV-1834 | CHRISTOPHER D DALEY AND TC CREDIT SERVICE LLC D/B/A DEL-MAIR GROUP LLC | 1/26/2013 | 4/17/2018 |
| 2:11CV00099 BSJ | U.S. VENTURES LC ET AL | 6/25/2014 | 4/17/2018 |
| 10-13 | GAGES FERTILIZER & GRAIN INC AND STEVEN W GAGE | 7/22/2010 | 4/24/2018 |
| 3:09-CV-0407-K | CRW MANAGEMENT LP AND RAY M WHITE | 1/30/2013 | 4/26/2018 |
| 11-22275-CIV | JUVENAL E MACHADO ET AL | 1/28/2013 | 4/26/2018 |
| 3:09-CV-387 RJC-DCK | CAPITALSTREET FINANCIAL LLC ET AL | 6/4/2012 | 4/26/2018 |
| 09-1540 | PRIVATEFX GLOBAL ONE LTD SA ET AL | 1/30/2013 | 4/26/2018 |
| 05-CV-02641-JSW | NATIONAL INVESTMENT CONSULTANTS INC ET AL & THERESA C WONG | 9/7/2006 | 5/9/2018 |
| 1:12-CV-01932-JLK | MICHAEL GALE D/B/A CAPITAL MANAGEMENT GROUP | 7/16/2013 | 5/9/2018 |
| 4:13-CV-382 | RFF GP LLC, KGW CAPITAL MANAGEMENT LLC AND KEVIN G WHITE | 2/22/2018 | 5/23/2018 |
| 14-CV-02182-MSK-KLM | R2 CAPITAL GROUP LLC ET AL | 4/16/2018 | 6/5/2018 |

| *Case Number* | *Case Name* | *Open Date* | *Closed Date* |
|---|---|---|---|
| 3:15-CV-00354-BJD-MCR | WESLEY ALLEN BROWN, EDWARD RUBIN AND MAVERICK INTERNATIONAL INC | 3/22/2018 | 6/21/2018 |
| 1:07-CV-00274-RWS | CORNERSTONE CAPITAL MANAGEMENT LLC AND JOSEPH T PROFIT II | 5/31/2018 | 7/10/2018 |

*Total Cases Closed:* 231

# Restitution Cases Open As Of 7/17/2018

| *Case Number* | *Case Name* | *Open Date* | *Close Date* |
|---|---|---|---|
| 18-CV-00345-SJF-AYS | DILLON MICHAEL DEAN AND THE ENTREPRENEURS HEADQUARTERS LIMITED | 7/12/2018 | |
| 2:16-CV-01938-GMN-NJK | TRADEMASTERS USA LLC AND MIRKO SCHACKE | 6/29/2018 | |
| 2:16-CV-06167 (ES) (JAD) | ALCIBIADES CIFUENTES, JENNIFER WEE CIFUENTES AND CIFUENTES FUND MANAGE | 5/10/2018 | |
| 3-09-CV-1831-M | M25 INVESTMENTS INC, M37 INVESTMENTS LLC, SCOTT P KEAR SR AND JEFFREY L LY | 3/16/2018 | |
| 8:16-CV-01461 AG-JCG | FRANK J COLLINS | 1/12/2018 | |
| CV-16-04359-PHX-DGC | DRAVEN LLC AND DEREK SPRINGFIELD | 11/14/2017 | |
| 8:17-CV-213-T-24-MAP | ANTHONY J KLATCH II, LINDSEY HEIM & ASSURANCE CAPITAL MANAGEMENT LLC | 9/27/2017 | |
| 2:13-CV-00992 | BANC DE BINARY | 8/21/2017 | |
| 17-19 | ARTHUR TOOLE III ET AL | 8/8/2017 | |
| 2:16-CV-00983-BSJ | KIMBALL PARKER ET AL | 5/16/2017 | |
| 16-60297-CIV | VISION FINANCIAL PARTNERS LLC AND NEIL PECKER | 3/23/2017 | |
| 12-1902 (RCL) | TRADE EXCHANGE NETWORK LIMITED AND INTRADE THE PREDICTION MARKET LIMIT | 3/10/2016 | |
| 2:13-CV-00992-MMD-VCF | BANC DE BINARY LTD ET AL | 2/29/2016 | |
| 14-61125-CIV-ZLOCH | MINTLINE INC ET AL | 2/11/2016 | |
| 13-CV-80796-KLR | WORTH GROUP INC, ANDREW WILSHIRE AND EUGENIA MILDNER | 2/8/2016 | |
| 14-62240-CIV | FOREX MONTHLY INCOME FUND ET AL | 2/5/2016 | |
| 14 CV 3107 (CM) | EJS CAPITAL MANAGEMENT LLC ET AL | 3/27/2015 | |
| 3:11-CV-00073-GCM | PMC STRATEGY LLC, MICHAEL HUDSPETH AND TIMOTHY BAILEY | 9/30/2014 | |
| CV-12-2513-PHX-FJM | RAY THOMAS BROWN | 4/23/2014 | |
| 5:12-CV-758-F | HARBOR LIGHT ASSET MANAGEMENT LLC AND MICHAEL ANTHONY JENKINS | 2/20/2014 | |

| Case Number | Case Name | Open Date | Close Date |
|---|---|---|---|
| 1:12-CV-03754-KPF | CTI GROUP LLC ET AL | 1/28/2014 | |
| 1:11-CV-2038-WSD | LOUIS J GIDDENS JR, ANTHONY W DUTTON AND MICHAEL GOMEZ | 10/4/2013 | |
| CV 10-03834 | NEW GOLDEN INVESTMENT GROUP LLC ET AL | 9/25/2013 | |
| 1:13-CV-04436-CM | PARAMOUNT MANAGEMENT LLC AND ALEX VLADIMIR EKDESHMAN | 9/11/2013 | |
| 10-80738-CIV | PHILIP MILTON, WILLIAM CENTER, GREGORY CENTER AND TRADE LLC | 7/31/2013 | |
| 3:12-CV-1083 | ACJ CAPITAL INC ET AL | 2/22/2013 | |
| 3:11-CV-02862-F | CDH FOREX INVESTMENTS LLC ET AL | 9/10/2012 | |
| 3:11-CV-1419 (JAF) | ACJ CAPITAL INC AND ANGEL FERNANDO COLLAZO | 9/4/2012 | |
| 4:11-CV-00510-EJL | MICHAEL JUSTIN HOOPES | 8/1/2012 | |
| SA 09-CV-0578-ODW | GORDON DRIVER ET AL | 7/13/2012 | |
| CV11 02163 | THE TRADE TECH INSTITUTE INC ET AL | 6/29/2012 | |
| 11-CV-01644-CMA-BNB | FLINT MCCLUNG CAPITAL LLC AND SHAWON MCCLUNG | 4/30/2012 | |
| 2:09-CV-000153-PMP | WECORP INC ET AL | 4/26/2012 | |
| 1:10CV00009 | RONALD W SMITH JR D/B/A SAFEGUARD 3030 INVESTMENT CLUB ET AL | 4/18/2012 | |
| 4:11-CV-021-TUC-FRZ | ANTHONY EUGENE LINTON D/B/A THE PRIVATE TRADING POOL | 2/13/2012 | |
| 1:11-CV-04741 | JEFFERY ALAN LOWRANCE & FIRST CAPITAL SAVINGS AND LOAN | 1/23/2012 | |
| 11-CV-128 | JADE INVESTMENTS GROUP LLC ET AL | 12/15/2011 | |
| 6:09-CV-508-ORL-28DAB | CAPITAL BLU MANAGEMENT LLC ET AL | 8/11/2011 | |
| 11-14063-CIV | DAVID L ORTIZ, GOYEP INTERNATIONAL INC & ROYAL RETURNS INC | 7/28/2011 | |
| 1:09-CV-01056 | BROOKSHIRE RAW MATERIALS GROUP INC ET AL | 5/26/2011 | |
| 11 CV 1013 (DLC) | BRIAN KIM AND LIQUID CAPITAL MANAGEMENT LLC | 4/27/2011 | |

| Case Number | Case Name | Open Date | Close Date |
|---|---|---|---|
| 3:09-CV-00075-JTC | ELDON A GRESHAM ET AL | 4/8/2011 | |
| 11-06 | NORTHSTAR INTERNATIONAL GROUP INC AND JAMES M PEISTER | 2/3/2011 | |
| 09-7409 | CAPITAL FUNDING CONSULTANTS LLC, WILLIAM CHARLES GUIDRY AND MATTHEW BRI | 9/14/2010 | |
| 1:09-CV-1331 | SEAN NATHAN HEALY AND SHALESE RANIA HEALY AND SAND DOLLAR INVESTING PA | 6/29/2010 | |
| 04-80132-CIV | GIBRALTAR MONETARY CORPORATION INC ET AL | 6/14/2010 | |
| 05 CV 2181 | RICHMOND GLOBAL ASSOCIATES LLC ET AL | 4/27/2010 | |
| 1:09-00488-CV-W-DW | FIRST CAPITOL FUTURES GROUP AND FIRST CAPITAL GROUP AND DAVID MICHAEL KO | 3/10/2010 | |
| 09-60294-CIV | ZURICH FUTURES & OPTIONS INC AND MICHELE LABRUCE | 1/6/2010 | |
| SACV08-00474 JVS | SAFEVEST LLC, JON G ERVIN AND JOHN V SLYE | 8/24/2009 | |
| 07-22396-CIV | JOERG HEIERLE, INH-INTERHOLDING SA AND FUTURES TRADING ACADEMY INC | 1/7/2009 | |
| 07-21267-CIV | THE LIBERTY MUTUAL GROUP INC ET AL | 12/11/2008 | |
| 3:06-CV-00512 | ALLIANCE DEVELOPMENT COMPANY, WILLIAM SNYDER AND CHRISTI WILSON | 12/8/2008 | |
| 06-61812-CIV | FINANCIAL RISK INTERNATIONAL INC, FINANCIAL RISK MANAGEMENT INC & STEPHANI | 10/9/2008 | |
| 8:07-CV-01658 | EDWARD EVORS, BALLY LINES LTD AND GPS FUND LTD | 7/17/2008 | |
| 06-60886 CIV | EXECUTIVE COMMODITY CORP ET AL | 7/17/2008 | |
| SACV 03-1454-JVS | FX FIRST INC & ALEXEY MIRONOV | 4/24/2008 | |
| 05-21571-CIV | E-METAL MERCHANTS INC, BENJI DAYAN AND ANDREW STERN | 4/14/2008 | |
| 1:03CV149 | JAMES DARREN MOORE AND JDM INVESTMENTS | 4/1/2008 | |
| 3:07-CV-00130 | ADEN RUSFELDT AND RUSFELDT INVESTMENTS LLP | 3/27/2008 | |
| 04-60744-CIV | FIRST AMERICAN INVESTMENT SERVICES INC ET AL | 3/26/2008 | |
| 06C 6473 | PETER D HOFFMAN | 3/6/2008 | |

| Case Number | Case Name | Open Date | Close Date |
|---|---|---|---|
| 06-80362-CIV-HURLEY | CROMWELL FINANCIAL SERVICES INC ET AL | 11/15/2007 | |
| 04-2181-D/AN | FXTRADE FINANCIAL LLC ET AL | 11/14/2007 | |
| 07-CV-11626 | MILLENIUM TRADING GROUP INC, CEDRIC R STANTON AND WORLDWIDE CLEARING LL | 10/30/2007 | |
| 05 CV 8446 | INTERNATIONAL CURRENCY EXCHANGE INC ET AL | 10/4/2007 | |
| 05-61672-CIV | MADISON FOREX INTERNATIONAL LLC ET AL | 8/24/2007 | |
| 05-80002-CIV | UNITED INVESTORS GROUP INC ET AL | 7/19/2007 | |
| 04-60797-CIV | GLOBAL ATLANTIC MANAGEMENT INC ET AL | 6/19/2007 | |
| 04-61235-CIV | LIBERTY FINANCIAL TRADING CORP INC, LIBERTY REAL ASSETS INVESTMENT CORP A | 5/8/2007 | |
| 05-CV-5741 | COMMODITY INVESTMENT GROUP INC ET AL | 4/4/2007 | |
| 04-80562-CIV | NEXT FINANCIAL SERVICES UNLIMITED, INC ET AL | 1/18/2007 | |
| 05-80313 | G7 ADVISORY SERVICES LLC AND MICHEL GERAUD A/K/A MIKE JERAUX | 11/8/2006 | |
| 2:04-CV-3641 | WORLDWIDE COMMODITY CORPORATION ET AL | 10/10/2006 | |
| CV 04 3081 | TRADEWINS PUBLISHING CORP ET AL | 10/4/2006 | |
| 03-2633-ODE | RISK CAPITAL TRADING GROUP, INC ET AL | 9/19/2006 | |
| 04CV00911 | LONGHORN FINANCIAL ADVISORS LLC, PHOENIX FINANCIAL GROUP, DANIEL BELBECK | 8/23/2006 | |
| 05-60928-CIV | WORLD MARKET ADVISORS INC ET AL | 8/3/2006 | |
| CV 97-838 KI | BERKSHIRE INTERNATIONAL HEDGE FUND L P II, PRAGMACAPITAL CORPORATION AN | 6/2/2006 | |
| CV04-6463 PA (CWX) | CHASE COMMODITIES CORP, LEE LAGORIO, EXCEL OBANDO & UNIVERSAL FINANCIAL | 1/31/2006 | |
| SACV 04-575 DOC | DAVID PARKER AND VANGUARD FINANCIAL MANAGEMENT ASSOCIATION | 12/22/2005 | |
| 05-CV-4819 (MBM) | INTERNATIONAL FOREX ADVISORY GROUP AND WORLDWIDE CURRENCIES CORP | 11/8/2005 | |
| CV 05 4120 (JG) | STUART PIPPIN AND PIPPIN INVESTMENTS | 9/20/2005 | |

| *Case Number* | *Case Name* | *Open Date* | *Close Date* |
|---|---|---|---|
| C 03-1379 VRW | DBS CAPITAL INC AND DOUGLAS STEVENS | 7/11/2005 | |
| 03-CV-603-KI | ORION INTERNATIONAL INC ET AL | 6/27/2005 | |
| 8:03-CV-54-T-17TGW | INVESTORS FREEDOM CLUB INC ET AL | 4/13/2005 | |
| 04-CV-45 (FSH) | CLEARVIEW CAPITAL MANAGEMENT INC & JAMES I WEISS | 3/8/2005 | |
| 02-61307-CIV | DONALD ONEILL | 3/7/2005 | |
| 6:03-CV-119-ORL-31 DAB | INTERTRADE FOREX INC, STANLEY CRAIG WAKEFIELD AND PRITESH PATEL | 1/14/2005 | |
| CV-03-2659-TJH | PAULINO RENE DIAS JR, VICTOR SMITH AND KRUTE CORPORATION | 1/11/2005 | |
| 02-60239-CIV-HURLEY | MAD FINANCIAL INC ET AL | 9/22/2004 | |
| 01-7402-CIV-SEITZ/GARBER | WORLD BANKS FOREIGN CURRENCY TRADES INC ET AL | 9/3/2004 | |
| 1:02-CV-1381 (RWS) | SAMUEL DALEY AND ADVENT CAPITAL PARTNERS LTD | 9/2/2004 | |
| 02-40041 | TODD JAMES SNIVELY ET AL | 9/2/2004 | |
| PJM 98-3316 | NOBLE WEALTH DATA INFORMATION SERVICES INC | 7/22/2004 | |
| 02-CV-1783MJD/JGL | SOVEREIGN RESOURCE MANAGEMENT INC, KEN MITRA, VIRGIL E SMITH, ANTHONY J | 7/16/2004 | |
| 02-73294 | CHARLES G MADY AND MADY FUNDING COMPANY LLC, MADY FUTUES INC | 7/1/2004 | |
| 00EINV00017 | AMERICAN FINANCIAL SERVICES INC | 6/23/2004 | |
| 00-06 | CURRENCY TRADING SYSTEMS | 6/23/2004 | |
| 00-24 | HOUSTON SYSTEM TRADING LLC | 6/23/2004 | |
| 97-4443 WMB | GOLDEN STATE BULLION | 6/9/2004 | |
| 95 CV 0919 (KTD) | KORBEAN INTERNATIONAL INVESTMENT CORP | 6/8/2004 | |
| 81-1070-MLW | U.S. INVESTMENT CO LTD ET AL | 6/8/2004 | |
| CV99-00653 SOM LEK | DAVID T. MARANTETTE, III AND TROUBADOUR, INC | 6/7/2004 | |

| Case Number | Case Name | Open Date | Close Date |
|---|---|---|---|
| 99 C 6425 | NICHOLAS J NICKOLAOU/CA-NI INDUSTRIES LTD | 6/1/2004 | |
| 00-2071 RHK/SRN | PENSION AMERICA ET AL | 6/1/2004 | |
| AMD-01-CV 2320 | ROTHLIN & WINDSOR CAPITAL MANAGEMENT INC ET AL | 6/1/2004 | |
| 99-6560-CIV-DIMITROULEAS | EUROPACIFIC EQUITY AND CAPITAL MANAGEMENT LTD ET AL | 5/27/2004 | |
| 3:95CV-279-A | CHARLES NICHOLAS BARTH | 5/19/2004 | |
| 3:99CV592 | PETER BERZINS | 5/19/2004 | |
| SACV 02-173-DOC(ANX) | FX ADVISORS LLC | 5/12/2004 | |
| 5:01CV1496 | INTERNATIONAL MONETARY GROUP ET AL | 5/12/2004 | |
| 92-6832-CIV | MARC STEPHEN WUENSCH | 5/10/2004 | |
| 99-7 | DUNHILL FINANCIAL GROUP INC ET AL | 4/16/2004 | |

***Total Cases:*** 114