UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK K. MCDONNELL,<br>and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,<br><br>    Defendants. | Case No. 18-CV-0361 (JBW) (RLM)<br><br>ECF Case<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT AS TO DEFENDANT CABBAGETECH, CORP.**<br>**D/B/A COIN DROP MARKETS** |

TO: DOUGLAS C. PALMER, CLERK OF COURT
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

   Please enter the default of Defendant CabbageTech, Corp. d/b/a Coin Drop Markets pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55.1 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, for failure to plead or otherwise defend this action, as granted in open court and noted in the Court minutes (ECF No. 40) and as shown in the attached declaration of Christopher Giglio.

         *  *  *

Dated:  July 27, 2018

        **COMMODITY FUTURES TRADING**
          **COMMISSION**

By: s/ Gates S. Hurand
Gates S. Hurand
Alejandra de Urioste (adeurioste@cftc.gov)
David Oakland (doakland@cftc.gov)
K. Brent Tomer (ktomer@cftc.gov)
Manal M. Sultan (msultan@cftc.gov)

COMMODITY FUTURES TRADING
COMMISSION
DIVISION OF ENFORCEMENT
140 Broadway, 19th Floor
New York, NY 10005
Phone: (646) 746-9700
Fax: (646) 746-9940

*Attorneys for Plaintiff Commodity Futures Trading Commission*