UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,

          v.

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

                    Defendants.

Case No. 18-CV-0361 (JBW) (RLM)

ECF Case

**CLERK'S CERTIFICATE OF
DEFAULT AS TO DEFENDANT
CABBAGETECH, CORP.
<u>D/B/A COIN DROP MARKETS</u>**

          I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that Defendant CabbageTech, Corp. d/b/a Coin Drop

Markets ("CabbageTech") has not filed an answer or otherwise moved with respect to the

Complaint herein.  The Complaint was filed on January 18, 2018.  ECF No. 1.  The Summons

dated January 18, 2018, was entered on the docket the next day.  ECF No. 3.  The Summons and

Complaint were served on CabbageTech on January 22, 2018.  Proof of service on CabbageTech

was filed via ECF on January 24, 2018.  ECF No. 8.  Default was granted in open court on

March 6, 2018.  ECF No. 40.  The default of Defendant CabbageTech, Corp. d/b/a Coin Drop

Markets is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule

55.1 of the Local Rules of the U.S. District Courts for the Eastern District of New York.

Dated:  New York, New York
          August 1, 2018

                                        DOUGLAS C. PALMER, Clerk of Court

                                        By: */s/Jalitza Poveda*
                                             Deputy Clerk