FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 0 2 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

    Defendants.

ORDER

18-CV-361

---

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has received defendant's letter-motion of August 1, 2018 "to revisit" his motion to dismiss. *See* ECF No. 165. No basis for the motion is presented. It is denied.

This order shall be mailed to the defendant at once, as well as being filed and docketed forthwith.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 2, 2018
       Brooklyn, New York