UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS,

    Defendants.

Case No. 18-CV-0361 (JBW) (RLM)

ECF Case

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of July 2018 I caused copies of the following documents to be served via UPS overnight mail to Cabbage Tech Corp., 20 Rawson Place, Staten Island, NY 10314-4712:

- Plaintiff's Post-Trial Brief in Support of Proposed Findings of Facts, Conclusions of Law, and Final Judgment Against Defendants Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets (ECF No. 158);

- Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF No. 157);

- Plaintiff's Proposed Final Judgment and Order of Permanent Injunction, Restitution, Civil Monetary Penalties and Ancillary Equitable Relief Against Defendants Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets (ECF No. 158-1);

- The July 26, 2018, Declaration of Christopher Giglio and materials appended thereto (ECF No. 159);

- The July 24, 2018 Declaration of Daniel A. Driscoll (ECF No. 160);

- Notice of motion for entry of the Proposed Final Judgment and Order of Permanent Injunction, Restitution, Civil Monetary Penalties and Ancillary Equitable Relief Against Defendants Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets, or alternatively for entry of summary judgment and order of permanent injunction, restitution, civil monetary penalties, and other ancillary equitable relief

against Defendants Patrick K. McDonnell and CabbageTech, Corp. d/b/a Coin Drop Markets (ECF No. 161); and

- Request for Certificate of Default as to Defendant Cabbagetech, Corp. d/b/a Coin Drop Markets, with Exhibits (ECF No. 163).

Dated: August 14, 2018

_____
Shantel Ogbuagu