UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | Case No. 18-CV-0361 (JBW) (RLM) |
| v. | ECF Case |
| PATRICK K. MCDONNELL, and CABBAGETECH, CORP. d/b/a COIN DROP MARKETS, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused copies of the following documents to be served via UPS overnight mail to Cabbage Tech Corp., 20 Rawson Place, Staten Island, NY 10314-4712:

- Clerk's Certificate of Default as to Defendant CabbageTech, Corp. d/b/a Coin Drop Markets (ECF No. 164);

Dated: August 14, 2018

_____
Shantel Ogbuagu