UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

– against –

PATRICK K. MCDONNELL,
and CABBAGETECH, CORP. d/b/a COIN
DROP MARKETS,

Defendants.

---

ORDER

18-CV-361

**JACK B. WEINSTEIN, Senior United States District Judge:**

The defendant, Patrick K. McDonnell, is reminded that oral arguments will be heard on August 23, 2018 at 10:30 a.m. The defendant will be given the opportunity to make his arguments at the hearing.

This order shall be emailed to the defendant at once by the plaintiff.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 22, 2018
       Brooklyn, New York