| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *[signed]* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* Patrick McDonnell   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Patrick K. McDonnell<br>20 Rawson Place, Suite B<br>Staten Island, NY 10314 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7011 2000 0000 4074 6097 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

