English    Locations    Support    Informed Delivery    Register / Sign In

   Quick Tools        Mail & Ship        Track & Manage        Postal Store        Business        International        Help

# USPS Tracking®

Tracking    FAQs

Remove

**Tracking Number:** 70112000000040746097

**Expected Delivery on**

**TUESDAY**
**28** AUGUST 2018  | by **8:00pm**

**Status**

**Delivered**

August 28, 2018 at 4:14 pm
Delivered, Left with Individual
STATEN ISLAND, NY 10314

**Get Updates**