DATE 8/23/18

BEFORE JUDGE Weinstein    AT 10:30  A.M/~~P.M.~~

C/R ~~or ECR~~ M. Lucchese    MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV 18-361

Title: C.F.T.C  vs. Patrick McDonnell et al

(Pltff.) (Deft.) _____ motion for permanent injunction etc.

Appearances: For Pltff. David Oakland et al

For Deft. Patrick McDonnell

✓ Case called.  ___ Parties Sworn  ___ Evidentiary Hearing Held.

___ Counsel for all sides present.

✓ Counsel for _____ not present. Pro-se

✓ Motion argued.  ___ Motion Granted  ___ Motion Denied.

___ Decision reserved.

✓ Order to be submitted by Court.

___ Case adjourned to _____ for _____

___ Other _____